UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC POTVIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GERON CORPORATION, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-02563-RFL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 1 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Charles R. Breyer for consideration of whether the case is related to *Dabestani v. Geron Corporation et al.*, Case No. 25-cv-02507-CRB.

**IT IS SO ORDERED.**

Dated: March 19, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　RITA F. LIN
　　　　　　　　　　　　　　　　　　United States District Judge