**REICH RADCLIFFE & HOOVER LLP**
Adam T. Hoover (SBN 243226)
adhoover@reichradcliffe.com
2030 Main Street, Suite 1300
Irvine, CA 92614
Phone: (949) 975-0512
Fax: (949) 208-2839

*Counsel for Plaintiff Travis Wills*

[Additional Counsel on Signature Block]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REZA DABESTANI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GERON CORPORATION, JOHN A. SCARLETT, ANDREW J. GRETHLEIN, MICHELLE J. ROBERTSON, FAYE FELLER, ANIL KAPUR, and JAMES ZIEGLER, <br><br> Defendants. | Case No.: 3:25-cv-02507-CRB <br><br> **UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> (Civil L.R. 3-12 and 7-11) |

[Caption continued on next page]

UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED: Case Nos. 3:25-cv-02507-CRB; 3:25-cv-02563-CRB; 3:25-cv-03356-LJC; 4:25-cv-03396-KAW; and 3:25-cv-03401-LJC

| | |
|---|---|
| ISAAC POTVIN, Individually and on Behalf of All Others Similarly Situated, | Case No.: 3:25-cv-02563-CRB |
| Plaintiff, | |
| v. | |
| GERON CORPORATION, JOHN A. SCARLETT, ANDREW J. GRETHLEIN, MICHELLE J. ROBERTSON, FAYE FELLER, ANIL KAPUR, and JAMES ZIEGLER, | |
| Defendants. | |
| EDWARD TROY BISHOP, derivatively on behalf of GERON CORPORATION, | Case No.: 3:25-cv-03356-LJC |
| | Magistrate Judge Lisa J. Cisneros |
| Plaintiff, | |
| v. | |
| JOHN A. SCARLETT, ANDREW J. GRETHLEIN, MICHELLE J. ROBERTSON, FAYE FELLER, ANIL KAPUR, JIM ZIEGLER, DAWN C. BIR, GAURAV AGGARWAL, V. BRYAN LAWLIS, JOHN F. MCDONALD, SUSAN M. MOLINEAUX, ELIZABETH G. O'FARRELL, and ROBERT J. SPIEGEL, | |
| Defendants, | |
| and | |
| GERON CORPORATION, | |
| Nominal Defendant. | |

[Additional captions on following page]

UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED: Case Nos. 3:25-cv-02507-CRB; 3:25-cv-02563-CRB; 3:25-cv-03356-LJC; 4:25-cv-03396-KAW; and 3:25-cv-03401-LJC

- 2 -

TRAVIS WILLS, derivatively on behalf of GERON CORPORATION,

                Plaintiff,

      v.

JOHN A. SCARLETT, ANDREW J. GRETHLEIN, MICHELLE J. ROBERTSON, FAYE FELLER, ANIL KAPUR, JAMES ZIEGLER, DAWN C. BIR, GAURAV AGGARWAL, V. BRYAN LAWLIS, JOHN F. MCDONALD, SUSAN M. MOLINEAUX, ELIZABETH G. O'FARRELL, and ROBERT J. SPIEGEL,

                Defendants,

      and

GERON CORPORATION,

                Nominal Defendant.

Case No.: 4:25-cv-03396-KAW

Magistrate Judge Kandis A. Westmore

CHAD LERNER, derivatively on behalf of GERON CORPORATION,

                Plaintiff,

      v.

JOHN A. SCARLETT, ANDREW J. GRETHLEIN, MICHELLE J. ROBERTSON, FAYE FELLER, ANIL KAPUR, JIM ZIEGLER, GAURAV AGGARWAL, DAWN C. BIR, V. BRYAN LAWLIS, JOHN F. MCDONALD, SUSAN M. MOLINEAUX, ELIZABETH G. O'FARRELL, and ROBERT SPIEGEL,

                Defendants,

      and

GERON CORPORATION,

                Nominal Defendant.

Case No.: 3:25-cv-03401-LJC

Magistrate Judge Lisa J. Cisneros

UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED: Case Nos. 3:25-cv-02507-CRB; 3:25-cv-02563-CRB; 3:25-cv-03356-LJC; 4:25-cv-03396-KAW; and 3:25-cv-03401-LJC

- 3 -

Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiffs Edward Troy Bishop ("Bishop") in the action *Bishop v. Scarlett, et al.*, Case No. 3:25-cv-03356-LJC (N.D. Cal.) (the "*Bishop* Derivative Action"), Travis Wills ("Wills") in the action *Wills v. Scarlett, et al.*, Case No. 4:25-cv-03396-KAW (N.D. Cal.) (the "*Wills* Derivative Action"), and Chad Lerner ("Lerner," and together with Bishop and Wills, "Plaintiffs") in the action *Lerner v. Scarlett, et al.*, Case No. 3:25-cv-03407-LJC (N.D. Cal.) (the "*Lerner* Derivative Action") respectfully request that the Court deem the *Bishop* Derivative Action, *Wills* Derivative Action, and *Lerner* Derivative Action as related to *Dabestani v. Geron Corporation, et al.*, Case No. 3:25-cv-02507-CRB (N.D. Cal.) and *Potvin v. Geron Corporation, et al.*, Case No. 3:25-cv-02563-CRB (N.D. Cal.) (the "Securities Class Actions"). As discussed below, the criteria for relation are met here. The *Lerner* Derivative Action, the *Wills* Derivative Action, the *Bishop* Derivative Action (the "Derivative Actions"), and the Securities Class Actions (with the Derivative Actions, the "Related Actions") concern substantially similar transactions, parties, events, and legal issues. It is therefore likely there would be unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges. *See* Civil L.R. 3-12(a)(1) & (2). Defendants do not oppose this motion. Relating these cases and placing them under the supervision of one judge is likely to serve judicial efficiency and may facilitate and expedite resolution of the cases. Therefore, relation is proper under Civ. Loc. R. 3-12.

