" #$%& ' !( % ) %&(! ' $( % * $+ %!+ , " * %!
# , * % - & * #! ' $( % * $+ %! , .!+ ) / $. , * #$ ) !

| | |
|---|---|
| $ ' * + ! ( + , ' & - + . /0!/1234325677 8!612!91! , : ; 67<<br>9<! + 77!%=; : >?!&3@376>78!&3=56=:20!<br><br>#7631=3<<0!<br><br>4A!<br><br>B ' $% . !C%$#%$ + - /% . 0!D%E . ! + A!<br>&C + $F ' - - 0! + . ( $ ' G!DA!B$ ' - EF ' / . 0!<br>H/CE ' FF ' !DA!$% , ' $ - &% . 0!I + J ' !I ' FF ' $0!<br>+ . /F!K + #L $0!612!D + H ' &!*/ ' BF ' $0!<br><br>( :<:1261=?A! | C6?:! . 9AM!NMOPQR4QSOPSTQC$ , !<br><br>"#$%#%& ' ( )!%$ ( ' $!<br><br>- ; :!E91A!C ; 6>7 : ?!$A! , >:8:>!<br><br>UC3437!FA$A!NQVO!612!TQVVW!! |

"C6X=391!R91=315:2!91!1:Y=!X6Z:)!!

/&++C!#%-_/.0!/12343256778!612!91!,:;67<!
9<!+77!%=;:>?!&3@376>78!&3=56=:20!

#7631=3<<0!

4A!

B'$%.!C%$#%$+-/%.0!D%E.!+A!
&C+$F'--0!+.($'G!DA!B$'-EF'/.0!
H/CE'FF'!DA!$%,'$-&%.0!I+J'!
I'FF'$0!+./F!K+#L$0!612!D+H'&!
*/'BF'$0!

(:<:1261=?A!

C6?:!.9AM!NMOPQR4QSOP\NQC$,!

'(G+$(!-$%J!,/&E%#0!2:>346=34:78!91!
`:;67<!9<!B'$%.!C%$#%$+-/%.0!!

#7631=3<<0!

4A!!

D%E.!+A!&C+$F'--0!+.($'G!DA!
B$'-EF'/.0!H/CE'FF'!DA!$%,'$-&%.0!
I+J'!I'FF'$0!+./F!K+#L$0!D/H!
*/'BF'$0!(+G.!CA!,/$0!B+L$+_!
+BB+$G+F0!_A!,$J+.!F+GF/&0!D%E.!
IA!HC(%.+F(0!&L&+.!HA!H%F/.'+La0!
'F/*+,'-E!BA!%bI+$$'FF0!612!$%,'$-
DA!&#/'B'F0!

(:<:1261=?0!

612!

B'$%.!C%$#%$+-/%.0!

.9@3167!(:<:1261=A!

C6?:!.9AM!NMOPQR4QSNNP\QFDC!

H6Z3?=>6=:!D52Z:!F3?6!DA!C3?1:>9?!

"+223=39167!R6X=391?!91!<9779c31Z!X6Z:)!

| | |
|---|---|
| -$+_/&!G/FF&0!2:>346=34:78!91!`:;67<!9<!<br>B'$%.!C%$#%$+-/%.0!<br>!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!#7631=3<<0!<br>4A!!<br>D%E.!+A!&C+$F'--0!+.($'G!DA!<br>B$'-EF'/.0!H/CE'FF'!DA!$%,'$-&%.0!<br>I+J'!I'FF'$0!+./F!K+#L$0!D+H'&!<br>*/'BF'$0!(+G.!CA!,/$0!B+L$+_!<br>+BB+$G+F0!_A!,$J+.!F+GF/&0!D%E.!<br>IA!HC(%.+F(0!&L&+.!HA!H%F/.'+La0!<br>'F/*+,'-E!BA!%bI+$$'FF0!612!$%,'$-!<br>DA!&#/'BF0!<br>!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!(:<:1261=?0!<br>612!<br>B'$%.!C%$#%$+-/%.0!<br>!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!.9@3167!(:<:1261=A! | C6?:!.9AM![MOPQR4QSNN^\QK+G!<br>H6Z3?=>6=:!D52Z:!K6123?!+A!G:?=@9>:! |
| CE+(!F'$.'$0!2:>346=34:78!91!`:;67<!9<!<br>B'$%.!C%$#%$+-/%.0!<br>!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!#7631=3<<0!<br>4A!!<br>D%E.!+A!&C+$F'--0!+.($'G!DA!<br>B$'-EF'/.0!H/CE'FF'!DA!$%,'$-&%.0!<br>I+J'!I'FF'$0!+./F!K+#L$0!D/H!<br>*/'BF'$0!B+L$+_!+BB+$G+F0!(+G.!<br>CA!,/$0!_A!,$J+.!F+GF/&0!D%E.!IA!<br>HC(%.+F(0!&L&+.!HA!H%F/.'+La0!<br>'F/*+,'-E!BA!%bI+$$'FF0!612!$%,'$-!<br>&#/'BF0!<br>!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!(:<:1261=?0!<br>612!<br>B'$%.!C%$#%$+-/%.0!<br>!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!.9@3167!(:<:1261=A! | C6?:!.9AM!NMOPQR4QSN[SVQFDC!<br>H6Z3?=>6=:!D52Z:!F3?6!DA!C3?1:>9?! |

