**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Movants Robbie Dickson*
*and Joseph M. Stacy, Jr.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REZA DABESTANI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GERON CORPORATION, JOHN A. SCARLETT, ANDREW J. GRETHLEIN, MICHELLE J. ROBERTSON, FAYE FELLER, ANIL KAPUR, and JAMES ZIEGLER, <br><br> Defendants. | Case No.: 3:25-cv-02507-CRB <br><br> **DECLARATION OF ADAM M. APTON IN SUPPORT OF ROBBIE DICKSON AND JOSEPH M. STACY, JR.'S MOTION FOR: (1) CONSOLIDATION OF THE ACTIONS; (2) APPOINTMENT AS CO-LEAD PLAINTIFFS; AND (3) APPROVAL OF SELECTION OF COUNSEL** <br><br> Date:  June 20, 2025 <br> Time:  10:00 a.m. <br> Courtroom:  6-17th Floor <br> Judge:  Hon. Charles R. Breyer |
| ISAAC POTVIN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GERON CORPORATION, JOHN A. SCARLETT, ANDREW J. GRETHLEIN, MICHELLE J. ROBERTSON, FAYE FELLER, ANIL KAPUR, and JIM ZIEGLER, <br><br> Defendants. | Case No.: 3:25-cv-02563-CRB |

I, Adam M. Apton, hereby declare as follows:

1.    I am a partner with the law firm of Levi & Korsinsky, LLP, counsel for Robbie Dickson and Joseph M. Stacy, Jr. ("Movants"), and a member in good standing for the bar of the State of California. I respectfully submit this declaration in support of Movant's Motion for Consolidation of the Actions, Appointment as Co-Lead Plaintiffs, and Approval of Selection of Counsel in the above-captioned actions (the "Actions"). This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto as **Exhibit A** is a true and correct copy of the sworn certifications signed by Movants.

3.    Attached hereto as **Exhibit B** is a true and correct copy of the loss charts detailing Movants' losses as a result of their investment in Geron Corporation.

4.    Attached hereto as **Exhibit C** is a true and correct copy of the press release originally published on March 13, 2025 on *Globe Newswire* announcing the pendency of the first-filed securities lawsuit.

6.    Attached hereto as **Exhibit D** is a true and correct copy of the Joint Declaration signed by Movants in support of their lead plaintiff motion.

7.    Attached hereto as **Exhibit E** is a true and correct copy of the firm résumés of Levi & Korsinsky, LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 12th day of May, 2025.


                                        */s/ Adam M. Apton*
                                        Adam M. Apton

DECLARATION OF ADAM M. APTON IN SUPPORT OF ROBBIE DICKSON AND JOSEPH M. STACY, JR.'S MOTION FOR: (1) CONSOLIDATION OF THE ACTIONS; (2) APPOINTMENT AS CO-LEAD PLAINTIFFS; AND (3) APPROVAL OF SELECTION OF COUNSEL