# EXHIBIT B

| | |
|---|---|
| **Client Name** | Joseph M. Stacy Jr. |
| **Company Name** | Geron Corporation |
| **Ticker Symbol** | GERN |
| **Security Type** | |
| **Class Period Start** | 2/28/2024 |
| **Class Period End** | 2/25/2025 |
| **90-DAY Lookback Period Start** | 2/26/2025 |
| **90-DAY Lookback Period End** | 5/12/2025 |
| **90-DAY Lookback Average** | $ 01.51 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **LIFO Loss Total** | $125,195.30 |
| **Gross Shares Purchased** | 48,775 |
| **Net Shares Retained** | -26,225 |
| **Net Funds Expended** | ($76,248.00) |

### Joseph M. Stacy Jr.

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** |
| 11-26-2024 | 48775 | 4.08 | $ 199,002.00 | | | | | | - | 48775 | 48775 | $ 01.51 | $ 73,806.70 | $ 125,195.30 |
| Matched against pre class period holdings | | | | 11-15-2024 | 75000 | | $ 03.67 | $ 275,250.00 | - | - | - | $ 01.51 | | |
| **Total:** | **48,775** | | **$199,002.00** | | **75,000** | | | **$275,250.00** | | **48,775** | **48,775** | | **$73,806.70** | **$125,195.30** |

| | |
|---|---|
| **Client Name** | Robbie Dickson |
| **Company Name** | Geron Corporation |
| **Ticker Symbol** | GERN |
| **Security Type** | |
| **Class Period Start** | 2/28/2024 |
| **Class Period End** | 2/25/2025 |
| **90-DAY Lookback Period Start** | 2/26/2025 |
| **90-DAY Lookback Period End** | 5/12/2025 |
| **90-DAY Lookback Average** | $ 01.51 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| **LIFO Loss Total** | $278,468.06 |
| **Gross Shares Purchased** | 1,157,685 |
| **Net Shares Retained** | 138,531 |
| **Net Funds Expended** | $508,753.45 |

### Robbie Dickson

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date** | **Shares Purchased During the CP** | **Price Per Share** | **Total Cost** | **Trade Date** | **Shares Sold During the CP** | **Shares Sold During the LBP1** | **Price Per Share2** | **Proceeds from CP Sales** | **Proceeds from LBP Sales** | **Shares Retained at End of CP** | **Shares Retained at End of LBP** | **Per Share Value** | **Retained Value** | **LIFO** |
| 10-29-2024 | 1500 | 4.235 | $ 6,352.50 | 11-01-2024 | 1500 | | $ 04.02 | $ 6,030.15 | - | - | - | $ 01.51 | | $ 322.35 |
| 10-29-2024 | 500 | 4.2388 | $ 2,119.40 | 11-01-2024 | 500 | | $ 04.02 | $ 2,010.05 | - | - | - | $ 01.51 | | $ 109.35 |
| 10-29-2024 | 300 | 4.2199 | $ 1,265.97 | 11-01-2024 | 300 | | $ 04.02 | $ 1,206.03 | - | - | - | $ 01.51 | | $ 59.94 |
| 10-30-2024 | 1200 | 4.2575 | $ 5,109.00 | 11-01-2024 | 1200 | | $ 04.02 | $ 4,824.12 | - | - | - | $ 01.51 | | $ 284.88 |
| 10-31-2024 | 500 | 4.1489 | $ 2,074.45 | 11-01-2024 | 500 | | $ 04.02 | $ 2,010.05 | - | - | - | $ 01.51 | | $ 64.40 |
| 11-06-2024 | 2500 | 4.39 | $ 10,975.00 | 11-06-2024 | 2500 | | $ 04.26 | $ 10,652.00 | - | - | - | $ 01.51 | | $ 323.00 |
| 11-06-2024 | 2500 | 4.39 | $ 10,975.00 | 11-06-2024 | 2500 | | $ 04.26 | $ 10,652.00 | - | - | - | $ 01.51 | | $ 323.00 |
| 12-10-2024 | 5000 | 3.94 | $ 19,700.00 | 12-11-2024 | 5000 | | $ 03.99 | $ 19,969.50 | - | - | - | $ 01.51 | | -$ 269.50 |
| 12-10-2024 | 5000 | 3.9488 | $ 19,744.00 | 12-11-2024 | 5000 | | $ 03.99 | $ 19,969.50 | - | - | - | $ 01.51 | | -$ 225.50 |
| 12-10-2024 | 5000 | 3.94 | $ 19,700.00 | 12-11-2024 | 5000 | | $ 03.99 | $ 19,969.50 | - | - | - | $ 01.51 | | -$ 269.50 |
| 12-10-2024 | 10000 | 3.96 | $ 39,600.00 | 12-11-2024 | 10000 | | $ 03.99 | $ 39,939.00 | - | - | - | $ 01.51 | | -$ 339.00 |
| 12-10-2024 | 20000 | 3.9836 | $ 79,672.00 | 12-11-2024 | 20000 | | $ 04.00 | $ 80,000.00 | - | - | - | $ 01.51 | | -$ 328.00 |
| 12-10-2024 | 5000 | 3.9836 | $ 19,918.00 | 12-11-2024 | 5000 | | $ 03.99 | $ 19,969.50 | - | - | - | $ 01.51 | | -$ 51.50 |
| 12-10-2024 | 10000 | 3.98 | $ 39,800.00 | 12-11-2024 | 10000 | | $ 04.00 | $ 40,001.00 | - | - | - | $ 01.51 | | -$ 201.00 |
| 12-10-2024 | 2500 | 3.9793 | $ 9,948.25 | 12-11-2024 | 2500 | | $ 04.00 | $ 10,000.25 | - | - | - | $ 01.51 | | -$ 52.00 |
| 12-11-2024 | 2500 | 3.9399 | $ 9,849.75 | 01-29-2025 | 2500 | | $ 02.90 | $ 7,250.00 | - | - | - | $ 01.51 | | $ 2,599.75 |
| 12-11-2024 | 10000 | 3.94 | $ 39,400.00 | 01-29-2025 | 10000 | | $ 02.90 | $ 29,000.00 | - | - | - | $ 01.51 | | $ 10,400.00 |
