# EXHIBIT D

**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Movants Robbie Dickson*
*and Joseph M. Stacy, Jr.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REZA DABESTANI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GERON CORPORATION, JOHN A. SCARLETT, ANDREW J. GRETHLEIN, MICHELLE J. ROBERTSON, FAYE FELLER, ANIL KAPUR, and JAMES ZIEGLER,<br><br>Defendants. | Case No.: 3:25-cv-02507-CRB<br><br>**JOINT DECLARATION OF ROBBIE DICKSON AND JOSEPH M. STACY, JR. IN SUPPORT OF THEIR MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFFS**<br><br>Date:         June 20, 2025<br>Time:         10:00 a.m.<br>Courtroom:  6-17th Floor<br>Judge:        Hon. Charles R. Breyer |
| ISAAC POTVIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GERON CORPORATION, JOHN A. SCARLETT, ANDREW J. GRETHLEIN, MICHELLE J. ROBERTSON, FAYE FELLER, ANIL KAPUR, and JIM ZIEGLER,<br><br>Defendants. | Case No.: 3:25-cv-02563-CRB |

JOINT DECLARATION OF ROBBIE DICKSON AND JOSEPH M. STACY, JR. IN SUPPORT OF THEIR MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFFS

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1. We, Robbie Dickson and Joseph M. Stacy, Jr., respectfully submit this Joint Declaration in support of our motion for appointment as Co-Lead Plaintiffs in the above-captioned securities class actions (the "Actions") against Geron Corporation ("Geron" or the "Company"). We each have personal knowledge about the information contained in this Joint Declaration as to ourselves.

2. We are both informed of and understand the requirements of serving as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). We understand that each of us could have chosen to pursue individual actions, individual motions for appointment as lead plaintiff, or taken no action and remained absent class members. However, we have decided to move for co-lead plaintiffs in this case jointly because we believe combining our collective resources and knowledge will best serve the Class.[1]

3. I, Robbie Dickson, as reflected in my Certification, purchased Geron securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in the Actions. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in Westmount, Quebec, Canada. I possess a Bachelor of Engineering. I am the owner of Rainbow Distribution for which I also serve as president. Further, I have experience hiring and overseeing attorneys for business related matters. I decided to seek appointment as lead plaintiff with Joseph M. Stacy, Jr. after learning of his motivation to recover on behalf of investors and that we were each in discussions with our counsel to pursue claims on behalf of the Class.

4. I, Joseph M. Stacy, Jr., as reflected in my Certification, purchased Geron securities during the Class Period and suffered a substantial loss as a result of the violations of the federal

---

[1] The "Class" consists of all purchasers of Geron securities between February 28, 2024 and February 25, 2025, both dates inclusive.

JOINT DECLARATION OF ROBBIE DICKSON AND JOSEPH M. STACY, JR. IN SUPPORT OF THEIR MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFFS

securities laws alleged in the Actions. I am motivated to recover this loss for my own benefit and the benefit of all members of the Class. I currently reside in Virginia Beach, Virginia. I possess a Bachelor of Science in Business Administration. I am currently retired, but prior to that, was employed as a Senior estimator with Sparkle Painting Co, Inc. I have been investing in securities for 25 years. Further, I have experience hiring and overseeing attorneys for civil and real estate matters, as well as to dispute a traffic violation. I decided to seek appointment as lead plaintiff with Robbie Dickson after learning of his motivation to recover on behalf of investors and that we were each in discussions with our counsel to pursue claims on behalf of the Class.

5.     We, Robbie Dickson and Joseph M. Stacy, Jr., believe that the allegations against Geron are meritorious and that the Class will benefit from having highly motivated investors with substantial financial interests at stake like ourselves to control the class action. We believe that our combined efforts, knowledge, and diverse background will better serve the Class. If appointed co-lead plaintiffs, our primary goal will be to ensure that the Class achieves the largest possible recovery.

6.     We are investors who contacted and retained Levi & Korsinsky, LLP ("Levi & Korsinsky") to represent us in the Actions as Lead Counsel. After discussing the allegations against Geron, the procedural background of the Actions, the process of appointing a lead plaintiff in cases such as this, and attorneys' fees, we learned of each other's existence and similar willingness to litigate the claims of the Class.

7.     Upon learning of each other's interest seeking appointment of lead plaintiff in this matter through our counsel, we held a conference call on May 9, 2025 at which time we discussed, among other things: the allegations and the strength of the claims against defendants; a strategy for prosecuting the Actions; the role of the lead plaintiff and the lead plaintiff selection and litigation process; the benefits that the class would receive from the leadership of two investors like us; a shared desire to achieve the best possible result for the class; our interests in prosecuting the case in a collaborative,

JOINT DECLARATION OF ROBBIE DICKSON AND JOSEPH M. STACY, JR. IN SUPPORT OF THEIR MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFFS

likeminded manner; attorney's fees, and the actions that we will take to continue to ensure that the claims will be zealously and efficiently litigated.

