# Exhibit 1



**Source:** *Levi & Korsinsky, LLP*

*March 13, 2025 14:48 ET*

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Geron Corporation Securities and Sets a Lead Plaintiff Deadline of May 12, 2025

NEW YORK, March 13, 2025 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of Geron Corporation ("Geron" or the "Company") (NASDAQ: GERN) <u>between June 7, 2024 to February 25, 2025, both dates inclusive.</u> <u>You are hereby notified</u>** that the class action lawsuit *Reza Dabestani v. Geron Corporation, et al.* (Case No. 3:25-cv-02507) has been commenced in the United States District Court for the Northern District of California. To get more information **go to:**

[https://zlk.com/pslra-1/geron-corporation-lawsuit-submission-form](https://zlk.com/pslra-1/geron-corporation-lawsuit-submission-form)

or contact Joseph E. Levi, Esq. either via email at [jlevi@levikorsinsky.com](mailto:jlevi@levikorsinsky.com) or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

According to the complaint, defendants provided investors with material information concerning defendants' expectations for the launch and growth potential of Rytelo (imetelstat). Defendants' statements included, among other things, confidence in Geron's ability to capitalize on the purportedly significant unmet need for the drug and to execute on its commercial plan to target first-line ESA ineligible patients, while continually minimizing the risks associated with the burden of the weekly monitoring requirement for Rytelo and the impacts of seasonality and existing competition on the drug's sales.

On February 26, 2025, Geron announced its financial results for the fourth quarter of fiscal 2024, disclosing that Rytelo's growth had flattened over the preceding months. The Company attributed the diminished growth on seasonality, competition, lack of awareness for Rytelo, and the burden of the monitoring requirement necessary for the drug treatment.

Following this news, the price of Geron's common stock declined dramatically. From a closing market price of $2.37 per share on February 25, 2025, Geron's stock price fell to $1.61 per share on February 26, 2025, a decline of about 32.07% in the span of just a single day.

**If you suffered a loss in GERN securities, you have until May 12, 2025** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has

ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 17th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com