# Exhibit 3

**Geron Corporation Loss Chart**
**between February 28, 2024 and February 25, 2025**

| Name | Date | Shares | Price per | Total | Date Sold | Shares | Price per | Total | Shares | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | $1.52 |
| Vincent Agostino | 2024-12-18 | 52210 | ($3.80) | ($198,398.00) | | | | | | | | |
| | | 52210 | | ($198,398.00) | | | | | $0.00 | 52210 | $79,238.72 | ($119,159.28) |