POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant*
*Frank Platania and Proposed Lead*
*Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| REZA DABESTANI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GERON CORPORATION, JOHN A. SCARLETT, ANDREW J. GRETHLEIN, MICHELLE J. ROBERTSON, FAYE FELLER, ANIL KAPUR, and JAMES ZIEGLER,<br><br>Defendants. | Case No.: 3:25-cv-02507-CRB<br><br>DECLARATION OF JENNIFER PAFITI, ESQ. IN SUPPORT OF MOTION OF FRANK PLATANIA FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL<br><br><u>CLASS ACTION</u><br><br>Date:  June 20, 2025<br>Time:  10:00 a.m.<br>Judge:  Hon. Charles R. Breyer<br>Courtroom:  6 – 17th Floor |
| ISAAC POTVIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GERON CORPORATION, JOHN A. SCARLETT, ANDREW J. GRETHLEIN, MICHELLE J. ROBERTSON, FAYE FELLER, ANIL KAPUR, and JIM ZIEGLER,<br><br>Defendants. | Case No.: 3:25-cv-02563-CRB<br><br><u>CLASS ACTION</u> |

DECLARATION IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL - 3:25-cv-02507-CRB; 3:25-cv-02563-CRB

I, Jennifer Pafiti, Esq., hereby declare as follows:

1.      I am an attorney with Pomerantz LLP ("Pomerantz"), counsel on behalf of Frank Platania ("Platania"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Platania's motion for consolidation of the above-captioned related actions ("Related Actions"), appointment as Lead Plaintiff for the Class in the Related Actions, and approval of Platania's selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:     Chart setting forth Platania's financial interest in this litigation;

Exhibit B:     Press release published via *Globe Newswire* on March 13, 2025, announcing the pendency of the first-filed of the Related Actions;

Exhibit C:     Shareholder Certification executed by Platania;

Exhibit D:     Declaration executed by Platania; and

Exhibit E:     Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on May 12, 2025.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

DECLARATION IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL - 3:25-cv-02507-CRB; 3:25-cv-02563-CRB

**<u>PROOF OF SERVICE</u>**

I hereby certify that on May 12, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

2
DECLARATION IN SUPPORT OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL - 3:25-cv-02507-CRB; 3:25-cv-02563-CRB