Case 3:25-cv-02507-VC    Document 25-3    Filed 05/12/25    Page 1 of 2

# EXHIBIT A

**Geron Corporation (GERN)**
**Class Period: February 28, 2024 to February 25, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 73-Days* Mean Price $1.5177 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Frank Platania | 12/27/2024 | 17 | $3.2197 | ($55) | 5/9/2025 | (2,367) | $1.5177 | $3,592 | | | | |
| Frank Platania | 12/27/2024 | 17,775 | $3.2199 | ($57,234) | 5/9/2025 | (15,425) | $1.5177 | $23,410 | | | | |
| **Frank Platania** | | **17,792** | | **($57,288)** | | **(17,792)** | | **$27,003** | **17,792** | **0** | **$0** | **($30,286)** |

*Avg Closing Prices from February 26, 2025 to May 9, 2025