# EXHIBIT D

**FRANK PLATANIA DECLARATION INSUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Frank Platania, declare as follows:

1.      I respectfully submit this declaration in support of my motion to be appointed Lead Plaintiff in the instant class action on behalf of investors in the securities of Geron Corporation ("Geron" or the "Company"), and for approval of my selection of Pomerantz LLP ("Pomerantz") to be appointed as Lead Counsel. I am also represented by The Schall Law Firm ("SLF") as Additional Counsel. I have personal knowledge of the facts set forth below relating to my activities, actions and beliefs, and would testify competently thereto.

2.      I live in Manahawkin, New Jersey.  I am 69 years old. I am retired and worked as a salesman in the food and beverage industry.  I have been investing in the stock market for 25 years. As reflected in my Certification, I purchased Company securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action. Because I suffered substantial losses, I am motivated to seek the best possible result for myself and the proposed class.

3.      Prior to filing this motion, I spoke with counsel regarding this case. We discussed the claims against Defendants, my interest in serving as Lead Plaintiff, the fiduciary responsibilities and obligations of the appointed Lead Plaintiff to the class, and the Lead Plaintiff's obligation to select Lead Counsel, and to ensure that the class's claims will be efficiently and zealously prosecuted by way of my proposed Lead Counsel.

4.      I am informed of and understand the requirements of serving as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995. I understand my duties as Lead Plaintiff include fair and adequate representation to all members of the class, and if appointed as Lead Plaintiff, I will fulfill these responsibilities to the best of my abilities.

5.      I understand that my duties as Lead Plaintiff include overseeing and monitoring the progress of the litigation and coordinating with counsel to vigorously prosecute the case in a way

that best serves the interests of the class. If appointed as Lead Plaintiff, I will monitor and direct the efforts and activities of my proposed Lead Counsel to ensure that the litigation is handled efficiently.

6.      In performing these duties, I will, among other things, review pleadings and motion papers, obtain regular status reports on the progress of the litigation, participate in discovery, and have input into litigation decisions, including settlement negotiations.

7.      My counsel and I have each other's contact information and either of us may call for a meeting or conference call at any time, including on an emergency basis if necessary. I am able and willing to reconvene future calls, as well as attend in-person meetings, and communicate via email, as often and regularly as necessary to ensure responsible oversight of counsel. I do not foresee any problems communicating with counsel or staying abreast of the progress of this litigation.

8.      After careful consideration, I am satisfied that my chosen counsel, Pomerantz as Lead Counsel and SLF as Additional Counsel, are experienced in prosecuting actions of this nature and are capable of diligently prosecuting the class's claims under my supervision.

9.      I am aware that I could select any counsel to represent me, and that I was not and am not required or compelled to recommend Pomerantz as Lead Counsel. By submitting this declaration, I am personally ratifying Pomerantz as my choice for that role in this Litigation.

10.     I have no interests antagonistic to the interests of the class and do not believe that I am subject to any unique defenses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _5/12/2025_____.

DocuSigned by:

Frank Platania