UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GERON CORPORATION SECURITIES LITIGATION | Master File No. 3:25-cv-02507-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING INCREASE OF PAGE LIMITS REGARDING BRIEFING ON MOTION TO DISMISS THE CONSOLIDATED AMENDED CLASS ACTION COMPLAINT** |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

**JOINT STIPULATION AND [PROPOSED] ORDER**
**3:25-CV-02507-CRB**

This Joint Stipulation and [Proposed] Order is respectfully submitted by Court-appointed Co-Lead Plaintiffs Robbie Dickson and Joseph M. Stacy, Jr. ("Lead Plaintiffs") and Defendants Geron Corporation ("Geron"), John A. Scarlett, Andrew J. Grethlein, Michelle J. Robertson, Faye Feller, Anil Kapur, and Jim Ziegler ("Defendants" and collectively with Lead Plaintiff, the "Parties"). The Parties, by and through their undersigned counsel, respectfully stipulate and agree, subject to Court approval, to change the page limits for the briefing papers associated with Defendants' Motion to Dismiss Plaintiffs' Consolidated Amended Class Action Complaint and Lead Plaintiffs' response thereto. In support of this stipulation, the Parties state as follows:

WHEREAS, on August 8, 2025, Lead Plaintiffs filed their Consolidated Amended Class Action Complaint ("CAC") (Dkt. No. 40);

WHEREAS, Defendants intend to file a Motion to Dismiss the CAC ("Motion to Dismiss");

WHEREAS, Civil Local Rule 7-2(b) provides that memoranda of points of authorities may not exceed 25 pages, but this Court's Standing Order provides that any such memoranda may not exceed 15 pages;

WHEREAS, given the length of the CAC, which spans 250 paragraphs over 102 pages, the scope of the putative class period, and the legal issues that must be addressed, the 15-page limit would prevent the Parties from adequately setting forth their arguments in support of and in opposition to Defendants' Motion to Dismiss; and

WHEREAS, counsel for the Parties met and conferred to discuss page limits for the briefing of the Motion to Dismiss and agreed that the pages limits for both Defendants' opening brief in support of and Lead Plaintiffs' opposition to the Motion to Dismiss should be increased beyond 15 pages.

NOW, THEREFORE, the Parties stipulate, subject to Court approval, as follows:

1.      Defendants' opening brief in support of their Motion to Dismiss shall not exceed 25 pages in length.

2.      Lead Plaintiffs' opposition to Defendants' Motion to Dismiss shall not exceed 25 pages in length.

3.   Defendants' reply brief in support of their Motion to Dismiss shall not exceed 10 pages in length.

**IT IS SO STIPULATED.**

Dated:  August 26, 2025

**LEVI & KORSINSKY LLP**

By: */s/ Adam M. Apton*
ADAM M. APTON (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Lead Plaintiffs Robbie Dickson and Joseph M. Stacy, Jr.*

**COOLEY LLP**

 By:  */s/ Ryan E. Blair*
RYAN E. BLAIR (246724)
(rblair@cooley.com)
VIVIENNE A. PISMAROV (345611)
(vpismarov@cooley.com)
10265 Science Center Drive
San Diego, California  92121-1117
Telephone:     +1 858 550 6000
Facsimile:     +1 858 550-6420

BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:     (650) 843 5000
Facsimile:     (650) 849 7400

NICHOLAS ORR (334142)
(norr@cooley.com)
355 South Grand Avenue, Suite 900
Los Angeles, California  90071
Telephone:     +1 213 561 3250
Facsimile:     +1 213 561 3244

*Attorneys for Defendants*

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated:  August 26, 2025                           COOLEY LLP


*/s/ Ryan E. Blair*
Ryan E. Blair (246724)
Counsel for Defendants

## [PROPOSED] ORDER

Pursuant to the foregoing stipulation, and good cause appearing, **IT IS SO ORDERED**.

DATED: _____, 2025

_____
The Honorable Charles R. Breyer
United States Senior District Judge