UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GERON CORPORATION SECURITIES LITIGATION | Master File No. 3:25-cv-02507-VC<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

Co-Lead Plaintiffs Robbie Dickson and Joseph M. Stacy, Jr. ("Lead Plaintiffs") and Defendants Geron Corporation ("Geron"), John A. Scarlett, Andrew J. Grethlein, Michelle J. Robertson, Faye Feller, Anil Kapur, and Jim Ziegler ("Defendants" and collectively with Lead Plaintiffs, the "Parties") hereby agree and stipulate that good cause exists to respectfully request an order from the Court continuing the Initial Case Management Conference currently scheduled for October 10, 2025 until after the Court issues a ruling on Defendants' motion to dismiss Lead Plaintiffs' Amended Complaint for Violations of the Federal Securities Laws ("Amended Complaint") (ECF 40). The Parties submit this Joint Stipulation and [Proposed] Order and respectfully request as follows:

WHEREAS, on March 13, 2025, a putative securities class action complaint, *Dabestani v. Geron Corporation, et al.*, Case No. 3:25-cv-02507-CRB (the "Action"), was filed on behalf of a purported class of purchasers of Geron's stock, alleging violations of the Securities Exchange Act of 1934 against the Defendants (ECF 1).

WHEREAS, on May 29, 2025, the Court consolidated *Potvin v. Geron Corporation, et al.*, Case No. 3:25-cv-02563-CRB into this Action, and appointed Robbie Dickson and Joseph M. Stacy, Jr. as Lead Plaintiffs of the consolidated case (ECF 33).

WHEREAS, on June 10, 2025, the Parties stipulated and the Honorable Charles R. Breyer So Ordered that Lead Plaintiffs shall file the Amended Complaint by August 8, 2025; the Defendants shall have until October 7, 2025 to serve their motion, answer or response to Lead Plaintiffs' Amended Complaint; and Lead Plaintiffs shall have until December 8, 2025 to serve any opposition to any motion filed by Defendants regarding the Amended Complaint; and Defendants shall have until January 14, 2026 to serve their reply to any such opposition (ECF 37).

WHEREAS, Lead Plaintiffs filed the Amended Complaint on August 8, 2025 (ECF 40);

WHEREAS, on August 26, 2025, the Parties stipulated and the Honorable Charles R. Bryer So Ordered that Defendants' opening brief in support of their motion to dismiss shall not exceed 25 pages in length, Lead Plaintiffs' opposition to Defendants' motion to dismiss shall not exceed 25 pages in length, and Defendants' reply brief in support of their motion to dismiss shall not exceed 10 pages in length (ECF 42);

JOINT STIPULATION AND [PROPOSED] ORDER
3:25-CV-02507-VC

WHEREAS, on September 25, 2025, this Action was reassigned to the Honorable Vince Chhabria (ECF 46) and, upon reassignment, an Initial Case Management Conference was scheduled for October 10, 2025, and a Case Management Statement was ordered to be submitted by October 3, 2025 (ECF 47);

WHEREAS, the Private Securities Litigation Reform Act, 15 U.S.C. §78u-4(b)(3)(B), ("PSLRA"), requires all discovery and other proceedings to be stayed during the pendency of any motion to dismiss. Accordingly, the Parties believe resources and judicial economy would be served by continuing the Case Management Conference until after a ruling on the motion to dismiss has been ordered;

WHEREAS, the Parties do not seek to extend these deadlines for the purpose of delay, and the proposed modification will not affect any additional pre-trial and trial dates, which have not yet been set by the Court; and

WHEREAS, the Parties respectfully request that the Initial Case Management Conference set for October 10, 2025 at 10:00 a.m., and associated deadlines, shall be vacated.

**NOW, THEREFORE IT IS HEREBY STIPULATED AND AGREED** by the Parties and their undersigned counsel, subject to Court approval, as follows:

1. The Initial Case Management Conference set for October 10, 2025 at 10:00 a.m., along with the associated deadline for the Parties to submit a Joint Case Management Statement by October 3, 2025, shall be vacated; to be reset for a date after the Court issues a ruling on the motion to dismiss as the Court shall determine to be appropriate;

2. The current stipulated briefing schedule remains intact, and Defendants intend to serve their motion, answer, or response to Lead Plaintiffs' Amended Complaint by October 7, 2025, Lead Plaintiffs shall have until December 8, 2025 to serve any opposition to any motion filed by Defendants regarding the Amended Complaint; and Defendants shall have until January 14, 2026 to serve their reply to any such opposition, as previously stipulated.

3. Defendants' opening brief in support of their motion to dismiss shall not exceed 25 pages in length.

JOINT STIPULATION AND [PROPOSED] ORDER
3:25-CV-02507-VC

4.    Lead Plaintiffs' opposition to Defendants' motion to dismiss shall not exceed 25 pages in length.

5.    Defendants' reply brief in support of their motion to dismiss shall not exceed 10 pages in length.

**IT IS SO STIPULATED.**

Dated:  September 30, 2025

**LEVI & KORSINSKY LLP**

By: */s/ Adam M. Apton*
ADAM M. APTON (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

Shannon L. Hopkins (admitted *pro hac vice*)
Gregory M. Potrepka (admitted *pro hac vice*
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel: (203) 992-4523
Email: shopkins@zlk.com
Email: gpotrepka@zlk.com

*Attorneys for Lead Plaintiffs Robbie Dickson and Joseph M. Stacy, Jr.*

**COOLEY LLP**


By:  */s/ Ryan E. Blair*
RYAN E. BLAIR (246724)
(rblair@cooley.com)
VIVIENNE A. PISMAROV (345611)
(vpismarov@cooley.com)
10265 Science Center Drive
San Diego, California  92121-1117
Telephone:     +1 858 550 6000
Facsimile:      +1 858 550-6420

BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:     (650) 843 5000
Facsimile:      (650) 849 7400

NICHOLAS ORR (334142)
(norr@cooley.com)
355 South Grand Avenue, Suite 900
Los Angeles, California  90071
Telephone:     +1 213 561 3250
Facsimile:      +1 213 561 3244

*Attorneys for Defendants*

JOINT STIPULATION AND [PROPOSED] ORDER
3:25-CV-02507-VC

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)

Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this Joint Stipulation and [Proposed] Order to Continue Case Management Conference and Related Deadlines.

By: */s/ Adam Apton*
Adam Apton

**JOINT STIPULATION AND [PROPOSED] ORDER**
**3:25-CV-02507-VC**

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   October 2, 2025

By: _____
The Honorable Vince Chhabria
United States District Judge

**JOINT STIPULATION AND [PROPOSED] ORDER**
**3:25-CV-02507-VC**