UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GERON CORPORATION SECURITIES LITIGATION | Case No. 3:25-cv-02507-VC |
| | **[PROPOSED] ORDER** |
| | Hon. Vince Chhabria |
| | (Civil L.R. 3-12 and 7-11) |

[Caption continued on next page]

IN RE GERON CORPORATION
DERIVATIVE LITIGATION

Case No. 3:25-07507-CRB

Hon. Charles R. Breyer

JUNG JAE HYUNG, Derivatively on Behalf of
Geron Corporation,

        Plaintiff,

v.

DAWN C. BIR, JOHN A. SCARLETT,
ANDREW J. GRETHLEIN, MICHELLE J.
ROBERTSON, FAYE FELLER, ANIL
KAPUR, JIM ZIEGLER, GAURAV
AGGARWAL, V. BRYAN LAWLIS, JOHN
F. MCDONALD, SUSAN M. MOLINEAUX,
ELIZABETH G. O'FARRELL, and ROBERT
J. SPIEGEL,

        Defendants,

    and,

GERON CORPORATION,

        Nominal Defendant.

Case No. 3:25-08575-SK

Hon. Sallie Kim

Upon consideration of Defendants Dawn C. Bir, John A. Scarlett, Andrew J. Grethlein, Michelle J. Robertson, Faye Feller, Anil Kapur, Jim Ziegler, Gaurav Aggarwal, V. Bryan Lawlis, John F. McDonald, Susan M. Molineaux, Elizabeth G. O'Farrell, Robert J. Spiegel, and Nominal Defendant Geron Corporation Unopposed Administrative Motion to Consider Whether Cases Should be Related, the Court finds that *Hyung v. Bir, et al.*, Case No. 3:25-cv-08575-SK (N.D. Cal.) (the *"Hyung* Derivative Action") shall be deemed related to *In re Geron Corporation Securities Litigation*, Case No. 3:25-cv-02507-VC (the "Securities Class Action") and *In re Geron Corporation Derivative Litigation*, Case No. 3:25-cv-03356-CRB (the "Consolidated Derivative Action") pursuant to Civil L.R. 3-12.

The Court, HEREBY ORDERS:

1.      The *Hyung* Derivative Action is deemed related to the Securities Class Action and Consolidated Derivative Action.

2.      The *Hyung* Derivative Action and Consolidated Derivative Action are hereby reassigned to Judge Vince Chhabria.

3.      Pursuant to Civil L.R. 3-12(g), any Initial Case Management Conferences currently scheduled in the *Hyung* Derivative Action will be rescheduled by this Court, and the parties shall adjust the dates for the conference, disclosures, and report required by Fed. R. Civ. P. 16 and 26 accordingly.

**IT IS SO ORDERED.**

Dated: _____                    _____

HON. VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER
3:25-CV-02507-VC