**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Co-Lead Plaintiffs Robbie
Dickson and Joseph M. Stacy, Jr.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE GERON CORPORATION SECURITIES LITIGATION | Master File No. 3:25-cv-02507-VC <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF SHANNON L. HOPKINS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** <br><br> Hearing Date: March 5, 2026 <br> Hearing Time: 10:00 a.m. <br> Judge: Hon. Vince Chhabria <br> Courtroom: 4, 17th Floor |

I, Shannon L. Hopkins, declare as follows:

1.    I am a partner in the Connecticut office of Levi & Korsinsky, LLP, which the Court has appointed Lead Counsel for lead plaintiffs, Robbie Dickson and Joseph M. Stacy, Jr. ("Plaintiffs"), individually and on behalf of all other persons similarly situated in the above-captioned matter. I submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' Amended Complaint filed concurrently herewith.

2.    Attached as Appendix 1, and submitted solely for the Court's convenience, is a chart created by Plaintiffs' counsel organizing the false and misleading statements alleged in Plaintiffs Amended Complaint for Violations of the Federal Securities Laws (ECF 40) ("AC"), with columns providing the reasons why each statement is allegedly false and the facts supporting Defendants' scienter. The chart is responsive to Defendants' chart submitted as Appendix A (ECF 50-39) with the Declaration of Ryan E. Blair in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint ("Blair Declaration") (50-1).

3.    Attached as Appendix 2, and submitted solely for the Court's convenience, is a chart created by Plaintiffs' counsel organizing Defendants' purported risk disclosures, reasons why the disclosures are inadequate, and facts supporting materialization of the risks. The chart is responsive to Defendants' chart submitted as Appendix B (ECF 50-40) with the Blair Declaration.

4.    I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed at Stamford, Connecticut, on December 8, 2025.

/s/ *Shannon L. Hopkins*
Shannon L. Hopkins

1
DECLARATION OF SHANNON L. HOPKINS