## RELATED ACTIONS

The following actions were filed in the following order:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Dabestani v. Geron Corporation, et al.* | 3:25-cv-02507-CRB | 3/13/2025 |
| *Potvin v. Geron Corporation, et al.* | 3:25-cv-02563-CRB | 3/14/2025 |
| *Bishop v. Scarlett, et al.* | 3:25-cv-03356-LJC | 4/15/2025 |
| *Wills v. Scarlett, et al.* | 4:25-cv-03396-KAW | 4/16/2025 |
| *Lerner v. Scarlett, et al.* | 3:25-cv-03401-LJC | 4/16/2025 |

## LEGAL STANDARD

Pursuant to Civil L.R. 3-12(a), the actions are related when: "(1) [t]he actions concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

## ARGUMENT

Both criteria are met here. The Securities Class Actions and the Derivative Actions address many of the same transactions and contain similar and overlapping sets of factual allegations as well as involve some of the same parties. Specifically, the Securities Class Actions and the Derivative Actions arise, at least in part, from the same allegedly false and misleading statements made by executives of Geron Corporation ("Geron"). The Securities Class Actions allege violations of federal securities laws by Geron, as well as defendants John A. Scarlett ("Scarlett"), Andrew J. Grethlein ("Grethlein"), Michelle J. Robertson ("Robertson"), Faye Feller ("Feller"), Anil Kapur ("Kapur"), and James Ziegler ("Ziegler"). The Derivative Actions allege that Scarlett, Grethlein, Robertson, Feller, Kapur, Ziegler, and others breached the fiduciary duties they owe to Geron and its shareholders in connection with, *inter alia*, the same statements that are alleged to be materially false and misleading in the Securities Class Actions.

Given the similarities between these cases and the fact that these cases are pending in this District, treating the cases as related would serve the interests of judicial economy and avoid the potential for conflicting rulings on common issues. Because the requirements of Loc. R. 3-12 are met, relation is appropriate. *In re Leapfrog Enterprises Inc. Sec. Litig.*, 2005 WL 5327775, at *1 (N.D. Cal. July 5, 2005) (relating cases where the cases concerned the same defendants, similar factual allegations, and similar causes of action).

## CONCLUSION

Plaintiffs respectfully submit that the overlap of parties and factual issues among these actions warrants coordination before a single judge. Otherwise, litigation of the actions may result in unwarranted duplication of judicial effort, waste of resources, and possibly inconsistent results.

For all the foregoing reasons, Plaintiffs respectfully request that the Court enter the proposed order submitted herewith, administratively relating the Derivative Actions to the Securities Class Actions.

Dated: April 29, 2025                    Respectfully submitted,

                                         **REICH RADCLIFFE & HOOVER LLP**

                                         */s/ Adam T. Hoover*
                                         Adam T. Hoover (SBN 243226)
                                         2030 Main Street, Suite 1300
                                         Irvine, CA 92614
                                         Telephone: (949) 975-0512
                                         Facsimile: (949) 208-2839
                                         adhoover@reichradcliffe.com

                                         **LIFSHITZ LAW PLLC**
                                         Joshua M. Lifshitz (*pro hac vice* to be submitted)
                                         1190 Broadway
                                         Hewlett, NY 11557
                                         Telephone: (516) 493-9780
                                         Facsimile: (516) 280-7376
                                         jlifshitz@lifshitzlaw.com

                                         *Counsel for Plaintiff Travis Wills*

                                         **THE BROWN LAW FIRM, P.C.**
                                         Robert C. Moest, Of Counsel, SBN 62166
                                         2530 Wilshire Boulevard, Second Floor
                                         Santa Monica, CA 90403
                                         Telephone: (310) 915-6628
                                         Facsimile: (310) 915-9897
                                         Email: RMoest@aol.com

                                         Timothy Brown
                                         767 Third Avenue, Suite 2501
                                         New York, NY 10017
                                         Telephone: (516) 922-5427
                                         Email: tbrown@thebrownlawfirm.net

                                         *Counsel for Plaintiff Chad Lerner*

UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED: Case Nos. 3:25-cv-02507-CRB; 3:25-cv-02563-CRB; 3:25-cv-03356-LJC; 4:25-cv-03396-KAW; and 3:25-cv-03401-LJC

- 6 -

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Betsy C. Manifold (CA. Bar No. 182450)
Rachele R. Byrd (CA. Bar No. 190634
Alex J. Tramontano (CA. Bar No. 276666)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
Email: manifold@whafh.com
Email: byrd@whafh.com
Email: tramontano@whafh.com

**RIGRODSKY LAW, P.A.**
Timothy J. MacFall
Samir Aougab
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: tjm@rl-legal.com
Email: sa@rl-legal.com

**GRABAR LAW OFFICE**
Joshua H. Grabar, Esq.
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (267) 507-6085
Email: jgrabar@grabarlaw.com

*Counsel for Plaintiff Edward Troy Bishop*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.

*/s/Adam T. Hoover*
Adam T. Hoover