LX91! R91?32:>6=391! 9<! '2c6>2! ->98! ,3?;9X0! ->643?! G377?0! 612! C;62! F:>1:>b?! L19XX9?:2! +2@313?=>6=34:! H9=391!=9! C91?32:>! G;:=;:>!C6?:?!&;9572!`:!$:76=:20!=;:!C95>=!<312?!=;6=! *"#$%&'! ()!* *+,-./001!/0!,.A0!C6?:!.9A!NMOPQR4QSNNP\QFDC!U=;:!d*"#$%&'!* (:>346=34:!+R=391eW0! *2#..$!()!*+,-./001!/0!,.)0!*

C6?:! . 9A![MOPQR4QSNN^\QK+G!U=; :!d2#..$! ( :>346=34:!+R=391eW0!612!3/-4/-!()!*+,-./001!/0!,.A0!!C6?:! . 9A! NMOPQR4QSN[SVQFDC!U=; :!d3/-4/-! ( :>346=34:!+R=391eW!U=9Z:=; :>!c3=;!=; :!"#$%&'! ( :>346=34:!+R=391!612!=; :! 2#..$! ( :>346=34:! +R=3910! =; :! d ( :>346=34:! +R=391?eW! ?;677! `:! 2::@:2! >:76=:2! =9! 5,6/$0,4#! ()! 7/-&4! 8&-'&-,0#&41!/0!,.)0! C6?:! . 9A! NMOPQR4QSOPSTQC$ , !612! 9&0(#4! ()! 7/-&4! 8&-'&-,0#&41!/0!,.)0! C6?:! . 9AM! NMOPQR4QSOP\NQC$ , !U=; :!d&:R5>3=3:?!C76??!+R=391?eW!X5>?561=!=9!C34A!F9RA!$A!NQVOA!!

- ; :!C95>=0!E ' $ ' , J !%$ ( ' $&M!

VA! - ; :! ( :>346=34:!+R=391?!6>:!2::@:2!>:76=:2!=9!=; :!&:R5>3=3:?!C76??!+R=391A!

OA! - ; :! ( :>346=34:!+R=391?!6>:!;:>:`8!>:6??3Z1:2!=9!D52Z:!C;6>7:?!$A! , >:8:>A!

NA! #5>?561=! =9! C3437! F9RA! $A! NQVOUZW0! 618! /13=367! C6?:! H616Z:@:1=! C91<:>:1R:?! R5>>:1=78! ?R;:257:2!31!=; :! ( :>346=34:!+R=391?! c377!`:!>:?R;:257:2!`8!=;3?!C95>=0!612!=; :!X6>=3:?!?;677!62f5?=!=; :!26=:?! <9>!=; :!R91<:>:1R:0!23?R79?5>:?0!612!>:X9>=!>:g53>:2!`8!I:2A!$A!C34A!#A!V\!612!O\!6RR9>231Z78A!!

**$%!$(!( , ! , * ' & * & ' 0!**

( 6=:2M!hhhhhhhhhhhhhhhhh!

hhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhhh!
E% . A!CE+$F'&!$A! , $ ' J ' $!
L . / - ' (!&-+-'&! (/&-$/C-!DL (B'!