| 12-11-2024 | 5485 | 3.9389 | $ 21,604.87 | 01-29-2025 | 5485 | | $ 02.90 | $ 15,916.37 | - | - | - | $ 01.51 | | $ 5,688.49 |
| 12-11-2024 | 15 | 3.9389 | $ 59.08 | 01-29-2025 | 15 | | $ 02.90 | $ 43.50 | - | - | - | $ 01.51 | | $ 15.58 |
| 12-11-2024 | 1500 | 3.96 | $ 5,940.00 | 01-29-2025 | 1500 | | $ 02.90 | $ 4,352.70 | - | - | - | $ 01.51 | | $ 1,587.30 |
| 12-11-2024 | 3000 | 3.959 | $ 11,877.00 | 01-29-2025 | 3000 | | $ 02.90 | $ 8,705.40 | - | - | - | $ 01.51 | | $ 3,171.60 |
| 12-11-2024 | 7485 | 3.96 | $ 29,640.60 | 01-29-2025 | 7485 | | $ 02.92 | $ 21,856.20 | - | - | - | $ 01.51 | | $ 7,784.40 |
| 12-11-2024 | 15 | 3.96 | $ 59.40 | 01-29-2025 | 15 | | $ 02.90 | $ 43.53 | - | - | - | $ 01.51 | | $ 15.87 |
| 12-11-2024 | 2485 | 3.969 | $ 9,862.97 | 01-29-2025 | 2485 | | $ 02.92 | $ 7,261.17 | - | - | - | $ 01.51 | | $ 2,601.80 |
| 12-11-2024 | 5000 | 3.969 | $ 19,845.00 | 01-29-2025 | 5000 | | $ 02.92 | $ 14,575.50 | - | - | - | $ 01.51 | | $ 5,269.50 |
| 12-11-2024 | 2515 | 3.969 | $ 9,982.04 | 01-29-2025 | 2515 | | $ 02.92 | $ 7,343.80 | - | - | - | $ 01.51 | | $ 2,638.24 |
| 12-11-2024 | 7485 | 3.9593 | $ 29,635.36 | 01-29-2025 | 7485 | | $ 02.92 | $ 21,856.20 | - | - | - | $ 01.51 | | $ 7,779.16 |
| 12-11-2024 | 2515 | 3.9593 | $ 9,957.64 | 01-29-2025 | 2515 | | $ 02.92 | $ 7,348.83 | - | - | - | $ 01.51 | | $ 2,608.81 |

| Date | Qty | Price | Amount | Date | Qty | Price | Amount | | | | Fee | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-11-2024 | 2485 | 3.9699 | $ 9,865.20 | 01-29-2025 | 2485 | $ 02.92 | $ 7,261.67 | - | - | - | $ 01.51 | $ 2,603.53 |
| 12-11-2024 | 2515 | 3.9699 | $ 9,984.30 | 01-29-2025 | 2515 | $ 02.92 | $ 7,343.80 | - | - | - | $ 01.51 | $ 2,640.50 |
| 12-11-2024 | 2485 | 3.98 | $ 9,890.30 | 01-29-2025 | 2485 | $ 02.92 | $ 7,260.18 | - | - | - | $ 01.51 | $ 2,630.12 |
| 12-11-2024 | 2515 | 3.98 | $ 10,009.70 | 01-29-2025 | 2515 | $ 02.92 | $ 7,349.33 | - | - | - | $ 01.51 | $ 2,660.37 |
| 12-11-2024 | 500 | 3.98 | $ 1,990.00 | 01-29-2025 | 500 | $ 02.92 | $ 1,460.80 | - | - | - | $ 01.51 | $ 529.20 |
| 12-12-2024 | 5485 | 3.91 | $ 21,446.35 | 01-29-2025 | 5485 | $ 02.91 | $ 15,961.35 | - | - | - | $ 01.51 | $ 5,485.00 |
| 12-12-2024 | 2015 | 3.91 | $ 7,878.65 | 01-29-2025 | 2015 | $ 02.92 | $ 5,887.02 | - | - | - | $ 01.51 | $ 1,991.63 |
| 12-12-2024 | 800 | 3.8894 | $ 3,111.52 | 01-29-2025 | 800 | $ 02.91 | $ 2,328.00 | - | - | - | $ 01.51 | $ 783.52 |
| 12-12-2024 | 8285 | 3.8889 | $ 32,219.54 | 01-29-2025 | 8285 | $ 02.90 | $ 24,028.16 | - | - | - | $ 01.51 | $ 8,191.38 |
| 12-12-2024 | 3715 | 3.8889 | $ 14,447.26 | 01-29-2025 | 3715 | $ 02.91 | $ 10,810.65 | - | - | - | $ 01.51 | $ 3,636.61 |
| 12-12-2024 | 1000 | 3.8899 | $ 3,889.90 | 01-29-2025 | 1000 | $ 02.90 | $ 2,900.20 | - | - | - | $ 01.51 | $ 989.70 |
| 12-23-2024 | 2285 | 3.3897 | $ 7,745.46 | 01-29-2025 | 2285 | $ 02.89 | $ 6,605.71 | - | - | - | $ 01.51 | $ 1,139.76 |
| 12-23-2024 | 715 | 3.3897 | $ 2,423.64 | 01-29-2025 | 715 | $ 02.90 | $ 2,073.64 | - | - | - | $ 01.51 | $ 349.99 |
| 12-23-2024 | 5000 | 3.3399 | $ 16,699.50 | 01-29-2025 | 5000 | $ 02.89 | $ 14,454.50 | - | - | - | $ 01.51 | $ 2,245.00 |
| 12-23-2024 | 6085 | 3.35 | $ 20,384.75 | 01-29-2025 | 6085 | $ 02.88 | $ 17,496.81 | - | - | - | $ 01.51 | $ 2,887.94 |
| 12-23-2024 | 2715 | 3.35 | $ 9,095.25 | 01-29-2025 | 2715 | $ 02.89 | $ 7,848.79 | - | - | - | $ 01.51 | $ 1,246.46 |
| 12-31-2024 | 550 | 3.45 | $ 1,897.50 | 01-29-2025 | 550 | $ 02.88 | $ 1,581.47 | - | - | - | $ 01.51 | $ 316.03 |
| 12-31-2024 | 200 | 3.4899 | $ 697.98 | 01-29-2025 | 200 | $ 02.88 | $ 575.08 | - | - | - | $ 01.51 | $ 122.90 |
| 12-31-2024 | 210 | 3.4766 | $ 730.09 | 01-29-2025 | 210 | $ 02.88 | $ 603.83 | - | - | - | $ 01.51 | $ 126.25 |
| 12-31-2024 | 280 | 3.5099 | $ 982.77 | 01-29-2025 | 280 | $ 02.88 | $ 805.11 | - | - | - | $ 01.51 | $ 177.66 |
| 12-31-2024 | 80 | 3.515 | $ 281.20 | 01-29-2025 | 80 | $ 02.88 | $ 230.03 | - | - | - | $ 01.51 | $ 51.17 |
| 12-31-2024 | 200 | 3.5364 | $ 707.28 | 01-29-2025 | 200 | $ 02.88 | $ 575.08 | - | - | - | $ 01.51 | $ 132.20 |
| 12-31-2024 | 80 | 3.545 | $ 283.60 | 01-29-2025 | 80 | $ 02.88 | $ 230.03 | - | - | - | $ 01.51 | $ 53.57 |