8.    We believe that the Class will benefit from having two highly motivated investors with substantial financial interests at stake as co-lead plaintiffs. We feel that our combined efforts and knowledge will better represent the Class as a whole, which is likely made up of the same composition. We both decided to work together in order to collaborate and exercise joint decision-making. We agree to work collaboratively to represent all Geron shareholders who suffered damages during the Class Period and to ensure that the Class achieves the largest recovery possible.

9.    We each understand that, if appointed, we would act in the best interests of the Class during the course of the litigation to provide effective representation and to ensure that Lead Counsel effectively litigates the Actions. Both of us understand that if we are appointed as co-lead plaintiffs, we will owe a duty to the putative Class to provide fair and adequate representation, oversee counsel, and obtain the largest possible recovery against all culpable parties consistent with good faith and vigorous advocacy. Both of us will do our best to maximize the recovery for the Class.

10.    If appointed as co-lead plaintiffs, we agree to actively manage the prosecution of the Actions including reviewing documents, having joint calls, discussing through email any developments, participating in discovery, and exercising joint decision-making to execute a strategy to maximize the recovery of the entire Class. We are confident in our ability to reach joint decisions regarding litigation matters and will use consensus decision making to maximize the recovery for the Class. We agree that we will share our perspectives, experiences, and resources and will remain actively involved to ensure the Class is afforded the highest degree of representation.

11.    Given our obligations to the Class and our shared common interest in maximizing the recovery for all investors, we fully expect to reach a consensus regarding litigation decisions. However, in the unlikely event that we ever disagree on any issue, the group member with the larger financial

JOINT DECLARATION OF ROBBIE DICKSON AND JOSEPH M. STACY, JR. IN SUPPORT OF THEIR MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFFS

interest will ultimately have discretion.

12.     We select Levi & Korsinsky to serve as Lead Counsel on behalf of the Class and believe Levi & Korsinsky has the experience and ability to effectively and expeditiously bring the Actions to a close and achieve a strong recovery on behalf of the Class. We are familiar with the experience, resources, and successes of our proposed Lead Counsel, Levi & Korsinsky. We are well aware that Levi & Korsinsky is an accomplished law firm with a history of achieving significant settlements and corporate governance reforms with defendants. Indeed, we believe that the firm's prior experience of effectively litigating complex class action lawsuits will provide comfort that the proposed Class will receive the best possible representation. We also believe that Levi & Korsinsky will vigorously prosecute the Actions in a cost-effective manner and in the best interests of all members of the putative Class.

13.     It is our goal to resolve the Actions in an expeditious manner that is fair to all members of the Class. Through supervision of our chosen counsel, Levi & Korsinsky, we will ensure that the Actions is prosecuted for the benefit of the Class in an efficient and effective manner. In that regard, we will direct Levi & Korsinsky to prosecute the Actions in such a way to achieve a fair result for all members of the Class. We have implemented communication procedures to ensure that we can quickly communicate and make decisions on short notice. We understand that we may call for a meeting or conference call at any time, including on an emergency basis if necessary. We understand that meetings, conference calls, and communications may be conducted without counsel. We agree to contact one another when necessary to facilitate the best interests of the Class and to prosecute the Actions. We do not foresee any problems communicating with one another or staying abreast of the progress of the litigation.

14.     We have also directed counsel to keep us informed of any developments in the Actions—including any developments in the lead plaintiff proceedings. To this end, we will continue

JOINT DECLARATION OF ROBBIE DICKSON AND JOSEPH M. STACY, JR. IN SUPPORT OF THEIR MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFFS

to direct Lead Counsel and oversee the prosecution of the Actions for the benefit of the Class by reviewing pleadings, orders, and motion papers and conferring amongst ourselves. Further, we agreed that we will make ourselves available to personally travel for any appearances, depositions, settlement hearings, and other necessary meetings to facilitate the prosecution of the Actions.

15.    We, Robbie Dickson and Joseph M. Stacy, Jr., hereby reaffirm our commitment to satisfying the duties that we will owe to the Class if appointed as Co-Lead Plaintiffs, including conferring with counsel regarding litigation strategy, attending court proceedings and depositions, if necessary, and reviewing documents, pleadings, and motions in the Actions. Our main goal is obtaining the largest recovery possible for the Class.

JOINT DECLARATION OF ROBBIE DICKSON AND JOSEPH M. STACY, JR. IN SUPPORT OF THEIR MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFFS

I, Robbie Dickson, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 05/09/2025.

_____
Robbie Dickson

JOINT DECLARATION OF ROBBIE DICKSON AND JOSEPH M. STACY, JR. IN SUPPORT OF THEIR MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFFS

I, Joseph M. Stacy, Jr., declare, pursuant to 28 U.S.C. § 1746, under the penalty of perjury that the foregoing is true and correct.

Executed this May 9, 2025.

_____
Joseph M. Stacy, Jr.

8

JOINT DECLARATION OF ROBBIE DICKSON AND JOSEPH M. STACY, JR. IN SUPPORT OF THEIR MOTION FOR APPOINTMENT AS CO-LEAD PLAINTIFFS