| 01-02-2025 | 150 | 3.62 | $ 543.00 | 01-29-2025 | 150 | $ 02.88 | $ 431.31 | - | - | - | $ 01.51 | $ 111.69 |
| 01-03-2025 | 300 | 3.6298 | $ 1,088.94 | 01-29-2025 | 300 | $ 02.88 | $ 862.62 | - | - | - | $ 01.51 | $ 226.32 |
| 01-03-2025 | 200 | 3.648 | $ 729.60 | 01-29-2025 | 200 | $ 02.88 | $ 575.08 | - | - | - | $ 01.51 | $ 154.52 |
| 01-03-2025 | 80 | 3.665 | $ 293.20 | 01-29-2025 | 80 | $ 02.88 | $ 230.03 | - | - | - | $ 01.51 | $ 63.17 |
| 01-03-2025 | 100 | 3.6699 | $ 366.99 | 01-29-2025 | 100 | $ 02.88 | $ 287.54 | - | - | - | $ 01.51 | $ 79.45 |
| 01-10-2025 | 1715 | 3.225 | $ 5,530.88 | 01-29-2025 | 1715 | $ 02.87 | $ 4,930.45 | - | - | - | $ 01.51 | $ 600.42 |
| 01-10-2025 | 1485 | 3.225 | $ 4,789.13 | 01-29-2025 | 1485 | $ 02.88 | $ 4,269.97 | - | - | - | $ 01.51 | $ 519.16 |
| 01-13-2025 | 2650 | 2.8499 | $ 7,552.24 | 01-29-2025 | 2650 | $ 02.87 | $ 7,618.49 | - | - | - | $ 01.51 | -$ 66.25 |
| 01-13-2025 | 10000 | 2.8491 | $ 28,491.00 | 01-29-2025 | 10000 | $ 02.87 | $ 28,749.00 | - | - | - | $ 01.51 | -$ 258.00 |
| 01-13-2025 | 2200 | 2.8399 | $ 6,247.78 | 01-29-2025 | 2200 | $ 02.87 | $ 6,324.78 | - | - | - | $ 01.51 | -$ 77.00 |
| 01-14-2025 | 1500 | 3.02 | $ 4,530.00 | 01-14-2025 | 1500 | $ 02.94 | $ 4,412.40 | - | - | - | $ 01.51 | $ 117.60 |
| 01-14-2025 | 5000 | 3.02 | $ 15,100.00 | 01-14-2025 | 5000 | $ 02.95 | $ 14,751.00 | - | - | - | $ 01.51 | $ 349.00 |
| 01-14-2025 | 5000 | 3.02 | $ 15,100.00 | 01-14-2025 | 5000 | $ 02.95 | $ 14,756.50 | - | - | - | $ 01.51 | $ 343.50 |
| 01-14-2025 | 4345 | 3.02 | $ 13,121.90 | 01-14-2025 | 4345 | $ 02.95 | $ 12,817.75 | - | - | - | $ 01.51 | $ 304.15 |
| 01-14-2025 | 4155 | 3.02 | $ 12,548.10 | 01-29-2025 | 4155 | $ 02.87 | $ 11,945.21 | - | - | - | $ 01.51 | $ 602.89 |
| 01-14-2025 | 2500 | 3.0399 | $ 7,599.75 | 01-14-2025 | 2500 | $ 02.94 | $ 7,350.00 | - | - | - | $ 01.51 | $ 249.75 |
| 01-14-2025 | 8500 | 3.0399 | $ 25,839.15 | 01-14-2025 | 8500 | $ 02.94 | $ 25,003.60 | - | - | - | $ 01.51 | $ 835.55 |
| 01-14-2025 | 5500 | 3.0394 | $ 16,716.70 | 01-14-2025 | 5500 | $ 02.94 | $ 16,170.00 | - | - | - | $ 01.51 | $ 546.70 |
| 01-14-2025 | 1000 | 3.059 | $ 3,059.00 | 01-14-2025 | 1000 | $ 02.94 | $ 2,940.00 | - | - | - | $ 01.51 | $ 119.00 |
| 01-14-2025 | 500 | 3.075 | $ 1,537.50 | 01-14-2025 | 500 | $ 02.94 | $ 1,470.00 | - | - | - | $ 01.51 | $ 67.50 |
| 01-14-2025 | 500 | 3.0392 | $ 1,519.60 | 01-14-2025 | 500 | $ 02.94 | $ 1,470.00 | - | - | - | $ 01.51 | $ 49.60 |
| 01-15-2025 | 5000 | 3.0587 | $ 15,293.50 | 01-16-2025 | 5000 | $ 02.92 | $ 14,600.00 | - | - | - | $ 01.51 | $ 693.50 |
| 01-15-2025 | 5000 | 3.0587 | $ 15,293.50 | 01-29-2025 | 5000 | $ 02.87 | $ 14,374.50 | - | - | - | $ 01.51 | $ 919.00 |
| 01-15-2025 | 5000 | 3.0796 | $ 15,398.00 | 01-15-2025 | 5000 | $ 02.96 | $ 14,800.00 | - | - | - | $ 01.51 | $ 598.00 |
| 01-15-2025 | 5000 | 3.0796 | $ 15,398.00 | 01-16-2025 | 5000 | $ 02.92 | $ 14,600.00 | - | - | - | $ 01.51 | $ 798.00 |
| 01-17-2025 | 1000 | 2.947 | $ 2,947.00 | 01-29-2025 | 1000 | $ 02.87 | $ 2,874.90 | - | - | - | $ 01.51 | $ 72.10 |
| 01-17-2025 | 1000 | 2.919 | $ 2,919.00 | 01-29-2025 | 1000 | $ 02.87 | $ 2,874.90 | - | - | - | $ 01.51 | $ 44.10 |
| 01-21-2025 | 1250 | 2.9799 | $ 3,724.88 | 01-29-2025 | 1250 | $ 02.87 | $ 3,593.63 | - | - | - | $ 01.51 | $ 131.25 |
| 01-21-2025 | 30 | 2.995 | $ 89.85 | 01-29-2025 | 30 | $ 02.87 | $ 86.25 | - | - | - | $ 01.51 | $ 03.60 |
| 01-22-2025 | 500 | 3.0099 | $ 1,504.95 | 01-29-2025 | 500 | $ 02.88 | $ 1,440.05 | - | - | - | $ 01.51 | $ 64.90 |
| 01-22-2025 | 1000 | 3.0099 | $ 3,009.90 | 01-29-2025 | 1000 | $ 02.87 | $ 2,874.90 | - | - | - | $ 01.51 | $ 135.00 |
| 01-22-2025 | 1500 | 3.0073 | $ 4,510.95 | 01-29-2025 | 1500 | $ 02.88 | $ 4,320.15 | - | - | - | $ 01.51 | $ 190.80 |
| 01-22-2025 | 1500 | 3.0073 | $ 4,510.95 | 01-29-2025 | 1500 | $ 02.88 | $ 4,320.15 | - | - | - | $ 01.51 | $ 190.80 |
| 01-22-2025 | 500 | 3.0173 | $ 1,508.65 | 01-29-2025 | 500 | $ 02.88 | $ 1,440.05 | - | - | - | $ 01.51 | $ 68.60 |
| 01-22-2025 | 300 | 3.0188 | $ 905.64 | 01-29-2025 | 300 | $ 02.88 | $ 864.03 | - | - | - | $ 01.51 | $ 41.61 |
| 01-23-2025 | 2800 | 3.0093 | $ 8,426.04 | 01-29-2025 | 2800 | $ 02.88 | $ 8,064.00 | - | - | - | $ 01.51 | $ 362.04 |
| 01-23-2025 | 700 | 3.0093 | $ 2,106.51 | 01-29-2025 | 700 | $ 02.88 | $ 2,016.07 | - | - | - | $ 01.51 | $ 90.44 |
| 01-23-2025 | 5000 | 3.0088 | $ 15,044.00 | 01-29-2025 | 5000 | $ 02.88 | $ 14,400.00 | - | - | - | $ 01.51 | $ 644.00 |
| 01-23-2025 | 2800 | 3.005 | $ 8,414.00 | 01-29-2025 | 2800 | $ 02.88 | $ 8,050.00 | - | - | - | $ 01.51 | $ 364.00 |
| 01-23-2025 | 2200 | 3.005 | $ 6,611.00 | 01-29-2025 | 2200 | $ 02.88 | $ 6,336.00 | - | - | - | $ 01.51 | $ 275.00 |
| 01-23-2025 | 2200 | 3.005 | $ 6,611.00 | 01-29-2025 | 2200 | $ 02.88 | $ 6,325.00 | - | - | - | $ 01.51 | $ 286.00 |
| 01-23-2025 | 5000 | 3.0299 | $ 15,149.50 | 01-29-2025 | 5000 | $ 02.88 | $ 14,413.50 | - | - | - | $ 01.51 | $ 736.00 |
| 01-23-2025 | 5000 | 3.0299 | $ 15,149.50 | 01-29-2025 | 5000 | $ 02.88 | $ 14,375.00 | - | - | - | $ 01.51 | $ 774.50 |
| 01-23-2025 | 3500 | 3.0299 | $ 10,604.65 | 01-28-2025 | 3500 | $ 03.01 | $ 10,535.00 | - | - | - | $ 01.51 | $ 69.65 |
| 01-23-2025 | 2500 | 3.0299 | $ 7,574.75 | 01-29-2025 | 2500 | $ 02.87 | $ 7,178.00 | - | - | - | $ 01.51 | $ 396.75 |
| 01-29-2025 | 2500 | 3.0399 | $ 7,599.75 | 01-29-2025 | 2500 | $ 02.87 | $ 7,178.00 | - | - | - | $ 01.51 | $ 421.75 |
| 01-30-2025 | 7000 | 2.8989 | $ 20,292.30 | 01-31-2025 | 7000 | $ 02.91 | $ 20,342.70 | - | - | - | $ 01.51 | -$ 50.40 |
| 01-30-2025 | 10000 | 2.875 | $ 28,750.00 | 01-31-2025 | 10000 | $ 02.91 | $ 29,061.00 | - | - | - | $ 01.51 | -$ 311.00 |
| 01-30-2025 | 9000 | 2.8774 | $ 25,896.60 | 01-31-2025 | 9000 | $ 02.91 | $ 26,154.90 | - | - | - | $ 01.51 | -$ 258.30 |
| 01-30-2025 | 10000 | 2.875 | $ 28,750.00 | 01-31-2025 | 10000 | $ 02.91 | $ 29,061.00 | - | - | - | $ 01.51 | -$ 311.00 |
| 01-30-2025 | 10000 | 2.88 | $ 28,800.00 | 01-31-2025 | 10000 | $ 02.91 | $ 29,061.00 | - | - | - | $ 01.51 | -$ 261.00 |
| 01-30-2025 | 10000 | 2.88 | $ 28,800.00 | 01-31-2025 | 10000 | $ 02.91 | $ 29,061.00 | - | - | - | $ 01.51 | -$ 261.00 |
| 01-30-2025 | 10200 | 2.879 | $ 29,365.80 | 01-31-2025 | 10200 | $ 02.91 | $ 29,642.22 | - | - | - | $ 01.51 | -$ 276.42 |

| Date | Qty | Price | Amount | Date | Qty | Price | Amount | | | | | Diff |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-31-2025 | 2000 | 2.895 | $5,790.00 | 02-06-2025 | 2000 | $02.98 | $5,937.00 | - | - | - | $01.51 | -$167.00 |
| 01-31-2025 | 10000 | 2.9 | $29,000.00 | 02-06-2025 | 10000 | $02.98 | $29,785.00 | - | - | - | $01.51 | -$785.00 |
| 01-31-2025 | 10000 | 2.91 | $29,100.00 | 02-06-2025 | 10000 | $02.98 | $29,785.00 | - | - | - | $01.51 | -$685.00 |
| 01-31-2025 | 10000 | 2.91 | $29,100.00 | 02-06-2025 | 10000 | $02.98 | $29,785.00 | - | - | - | $01.51 | -$685.00 |
| 01-31-2025 | 10000 | 2.9097 | $29,097.00 | 02-06-2025 | 10000 | $02.98 | $29,785.00 | - | - | - | $01.51 | -$688.00 |
| 01-31-2025 | 5000 | 2.9097 | $14,548.50 | 02-06-2025 | 5000 | $02.98 | $14,892.50 | - | - | - | $01.51 | -$344.00 |
| 01-31-2025 | 10000 | 2.9091 | $29,091.00 | 02-06-2025 | 10000 | $02.98 | $29,785.00 | - | - | - | $01.51 | -$694.00 |
| 01-31-2025 | 10000 | 2.9091 | $29,091.00 | 02-06-2025 | 10000 | $02.98 | $29,785.00 | - | - | - | $01.51 | -$694.00 |
| 01-31-2025 | 10000 | 2.9091 | $29,091.00 | 02-06-2025 | 10000 | $02.98 | $29,785.00 | - | - | - | $01.51 | -$694.00 |
| 01-31-2025 | 10000 | 2.9098 | $29,098.00 | 02-06-2025 | 10000 | $02.98 | $29,785.00 | - | - | - | $01.51 | -$687.00 |
| 01-31-2025 | 10000 | 2.9159 | $29,159.00 | 02-06-2025 | 10000 | $02.98 | $29,785.00 | - | - | - | $01.51 | -$626.00 |
| 01-31-2025 | 6430 | 2.92 | $18,775.60 | 02-05-2025 | 6430 | $02.98 | $19,167.19 | - | - | - | $01.51 | -$391.59 |
| 01-31-2025 | 570 | 2.92 | $1,664.40 | 02-06-2025 | 570 | $03.00 | $1,711.08 | - | - | - | $01.51 | -$46.68 |
| 01-31-2025 | 3000 | 2.92 | $8,760.00 | 02-06-2025 | 3000 | $02.98 | $8,935.50 | - | - | - | $01.51 | -$175.50 |
| 01-31-2025 | 5430 | 2.92 | $15,855.60 | 02-05-2025 | 5430 | $02.98 | $16,182.49 | - | - | - | $01.51 | -$326.89 |
| 01-31-2025 | 4570 | 2.92 | $13,344.40 | 02-05-2025 | 4570 | $02.98 | $13,622.71 | - | - | - | $01.51 | -$278.31 |
| 01-31-2025 | 10000 | 2.9163 | $29,163.00 | 02-05-2025 | 10000 | $02.98 | $29,802.00 | - | - | - | $01.51 | -$639.00 |
| 01-31-2025 | 2000 | 2.9166 | $5,833.20 | 02-05-2025 | 2000 | $02.98 | $5,960.40 | - | - | - | $01.51 | -$127.20 |
| 01-31-2025 | 350 | 2.9 | $1,015.00 | 02-05-2025 | 350 | $02.98 | $1,043.07 | - | - | - | $01.51 | -$28.07 |
| 02-03-2025 | 500 | 2.8669 | $1,433.45 | 02-05-2025 | 500 | $02.98 | $1,490.10 | - | - | - | $01.51 | -$56.65 |
| 02-03-2025 | 1500 | 2.905 | $4,357.50 | 02-05-2025 | 1500 | $02.98 | $4,470.30 | - | - | - | $01.51 | -$112.80 |
| 02-03-2025 | 780 | 2.8974 | $2,259.97 | 02-05-2025 | 780 | $02.98 | $2,324.48 | - | - | - | $01.51 | -$64.51 |
| 02-03-2025 | 220 | 2.8974 | $637.43 | 02-05-2025 | 220 | $02.98 | $655.64 | - | - | - | $01.51 | -$18.22 |
| 02-04-2025 | 3000 | 2.845 | $8,535.00 | 02-04-2025 | 3000 | $02.89 | $8,670.00 | - | - | - | $01.51 | -$135.00 |
| 02-04-2025 | 1000 | 2.845 | $2,845.00 | 02-04-2025 | 1000 | $02.89 | $2,890.00 | - | - | - | $01.51 | -$45.00 |
| 02-04-2025 | 4015 | 2.8773 | $11,552.36 | 02-05-2025 | 4015 | $02.98 | $11,965.10 | - | - | - | $01.51 | -$412.74 |
| 02-04-2025 | 1405 | 2.855 | $4,011.28 | 02-05-2025 | 1405 | $02.98 | $4,187.04 | - | - | - | $01.51 | -$175.77 |
| 02-05-2025 | 600 | 2.9599 | $1,775.94 | 02-05-2025 | 600 | $02.98 | $1,788.06 | - | - | - | $01.51 | -$12.12 |
| 02-05-2025 | 16800 | 3.01 | $50,568.00 | 02-05-2025 | 16800 | $03.03 | $50,820.00 | - | - | - | $01.51 | -$252.00 |
| 02-05-2025 | 3200 | 3.01 | $9,632.00 | 02-05-2025 | 3200 | $02.98 | $9,536.32 | - | - | - | $01.51 | $95.68 |
| 02-05-2025 | 6800 | 3.01 | $20,468.00 | 02-05-2025 | 6800 | $03.03 | $20,604.00 | - | - | - | $01.51 | -$136.00 |
| 02-05-2025 | 3200 | 3.01 | $9,632.00 | 02-05-2025 | 3200 | $03.03 | $9,680.00 | - | - | - | $01.51 | -$48.00 |
| 02-05-2025 | 3200 | 3.0059 | $9,618.88 | 02-05-2025 | 3200 | $03.03 | $9,696.00 | - | - | - | $01.51 | -$77.12 |
| 02-05-2025 | 7000 | 3.0071 | $21,049.70 | 02-05-2025 | 7000 | $03.04 | $21,280.70 | - | - | - | $01.51 | -$231.00 |
| 02-05-2025 | 10000 | 3.01 | $30,100.00 | 02-05-2025 | 10000 | $02.98 | $29,801.00 | - | - | - | $01.51 | $299.00 |
| 02-05-2025 | 20000 | 3.005 | $60,100.00 | 02-06-2025 | 20000 | $03.00 | $60,038.00 | - | - | - | $01.51 | $62.00 |
| 02-05-2025 | 10000 | 3.0085 | $30,085.00 | 02-06-2025 | 10000 | $03.00 | $30,019.00 | - | - | - | $01.51 | $66.00 |
| 02-06-2025 | 2800 | 3.0173 | $8,448.44 | 02-06-2025 | 2800 | $03.00 | $8,405.32 | - | - | - | $01.51 | $43.12 |
| 02-06-2025 | 1250 | 3.0173 | $3,771.63 | 02-06-2025 | 1250 | $03.00 | $3,752.38 | - | - | - | $01.51 | $19.25 |
| 02-06-2025 | 1150 | 3.0089 | $3,460.24 | 02-06-2025 | 1150 | $03.00 | $3,452.19 | - | - | - | $01.51 | $08.05 |
| 02-06-2025 | 5000 | 3.025 | $15,125.00 | 02-06-2025 | 5000 | $03.00 | $15,009.50 | - | - | - | $01.51 | $115.50 |
| 02-06-2025 | 1700 | 3.0297 | $5,150.49 | 02-06-2025 | 1700 | $03.00 | $5,103.23 | - | - | - | $01.51 | $47.26 |
| 02-06-2025 | 5000 | 2.9471 | $14,735.50 | 02-07-2025 | 5000 | $02.88 | $14,400.00 | - | - | - | $01.51 | $335.50 |
| 02-06-2025 | 5000 | 2.9373 | $14,686.50 | 02-07-2025 | 5000 | $02.88 | $14,400.00 | - | - | - | $01.51 | $286.50 |
| 02-06-2025 | 10000 | 2.93 | $29,300.00 | 02-07-2025 | 10000 | $02.88 | $28,800.00 | - | - | - | $01.51 | $500.00 |
| 02-06-2025 | 6800 | 2.93 | $19,924.00 | 02-07-2025 | 6800 | $02.88 | $19,597.60 | - | - | - | $01.51 | $326.40 |
| 02-06-2025 | 3200 | 2.93 | $9,376.00 | 02-07-2025 | 3200 | $02.88 | $9,216.00 | - | - | - | $01.51 | $160.00 |
| 02-06-2025 | 6000 | 2.9386 | $17,631.60 | 02-07-2025 | 6000 | $02.88 | $17,292.00 | - | - | - | $01.51 | $339.60 |
| 02-06-2025 | 10000 | 2.9428 | $29,428.00 | 02-07-2025 | 10000 | $02.88 | $28,820.00 | - | - | - | $01.51 | $608.00 |
| 02-06-2025 | 2800 | 2.9499 | $8,259.72 | 02-07-2025 | 2800 | $02.88 | $8,059.80 | - | - | - | $01.51 | $199.92 |
| 02-06-2025 | 2200 | 2.9499 | $6,489.78 | 02-07-2025 | 2200 | $02.88 | $6,340.40 | - | - | - | $01.51 | $149.38 |
| 02-06-2025 | 10000 | 2.94 | $29,400.00 | 02-07-2025 | 10000 | $02.88 | $28,785.00 | - | - | - | $01.51 | $615.00 |
| 02-06-2025 | 5000 | 2.939 | $14,695.00 | 02-07-2025 | 5000 | $02.88 | $14,392.50 | - | - | - | $01.51 | $302.50 |
| 02-06-2025 | 2800 | 2.94 | $8,232.00 | 02-07-2025 | 2800 | $02.90 | $8,121.96 | - | - | - | $01.51 | $110.04 |
| 02-06-2025 | 7200 | 2.94 | $21,168.00 | 02-07-2025 | 7200 | $02.88 | $20,725.20 | - | - | - | $01.51 | $442.80 |
| 02-06-2025 | 5000 | 2.9378 | $14,689.00 | 02-07-2025 | 5000 | $02.90 | $14,503.50 | - | - | - | $01.51 | $185.50 |
| 02-06-2025 | 10000 | 2.9392 | $29,392.00 | 02-07-2025 | 10000 | $02.90 | $29,007.00 | - | - | - | $01.51 | $385.00 |
| 02-06-2025 | 2800 | 2.9398 | $8,231.44 | 02-07-2025 | 2800 | $02.90 | $8,120.00 | - | - | - | $01.51 | $111.44 |
| 02-06-2025 | 7200 | 2.9398 | $21,166.56 | 02-07-2025 | 7200 | $02.90 | $20,885.04 | - | - | - | $01.51 | $281.52 |
| 02-06-2025 | 800 | 2.9374 | $2,349.92 | 02-07-2025 | 800 | $02.90 | $2,323.60 | - | - | - | $01.51 | $26.32 |
| 02-06-2025 | 7200 | 2.9374 | $21,149.28 | 02-07-2025 | 7200 | $02.90 | $20,880.00 | - | - | - | $01.51 | $269.28 |
| 02-06-2025 | 800 | 2.94 | $2,352.00 | 02-07-2025 | 800 | $02.90 | $2,320.00 | - | - | - | $01.51 | $32.00 |
| 02-06-2025 | 9200 | 2.94 | $27,048.00 | 02-07-2025 | 9200 | $02.90 | $26,721.40 | - | - | - | $01.51 | $326.60 |
| 02-06-2025 | 800 | 2.94 | $2,352.00 | 02-07-2025 | 800 | $02.90 | $2,320.00 | - | - | - | $01.51 | $32.00 |
| 02-06-2025 | 9200 | 2.94 | $27,048.00 | 02-07-2025 | 9200 | $02.90 | $26,680.00 | - | - | - | $01.51 | $368.00 |
| 02-06-2025 | 9200 | 2.9368 | $27,018.56 | 02-07-2025 | 9200 | $02.90 | $26,680.00 | - | - | - | $01.51 | $338.56 |
| 02-07-2025 | 10000 | 2.849 | $28,490.00 | 02-07-2025 | 10000 | $02.86 | $28,611.00 | - | - | - | $01.51 | -$121.00 |
| 02-07-2025 | 8000 | 2.939 | $23,512.00 | 02-13-2025 | 8000 | $02.77 | $22,168.00 | - | - | - | $01.51 | $1,344.00 |
| 02-07-2025 | 8000 | 2.9598 | $23,678.40 | 02-13-2025 | 8000 | $02.76 | $22,087.20 | - | - | - | $01.51 | $1,591.20 |
| 02-07-2025 | 2000 | 2.9598 | $5,919.60 | 02-13-2025 | 2000 | $02.77 | $5,542.00 | - | - | - | $01.51 | $377.60 |
| 02-07-2025 | 8000 | 2.96 | $23,680.00 | 02-13-2025 | 8000 | $02.76 | $22,087.20 | - | - | - | $01.51 | $1,592.80 |
| 02-07-2025 | 2000 | 2.96 | $5,920.00 | 02-13-2025 | 2000 | $02.76 | $5,521.80 | - | - | - | $01.51 | $398.20 |
| 02-07-2025 | 3000 | 2.9593 | $8,877.90 | 02-13-2025 | 3000 | $02.75 | $8,250.00 | - | - | - | $01.51 | $627.90 |
| 02-07-2025 | 10000 | 2.9593 | $29,593.00 | 02-13-2025 | 10000 | $02.76 | $27,612.00 | - | - | - | $01.51 | $1,981.00 |
| 02-07-2025 | 2000 | 2.9593 | $5,918.60 | 02-13-2025 | 2000 | $02.76 | $5,521.80 | - | - | - | $01.51 | $396.80 |
| 02-07-2025 | 3000 | 2.9488 | $8,846.40 | 02-13-2025 | 3000 | $02.75 | $8,250.00 | - | - | - | $01.51 | $596.40 |

| Date | Qty | Price | Amount | Date | Qty | Qty | Price | Amount | Amount | Qty | | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-07-2025 | 1000 | 2.9374 | $2,937.40 | 02-13-2025 | 1000 | | $02.75 | $2,750.00 | - | | | $01.51 | $187.40 |
| 02-07-2025 | 4000 | 2.9374 | $11,749.60 | 02-13-2025 | 4000 | | $02.75 | $11,000.00 | - | - | - | $01.51 | $749.60 |
| 02-07-2025 | 5000 | 2.9499 | $14,749.50 | 02-13-2025 | 5000 | | $02.75 | $13,750.00 | - | - | - | $01.51 | $999.50 |
| 02-07-2025 | 4000 | 2.9488 | $11,795.20 | 02-13-2025 | 4000 | | $02.75 | $11,000.00 | - | - | - | $01.51 | $795.20 |
| 02-07-2025 | 11595 | 2.95 | $34,205.25 | 02-10-2025 | 11595 | | $02.85 | $33,020.24 | - | - | - | $01.51 | $1,185.01 |
| 02-07-2025 | 3405 | 2.95 | $10,044.75 | 02-13-2025 | 3405 | | $02.76 | $9,398.82 | - | - | - | $01.51 | $645.93 |
| 02-07-2025 | 6595 | 2.95 | $19,455.25 | 02-10-2025 | 6595 | | $02.85 | $18,775.97 | - | - | - | $01.51 | $679.29 |
| 02-07-2025 | 8405 | 2.95 | $24,794.75 | 02-10-2025 | 8405 | | $02.85 | $23,935.76 | - | - | - | $01.51 | $858.99 |
| 02-07-2025 | 1595 | 2.9497 | $4,704.77 | 02-10-2025 | 1595 | | $02.90 | $4,627.25 | - | - | - | $01.51 | $77.52 |
| 02-07-2025 | 13405 | 2.9497 | $39,540.73 | 02-10-2025 | 13405 | | $02.85 | $38,164.04 | - | - | - | $01.51 | $1,376.69 |
| 02-07-2025 | 15000 | 2.9498 | $44,247.00 | 02-10-2025 | 15000 | | $02.90 | $43,516.50 | - | - | - | $01.51 | $730.50 |
| 02-07-2025 | 10000 | 2.9479 | $29,479.00 | 02-10-2025 | 10000 | | $02.90 | $29,011.00 | - | - | - | $01.51 | $468.00 |
| 02-07-2025 | 3505 | 2.945 | $10,322.23 | 02-10-2025 | 3505 | | $02.90 | $10,168.36 | - | - | - | $01.51 | $153.87 |
| 02-10-2025 | 5000 | 2.819 | $14,095.00 | 02-13-2025 | 5000 | | $02.76 | $13,801.50 | - | - | - | $01.51 | $293.50 |
| 02-10-2025 | 8405 | 2.829 | $23,777.75 | 02-13-2025 | 8405 | | $02.76 | $23,197.80 | - | - | - | $01.51 | $579.95 |
| 02-10-2025 | 1595 | 2.829 | $4,512.26 | 02-13-2025 | 1595 | | $02.76 | $4,402.68 | - | - | - | $01.51 | $109.58 |
| 02-10-2025 | 8405 | 2.8694 | $24,117.31 | 02-13-2025 | 8405 | | $02.75 | $23,123.84 | - | - | - | $01.51 | $993.47 |
| 02-10-2025 | 1595 | 2.8694 | $4,576.69 | 02-13-2025 | 1595 | | $02.76 | $4,402.20 | - | - | - | $01.51 | $174.49 |
| 02-10-2025 | 3605 | 2.8895 | $10,416.65 | 02-13-2025 | 3605 | | $02.76 | $9,949.80 | - | - | - | $01.51 | $466.85 |
| 02-10-2025 | 1595 | 2.8895 | $4,608.75 | 02-13-2025 | 1595 | | $02.75 | $4,388.16 | - | - | - | $01.51 | $220.59 |
| 02-10-2025 | 401 | 2.8073 | $1,125.73 | 02-13-2025 | 401 | | $02.76 | $1,106.76 | - | - | - | $01.51 | $18.97 |
| 02-10-2025 | 2799 | 2.8073 | $7,857.63 | 02-13-2025 | 2799 | | $02.76 | $7,725.24 | - | - | - | $01.51 | $132.39 |
| 02-10-2025 | 401 | 2.81 | $1,126.81 | 02-13-2025 | 401 | | $02.77 | $1,108.77 | - | - | - | $01.51 | $18.05 |
| 02-10-2025 | 5000 | 2.81 | $14,050.00 | 02-13-2025 | 5000 | | $02.74 | $13,700.50 | - | - | - | $01.51 | $349.50 |
| 02-10-2025 | 4599 | 2.81 | $12,923.19 | 02-13-2025 | 4599 | | $02.76 | $12,693.24 | - | - | - | $01.51 | $229.95 |
| 02-10-2025 | 401 | 2.805 | $1,124.81 | 02-13-2025 | 401 | | $02.77 | $1,110.77 | - | - | - | $01.51 | $14.04 |
| 02-10-2025 | 4599 | 2.805 | $12,900.20 | 02-13-2025 | 4599 | | $02.77 | $12,716.24 | - | - | - | $01.51 | $183.96 |
| 02-10-2025 | 401 | 2.8381 | $1,138.08 | 02-13-2025 | 401 | | $02.77 | $1,111.37 | - | - | - | $01.51 | $26.71 |
| 02-10-2025 | 5000 | 2.8381 | $14,190.50 | 02-13-2025 | 5000 | | $02.77 | $13,863.50 | - | - | - | $01.51 | $327.00 |
| 02-10-2025 | 5000 | 2.8381 | $14,190.50 | 02-13-2025 | 5000 | | $02.77 | $13,850.00 | - | - | - | $01.51 | $340.50 |
| 02-10-2025 | 4599 | 2.8381 | $13,052.42 | 02-13-2025 | 4599 | | $02.77 | $12,739.23 | - | - | - | $01.51 | $313.19 |
| 02-10-2025 | 3401 | 2.8374 | $9,650.00 | 02-13-2025 | 3401 | | $02.78 | $9,463.96 | - | - | - | $01.51 | $186.03 |
| 02-10-2025 | 4599 | 2.8374 | $13,049.20 | 02-13-2025 | 4599 | | $02.77 | $12,746.13 | - | - | - | $01.51 | $303.07 |
| 02-10-2025 | 150 | 2.8174 | $422.61 | 02-13-2025 | 150 | | $02.78 | $417.41 | - | - | - | $01.51 | $05.21 |
| 02-11-2025 | 503 | 2.79 | $1,403.37 | 02-13-2025 | 503 | | $02.78 | $1,399.70 | - | - | - | $01.51 | $03.67 |
| 02-11-2025 | 900 | 2.7771 | $2,499.39 | 02-13-2025 | 900 | | $02.78 | $2,504.43 | - | - | - | $01.51 | -$05.04 |
| 02-11-2025 | 46 | 2.785 | $128.11 | 02-13-2025 | 46 | | $02.78 | $128.00 | - | - | - | $01.51 | $00.11 |
| 02-13-2025 | 6404 | 2.7397 | $17,545.04 | 02-13-2025 | 6404 | | $02.77 | $17,739.08 | - | - | - | $01.51 | -$194.04 |
| 02-13-2025 | 3596 | 2.7397 | $9,851.96 | 02-13-2025 | 3596 | | $02.76 | $9,924.96 | - | - | - | $01.51 | -$73.00 |
| 02-13-2025 | 8080 | 2.74 | $22,139.20 | 02-13-2025 | 8080 | | $02.76 | $22,300.80 | - | - | - | $01.51 | -$161.60 |
| 02-13-2025 | 1920 | 2.74 | $5,260.80 | 02-13-2025 | 1920 | | $02.77 | $5,318.40 | - | - | - | $01.51 | -$57.60 |
| 02-13-2025 | 8080 | 2.76 | $22,300.80 | 02-13-2025 | 8080 | | $02.76 | $22,300.80 | - | - | - | $01.51 | |
| 02-13-2025 | 1920 | 2.76 | $5,299.20 | 02-13-2025 | 1920 | | $02.76 | $5,299.20 | - | - | - | $01.51 | |
| 02-13-2025 | 5580 | 2.755 | $15,372.90 | 02-13-2025 | 5580 | | $02.76 | $15,374.57 | - | - | - | $01.51 | -$01.67 |
| 02-13-2025 | 1920 | 2.755 | $5,289.60 | 02-13-2025 | 1920 | | $02.76 | $5,299.20 | - | - | - | $01.51 | -$09.60 |
| 02-13-2025 | 4420 | 2.755 | $12,177.10 | 02-13-2025 | 4420 | | $02.76 | $12,178.43 | - | - | - | $01.51 | -$01.33 |
| 02-13-2025 | 2500 | 2.76 | $6,900.00 | 02-13-2025 | 2500 | | $02.76 | $6,900.75 | - | - | - | $01.51 | -$00.75 |
| 02-13-2025 | 10000 | 2.76 | $27,600.00 | 02-13-2025 | 10000 | | $02.76 | $27,603.00 | - | - | - | $01.51 | -$03.00 |
| 02-13-2025 | 2500 | 2.769 | $6,922.50 | 02-13-2025 | 2500 | | $02.76 | $6,903.00 | - | - | - | $01.51 | $19.50 |
| 02-13-2025 | 7500 | 2.769 | $20,767.50 | 02-13-2025 | 7500 | | $02.76 | $20,702.25 | - | - | - | $01.51 | $65.25 |
| 02-13-2025 | 5000 | 2.765 | $13,825.00 | 02-13-2025 | 5000 | | $02.76 | $13,806.00 | - | - | - | $01.51 | $19.00 |
| 02-13-2025 | 2500 | 2.765 | $6,912.50 | 02-13-2025 | 2500 | | $02.76 | $6,903.00 | - | - | - | $01.51 | $09.50 |
| 02-13-2025 | 15000 | 2.7788 | $41,682.00 | 03-05-2025 | | 15000 | $01.69 | | $25,350.00 | 15000 | - | $01.51 | $16,332.00 |
| 02-13-2025 | 5000 | 2.7799 | $13,899.50 | 03-05-2025 | | 5000 | $01.69 | | $8,450.00 | 5000 | - | $01.51 | $5,449.50 |
| 02-13-2025 | 10000 | 2.7799 | $27,799.00 | 03-05-2025 | | 10000 | $01.69 | | $16,900.00 | 10000 | - | $01.51 | $10,899.00 |
| 02-13-2025 | 15000 | 2.7788 | $41,682.00 | 03-05-2025 | | 15000 | $01.69 | | $25,350.00 | 15000 | - | $01.51 | $16,332.00 |
| 02-13-2025 | 10000 | 2.775 | $27,750.00 | 03-05-2025 | | 10000 | $01.69 | | $16,900.00 | 10000 | - | $01.51 | $10,850.00 |
| 02-13-2025 | 5000 | 2.775 | $13,875.00 | 03-05-2025 | | 5000 | $01.69 | | $8,450.00 | 5000 | - | $01.51 | $5,425.00 |
| 02-13-2025 | 15000 | 2.77 | $41,550.00 | 03-05-2025 | | 15000 | $01.69 | | $25,350.00 | 15000 | - | $01.51 | $16,200.00 |
| 02-13-2025 | 4469 | 2.7788 | $12,418.46 | 02-26-2025 | | 4469 | $01.61 | | $7,195.09 | 4469 | - | $01.51 | $5,223.37 |
| 02-13-2025 | 10531 | 2.7788 | $29,263.54 | 03-05-2025 | | 10531 | $01.69 | | $17,797.39 | 10531 | - | $01.51 | $11,466.15 |
| 02-13-2025 | 4469 | 2.7788 | $12,418.46 | 02-26-2025 | | 4469 | $01.61 | | $7,195.09 | 4469 | - | $01.51 | $5,223.37 |
| 02-13-2025 | 5000 | 2.7788 | $13,894.00 | 02-26-2025 | | 5000 | $01.65 | | $8,255.50 | 5000 | - | $01.51 | $5,638.50 |
| 02-13-2025 | 5000 | 2.7788 | $13,894.00 | 02-26-2025 | | 5000 | $01.65 | | $8,252.50 | 5000 | - | $01.51 | $5,641.50 |
| 02-13-2025 | 531 | 2.7788 | $1,475.54 | 02-26-2025 | | 531 | $01.61 | | $854.91 | 531 | - | $01.51 | $620.63 |
| 02-13-2025 | 1469 | 2.7798 | $4,083.53 | 02-26-2025 | | 1469 | $01.61 | | $2,365.09 | 1469 | - | $01.51 | $1,718.44 |
| 02-13-2025 | 5000 | 2.7798 | $13,899.00 | 02-26-2025 | | 5000 | $01.61 | | $8,050.00 | 5000 | - | $01.51 | $5,849.00 |
| 02-13-2025 | 5000 | 2.7798 | $13,899.00 | 02-26-2025 | | 5000 | $01.61 | | $8,050.00 | 5000 | - | $01.51 | $5,849.00 |
| 02-13-2025 | 3531 | 2.7798 | $9,815.47 | 02-26-2025 | | 3531 | $01.61 | | $5,684.91 | 3531 | - | $01.51 | $4,130.56 |
| 02-13-2025 | 15000 | 2.78 | $41,700.00 | 02-26-2025 | | 15000 | $01.61 | | $24,150.00 | 15000 | - | $01.51 | $17,550.00 |
| 02-13-2025 | 1300 | 2.77 | $3,601.00 | 02-26-2025 | | 1300 | $01.61 | | $2,093.00 | 1300 | - | $01.51 | $1,508.00 |
| 02-13-2025 | 178 | 2.79 | $496.62 | 02-26-2025 | | 178 | $01.61 | | $286.58 | 178 | - | $01.51 | $210.04 |
| 02-14-2025 | 1500 | 2.8197 | $4,229.55 | 02-26-2025 | | 1500 | $01.61 | | $2,415.00 | 1500 | - | $01.51 | $1,814.55 |
| 02-14-2025 | 160 | 2.83 | $452.80 | 02-26-2025 | | 160 | $01.61 | | $257.60 | 160 | - | $01.51 | $195.20 |
| 02-14-2025 | 52 | 2.785 | $144.82 | 02-26-2025 | | 52 | $01.61 | | $83.72 | 52 | - | $01.51 | $61.10 |
| 02-14-2025 | 4 | 2.7966 | $11.19 | 02-26-2025 | | 4 | $01.61 | | $06.44 | 4 | - | $01.51 | $04.75 |

| 02-24-2025 | 47 | 2.5 | $417.50 | 02-26-2025 | 47 | $ 01.61 | $ 75.67 | 47 | - | $ 01.51 | $ 41.83 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-25-2025 | 280 | 2.3489 | $ 657.69 | 02-26-2025 | 280 | $ 01.61 | $ 450.80 | 280 | - | $ 01.51 | $ 206.89 |
| 02-25-2025 | 10 | 2.355 | $ 23.55 | 02-26-2025 | 10 | $ 01.61 | $ 16.10 | 10 | - | $ 01.51 | $ 07.45 |
| **Total:** | **1,157,685** | | **$3,534,206.06** | | **1,019,154** | **138531** | **$3,025,452.60** | **$230,285.39** | **138,531** | | **$278,468.06** |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS | |
|---|---|
| **LIFO Loss Total** | $403,663.36 |
| **Gross Shares Purchased** | 1,206,460 |
| **Net Shares Retained** | 112,306 |
| **Net Funds Expended** | $432,505.45 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.