# Appendix 1

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| | Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|---|
| 1. | Geron, Scarlett, and Robertson<br><br>2023 Form 10-K<br><br>Date: 02/28/2024<br><br>¶83 | ***If imetelstat is approved for commercialization and we are unable to establish and maintain effective sales, marketing and distribution capabilities or enter into agreements with third parties to commercialize imetelstat, we will be unable to successfully commercialize imetelstat if and when it is approved.***<br><br>\*\*\*<br><br>**Our inability to successfully establish and maintain effective commercialization capabilities for imetelstat, if we receive regulatory approval to do so, would severely and adversely affect our financial results, business and business prospects, including the potential commercialization** | Geron's medical and sales teams were unable to establish effective commercialization due to internal turmoil, confusion and a lack of experienced staff and the failure to create marketing materials. Thus, the warned of risk had materialized (¶84):<br>a) From 4/2023 to 4/2024, CW2 witnessed a lot of disagreements between the medical and commercial teams on how Rytelo should be launched (¶59);<br>b) CW2's title was changed in 1/2024 from Clinical Educator to MSL due to misunderstanding about the role's responsibilities, and unclear expectations (¶¶59-62);<br>c) During 4/2023 to 4/2024, CW2 witnessed tension between Denise Meyer, VP of Medical Affairs, and Kapur, because "Anil wanted us to transition over to commercial at launch, and Denise didn't want that[.]" (¶60);<br>d) From 4/2023 to 4/2024, CW2 said Denise Meyer and Kapur gave | Defendants' scienter is alleged through Kapur's oversight and directives to the Medical Affairs and Commercial teams recounted by CW2, thereby imputing scienter to the Company. Scienter is further supported by Defendants' admissions, executive changes, that Rytelo was Geron's only product and revenue source, and Defendants' motive:<br>• From 4/2023 to 4/2024, CW2 witnessed tension between Denise Meyer and Kapur, because "Anil wanted us to transition over to commercial at launch, and Denise didn't want that" and Kapur gave "conflicting directives to the medical and commercial teams" which resulted in "unclear" communication from leadership that "definitely" impacted the commercial launch of the drug. ¶¶60-62.<br>• CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in educating physicians prior to and at the time of launch (¶¶70-71), which Kapur would have known |

---

[1] All citations to "¶__" are to paragraphs in the Amended Complaint for Violations of the Federal Securities Laws ("AC" or "Complaint"). ECF 40. Capitalized terms have the same meaning as in the AC.

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| | Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|---|
| | | **of imetelstat, and the future of imetelstat.** | "conflicting directives to the medical and commercial teams." There were also disagreements between Denise Meyer and CW2's boss, Michael Steidle, former Executive Director of Medical Affairs (¶61);<br><br>e) From 4/2023 to 4/2024, communication from leadership "was always unclear" which "definitely" impacted the commercial launch of the drug (¶62);<br>f) From 4/2023 to 4/2024, the majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68);<br>g) CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71);<br>h) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron failed to adequately educate community physicians stating while Geron was seeing repeat prescriptions at academic medical | from overseeing and communicating with the Medical Affairs and Commercial teams, thereby imputing scienter to the Company.<br>• From 4/2023 to 4/2024, the majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68), which Kapur would have known through his communications with the Medical Affairs and Commercial teams recounted by CW2, thereby imputing scienter to the Company.<br>• Ziegler stated on the Q4 2024 Earnings Call on 2/26/2025 that Rytelo's sales had flattened due to lack of marketing and educating community doctors, stating Geron needed to focus on "***refin[ing] our segmentation and targeting and improving our promotional and sales force effectiveness***" (¶163) because "***[i]n the community, it's a little bit more diffused[]***" (¶148) and, thus, "***the majority of new patient starts have come from the third-line plus patient segment***" (¶142).<br>• On 7/23/24, Kapur was terminated, less than one month after Rytelo's commercial launch and replaced by |

2

| | Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|---|
| | | | centers, "*[i]n the community, it's a little bit more diffused[]*" (¶148); <br> i) Scarlett admitted on the Q4 2024 Earnings Call on 2/26/2025 Geron needed to "*increase the reach and frequency, our education and awareness*" with community providers (¶146); and <br> j) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron was "*refining our segmentation and targeting and improving our promotional and sales force effectiveness*[.]" (¶143). | Ziegler on 9/9/24 to "spearhead Geron's global commercial strategy and operations, lead the commercial organization and be responsible for driving growth of Rytelo." On the Q4 2024 Earnings Call, Scarlett attributed Geron's failed Rytelo launch to prior management: "[a]s many of you will recall, beginning a few months into launch, we changed our commercial and medical affairs leadership." ¶¶79, 169-172-3. <br> • In 11/2024, Jim Hassard joined Geron as SVP of Sales and Marketing, "to improve insights, strategy and execution" confirming Geron was nowhere near ready for commercialization at the time of Rytelo's launch. ¶¶80, 172. <br> • Rytelo is Geron's only FDA-approved product and only revenue source. Defendants stated in the 2024 Form 10-K that "*our future success depends solely on imetelstat*." ¶¶179-83. <br> • Defendant Ziegler admitted on the Q3 2024 Earnings Call on 11/7/2024 that Geron tracked and possessed its "*own internal demand sales data*" for Rytelo, which allowed Defendants to see data from its "388 ordering centers", sufficient |

| | Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|---|
| | | | | to conclude about the market for Rytelo and purported likely treatable patient subgroups and split between community and academic prescribers. ¶¶121, 165.<br>• Geron needed cash to fund drug development in the face of sharply increasing operating costs and a $1.8 billion accumulated deficit. ¶¶201-08.<br>• Defendants were motivated to commercialize Rytelo as fast as possible in order to maximize its profits while Geron holds exclusivity on its patent rights. ¶¶209-11. |
| 2. | Geron, Scarlett and Robertson<br><br>2023 Form 10-K<br><br>Date: 02/28/2024<br><br>¶85 | **We continue to conduct pre-commercial preparations for the U.S., such as** enhancing and/or establishing company processes and systems to support a potential commercial launch, **refining our market research in lower-risk MDS, engaging in marketing** and commercial access/reimbursement preparatory efforts, and hiring our sales force, which we expect to occur in the first and second quarters of 2024. | This statement gave the false impression Geron was conducting sufficient market research regarding the market for Rytelo and educating community physicians when, in reality, Geron had not adequately researched the Rytelo market and failed to prepare marketing materials or educate community physicians (¶86):<br>a) From 4/2023 to 4/2024, the majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68);<br>b) CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or | Defendants' scienter is alleged through Kapur's oversight and directives to the Medical Affairs and Commercial teams recounted by CW2, thereby imputing scienter to the Company. Scienter is further supported by Defendants' admissions, executive changes, that Rytelo was Geron's only product and revenue source, and Defendants' motive:<br>• From 4/2023 to 4/2024, CW2 witnessed tension between Denise Meyer and Kapur, because "Anil wanted us to transition over to commercial at launch, and Denise didn't want that" and gave "conflicting directives to the medical and commercial teams" which resulted in |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|
| | | any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71); <br> c) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron failed to adequately educate community physicians stating while Geron was seeing repeat prescriptions at academic medical centers, "*[i]n the community, it's a little bit more diffused[]*" (¶148); <br> d) Scarlett admitted on the Q4 2024 Earnings Call on 2/26/2025 Geron needed to "*increase the reach and frequency, our education and awareness*" with community providers (¶146); and <br> e) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron was "*refining our segmentation and targeting and improving our promotional and sales force effectiveness*[.]" (¶143). | "unclear" communication from leadership that "definitely" impacted the commercial launch of the drug. ¶¶60-62. <br> • From 4/2023 to 4/2024, the majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68), which Kapur would have known through his oversight of and communications with the Medical Affairs and Commercial teams recounted by CW2, thereby imputing scienter to the Company. <br> • CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71), which Kapur would have known through communications with the Medical Affairs and Commercial teams, thereby imputing scienter to the Company. <br> • Ziegler stated on the Q4 2024 Earnings Call on 2/26/2025, Rytelo's sales had flattened due to lack of marketing and educating community doctors, stating Geron would focus on "*refin[ing] our segmentation and targeting and improving our promotional and sales force effectiveness*" (¶163) because "*[i]n* |

5

| | Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|---|
| | | | | *the community, it's a little bit more diffused[]"* (¶148) and thus, *"the majority of new patient starts have come from the third-line plus patient segment with the second-line new patient starts lower than [expected]"* (¶142).<br>• On 7/23/24, Kapur was terminated, less than one month after Rytelo's commercial launch and replaced by Ziegler on 9/9/24 to "spearhead Geron's global commercial strategy and operations, lead the commercial organization and be responsible for driving growth of Rytelo." On the Q4 2024 Earnings Call on 2/26/2025, Scarlett attributed Geron's failed Rytelo launch to prior management: "[a]s many of you will recall, beginning a few months into launch, we changed our commercial and medical affairs leadership." ¶¶79, 169-172-3.<br>• In 11/2024, Jim Hassard joined Geron as SVP of Sales and Marketing, "to improve insights, strategy and execution," confirming that Geron was nowhere near ready for commercialization at the time of Rytelo's launch. ¶¶80, 172.<br>• Rytelo is Geron's only FDA-approved product and only revenue source. |

6

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| | Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|---|
| | | | | Defendants stated in the 2024 Form 10-K that "*our future success depends solely on imetelstat.*" ¶¶179-83. • Geron needed cash to fund drug development in the face of sharply increasing operating costs and a $1.8 billion accumulated deficit. ¶¶201-08. • Defendants were motivated to commercialize Rytelo as fast as possible in order to maximize its profits while Geron holds exclusivity on its patent rights. ¶¶209-11. |
| 3. | Kapur, Geron<br><br>Q4 2023 Earnings Call<br><br>Date: 02/28/2024<br><br>¶87 | In preparation of launch, we have also finalized our distribution network and our patient support providers. **In addition, we have onboarded and fully integrated a highly experienced commercial and medical affairs team into Geron.** We continue to transition Geron towards a commercial company with the integration and adoption of systems and processes to recognize and report revenues **and the continued refinement of engagement plans with marketing,** | These statements gave the false impression Geron had prepared marketing materials to educate physicians on Rytelo and onboarded and fully trained the commercial and medical affairs teams when in reality Geron was unable to establish effective commercialization due to internal turmoil, causing a lack of trained staff and the failure to create marketing materials or educate community physicians (¶88):<br><br>a) From 4/2023 to 4/2024, the majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68); | *See* Statement No. 2.<br><br>In addition, Kapur was motivated to make the alleged misstatements to sell 100% of his personal holdings of Geron stock for proceeds of $2 million when Geron stock was trading at all-time highs and he was in possession of material non-public information. ¶¶189-200. |

| | Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|---|
| | | **commercial access**, payer, and reimbursement stakeholders. | b) CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71); <br> c) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron failed to adequately educate community physicians stating, while Geron was seeing repeat prescriptions at academic medical centers, "*[i]n the community, it's a little bit more diffused[]*" (¶148); <br> d) Scarlett admitted on the Q4 2024 Earnings Call on 2/26/2025 Geron needed to "*increase the reach and frequency, our education and awareness*" with community providers (¶146); and <br> e) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron was "*refining our segmentation and targeting and improving our promotional and sales force effectiveness*[.]" (¶143). | |
| 4. | Kapur, Geron | **Ethan Thomas Markowski** *Needham & Company, LLC, Research Division* | Defendants falsely stated Geron had "extensive" discussions with "both" community and academic providers | *See* Statement No. 2. |

CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|
| Q4 2023 Earnings Call<br><br>Date: 02/28/2024<br><br>¶89 | I know you've touched on this before, but how much extra effort do you think you'll have to spend on educating community physicians on managing cytopenias versus academic ones, assuming approval?<br><br>**Anil Kapur**, *Chief Commercial Officer* <u>**[W]e have had extensive discussions with both community and academic providers**</u>. And just as a reminder for everyone, low-risk MDS is predominantly treated within the community setting. Physicians tell us they have deep experiences with drugs such as len, HMAs, and are very adept at managing heme-related side effects for patients. And for them, they point to prolonged myelosuppression with HMAs, et cetera, as areas which they have managed successfully for | when Geron spoke mainly with academics who were on the clinical trials and most community doctors knew little, if anything, about Rytelo and were, thus, unwilling to prescribe Rytelo in large part due to management burdens (¶90):<br><br>a) From 4/2023 to 4/2024, the majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68);<br>b) CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71);<br>c) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron failed to adequately educate community physicians stating, while Geron was seeing repeat prescriptions at academic medical centers, "*[i]n the community, it's a little bit more diffused[]*" (¶148);<br>d) Scarlett admitted on the Q4 2024 Earnings Call on 2/26/2025 Geron needed to "*increase the reach and* | In addition, Kapur was motivated to make the alleged misstatements to sell 100% of his personal holdings of Geron stock for proceeds of $2 million when Geron stock was trading at all-time highs and he was in possession of material non-public information. ¶¶189-200. |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| | Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|---|
| | | *** <br><br> **So we do not see much differences between the community versus the academic hematologist in terms of their perceptions and management of heme toxicities**. | *frequency, our education and awareness*" with community providers (¶146); and <br><br> e) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron was "*refining our segmentation and targeting and improving our promotional and sales force effectiveness*[.]" (¶143). | |
| 5. | Geron, Robertson <br><br> Q1 2024 Form 10-Q <br><br> Date: 5/2/2024 <br><br> ¶91 | *If imetelstat is approved for commercialization and we are unable to establish and maintain effective sales, marketing and distribution capabilities or enter into agreements with third parties to commercialize imetelstat, we will be unable to successfully commercialize imetelstat if and when it is approved.* <br><br> *** <br><br> **Our inability to successfully establish and maintain effective commercialization capabilities for imetelstat, if we receive regulatory** | Geron's medical and commercial teams were unable to establish effective commercialization due to internal turmoil, confusion and a lack of experienced staff and the failure to create marketing materials or educate community physicians. Thus, the warned of risk had materialized (¶92): <br><br> a) From 4/2023 to 4/2024, CW2 witnessed a lot of disagreements between the medical and commercial teams on how Rytelo should be launched (¶59); <br><br> b) CW2's title was changed in 1/2024 from Clinical Educator to MSL due to misunderstanding about the role's responsibilities, and unclear expectations (¶¶59-62); <br><br> c) During 4/2023 to 4/2024, CW2 witnessed tension between Denise | Defendants' scienter is alleged through Kapur's oversight and directives to the Medical Affairs and Commercial teams recounted by CW2, thereby imputing scienter to the Company. Scienter is further supported by Defendants' admissions, executive changes, that Rytelo was Geron's only revenue source and product, and Defendants' motives: <br><br> • From 4/2023 to 4/2024, CW2 witnessed tension between Denise Meyer and Kapur, because "Anil wanted us to transition over to commercial at launch, and Denise didn't want that" and gave "conflicting directives to the medical and commercial teams" which resulted in "unclear" communication from leadership that "definitely" impacted the commercial launch of the drug. ¶¶60-62. |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|
| | **approval to do so, would severely and adversely affect our financial results, business and business prospects, including the potential commercialization of imetelstat, and the future of imetelstat**. | Meyer, VP of Medical Affairs, and Kapur, because "Anil wanted us to transition over to commercial at launch, and Denise didn't want that[.]" (¶60);<br>d) From 4/2023 to 4/2024, CW2 said Denise Meyer and Kapur gave "conflicting directives to the medical and commercial teams." There were also disagreements between Denise Meyer and CW2's boss, Michael Steidle, former Executive Director of Medical Affairs;<br>e) From 4/2023 to 4/2024, communication from leadership "was always unclear" which "definitely" impacted the commercial launch of the drug (¶62);<br>f) From 4/2023 to 4/2024, the majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68);<br>g) CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71); | • CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71), which Kapur would have known through his oversight of and communications with the Medical Affairs and Commercial teams, thereby imputing scienter to the Company.<br>• From 4/2023 to 4/2024, the majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68), which Kapur would have known through oversight of and communications with the Medical Affairs and Commercial teams recounted by CW2, thereby imputing scienter to the Company.<br>• Ziegler stated on the Q4 2024 Earnings Call on 2/26/2025 that Rytelo's sales had flattened due to lack of marketing and educating community doctors, stating Geron needed to focus on "*refin[ing] our segmentation and targeting and improving our promotional and sales force effectiveness*" (¶163) because "*[i]n the community, it's a little bit more diffused[]*" (¶148) and, thus, "*the* |

11

| Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|
| | | h) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron failed to adequately educate community physicians stating while Geron was seeing repeat prescriptions at academic medical centers, "*[i]n the community, it's a little bit more diffused[]*" (¶148); <br> i) Scarlett admitted on the Q4 2024 Earnings Call on 2/26/2025 Geron needed to "*increase the reach and frequency, our education and awareness*" with community providers (¶146); and <br> j) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron was "*refining our segmentation and targeting and improving our promotional and sales force effectiveness*[.]" (¶143). | *majority of new patient starts have come from the third-line plus patient segment with the second-line new patient starts lower than [expected]*" (¶142). <br> • On 7/23/24, Kapur was terminated, less than one month after Rytelo's commercial launch and replaced by Ziegler on 9/9/24 to "spearhead Geron's global commercial strategy and operations, lead the commercial organization and be responsible for driving growth of Rytelo." On the Q4 2024 Earnings Call on 2/26/2025, Scarlett attributed Geron's failed Rytelo launch to prior management: "[a]s many of you will recall, beginning a few months into launch, we changed our commercial and medical affairs leadership." ¶¶79, 169-172-3. <br> • In 11/2024, Jim Hassard joined Geron as SVP of Sales and Marketing, "to improve insights, strategy and execution," confirming Geron was nowhere near ready for commercialization at the time of Rytelo's launch. ¶¶80, 172. <br> • Rytelo is Geron's only FDA-approved product and only revenue source. Defendants stated in the 2024 Form 10-K |

| | Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|---|
| | | | | that "***our future success depends solely on imetelstat.***" ¶¶179-83<br>• Geron needed cash to fund drug development in the face of sharply increasing operating costs and a $1.8 billion accumulated deficit. ¶¶201-08.<br>• Defendants were motivated to commercialize Rytelo as fast as possible in order to maximize its profits while Geron holds exclusivity on its patent rights. ¶¶209-11. |
| 6. | Kapur, Geron<br><br>Q1 2024 Earnings Call<br><br><u>Date:</u><br>5/2/2024<br><br>¶93 | **We expect to see imetelstat uptake across ESA-ineligible, ESA-fail RS-negative, and RS-positive high transfusion burden patients.** Based on our latest 2024 market research of 50 U.S.-based practicing hematologists *across both community and academic settings*. On the left-hand side of the slide, you can see that **our market research suggest meaningful imetelstat use in frontline ESA ineligible patients**, especially those who are RS negative. | Defendant Kapur's statement gave the false impression that Rytelo's lead indications for first and second-line patient segments would generate significant revenue when in reality, Defendants knew Rytelo's revenues (if any) would come primarily from the third-line patient segment due to lack of marketing materials, education of community doctors and side effects (¶94):<br>a) From 4/2023 to 4/2024, the majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68);<br>b) CWs 1 and 2 stated that Geron did not provide any marketing materials, | *See* Statement No. 5.<br><br>In addition, Kapur was motivated to make the alleged misstatements to sell 100% of his personal holdings of Geron stock for proceeds of $2 million when Geron stock was trading at all-time highs and he was in possession of material non-public information. ¶¶189-200. |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| | Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|---|
| | | The right-hand side of the slide shows the estimated second-line population, approximately 90% of which are expected to be ESA or luspatercept experienced. **Our market leaders suggest a broad use of imetelstat across the second line, regardless of frontline therapy, particularly for RS-negative patients**. As you can see on the figures on the right, which are further segmented for RS-positive and RS-negative patients [within] these [subgroups]. Our findings confirm the significant unmet need across the low-risk MDS patient population, and we strongly believe that [if] imetelstat is approved, can play a meaningful role in the treatment paradigm of transfusion-dependent low-risk MDS moving forward. | such as pamphlets, case studies, or any other resources to use in selling Rytelo prior launch (¶¶70-71); c) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron failed to adequately educate community physicians, stating, while Geron was seeing repeat prescriptions at academic medical centers, "***[i]n the community, it's a little bit more diffused[]***" (¶148); d) Scarlett admitted on the Q4 2024 Earnings Call on 2/26/2025 Geron needed to "***increase the reach and frequency, our education and awareness***" with community providers (¶146); and e) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron was "***refining our segmentation and targeting and improving our promotional and sales force effectiveness***[.]" (¶143); f) CW2 said Defendants' claim that Rytelo would be used as a first-line treatment was not realistic because as long as patients are responding to transfusions, doctors will stick with that option as it is less invasive with | |

14

| | Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|---|
| | | | fewer side effects and patients can continue with transfusions for years (¶48); <br> g) Defendant Ziegler admitted on the February 26, 2025 Earnings Call that "***the majority of new patient starts have come from the third-line plus patient segment with the second-line new patient starts lower than [expected]***" (¶142); <br> h) Defendant Ziegler admitted during the Q4 2024 Earnings Call on 2/26/2025 that there was "***some hesitancy in the market to start some of these products that require, in our case, some monitoring***[]" (¶145); and <br> i) Reblozyl (luspatercept), approved in 2023 as a first-line treatment option for patients with MDS who are RS negative, was less burdensome to manage and a less invasive treatment, making it unlikely that Rytelo would be adopted as a first or second-line treatment for RS negative MDS (¶39). | |
| 7. | Kapur, Geron | Our findings show that these physicians note that achievement of RBCTI and | Defendant Kapur's statement was false when made because Rytelo would never be the "standard of care" and | Kapur's scienter is alleged through his oversight and directives to the Medical Affairs and Commercial teams recounted |

15

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|
| Q1 2024 Earnings Call<br><br>Date: 5/2/2024<br><br>¶95 | rise in hemoglobin are two key factors that drive their decision-making. Further, they point to the greater than 24-week TI and patient reported outcome data from IMerge as essential considerations. **These physicians view imetelstat as the likely standard of care across the relapsed/refractory RS-negative patient population expressing enthusiasm for the significant efficacy improvement in a population with limited current treatments.** These physicians also note transfusion burden has strong impact on treatment decisions **and believe imetelstat is a compelling option for patients with high transfusion burden due to differentiated data in this patient population.** | would be primarily used as a third-line treatment due to lack of physician awareness, higher administrative burdens, and side effects. Thus, Rytelo was not a "compelling option" (¶96):<br><br>a) From 4/2023 to 4/2024, the majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68);<br><br>b) CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to launch (¶¶70-71);<br><br>c) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron failed to adequately educate community physicians stating, while Geron was seeing repeat prescriptions at academic medical centers, "*[i]n the community, it's a little bit more diffused[]*" (¶148);<br><br>d) Scarlett admitted on the Q4 2024 Earnings Call on 2/26/2025 Geron needed to "*increase the reach and frequency, our education and awareness*" with community providers (¶146); | by CW2, which is imputed to Geron. Defendants' scienter is further alleged through Defendants' admissions, executive changes, that Rytelo was Geron's only product and revenue source, and Defendants' motive:<br><br>• CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to launch (¶¶70-71), which Kapur would have known in his position through the aforementioned oversight of and communications with CW2 and the Medical Affairs and Commercial teams.<br><br>• From 4/2023 to 4/2024, the majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68), which Kapur would have known through his oversight of and communications with the Medical Affairs and Commercial teams recounted by CW2.<br><br>• Ziegler stated on the Q4 2024 Earnings Call on 2/26/2025, Rytelo's sales had flattened due to lack of marketing and educating community doctors, stating Geron would focus on "*refin[ing] our segmentation and targeting and* |

16

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| | Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|---|
| | | | e) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron was "***refining our segmentation and targeting and improving our promotional and sales force effectiveness***[.]" (¶143); <br><br> f) CW2 said Defendants' claim that Rytelo would be used as a first-line treatment was not realistic because as long as patients are responding to transfusions, doctors will stick with that option as it is less invasive with fewer side effects and patients can continue with transfusions for years (¶48); <br><br> g) Defendant Ziegler admitted on the February 26, 2025 earnings call that "***the majority of new patient starts have come from the third-line plus patient segment with the second-line new patient starts lower than [expected]***" (¶142); <br><br> h) Defendant Ziegler admitted during the Q4 2024 Earnings Call on 2/26/2025 that there was "***some hesitancy in the market to start some of these products that require, in our case, some monitoring***[]" (¶145); and | ***improving our promotional and sales force effectiveness***" (¶163) because "***[i]n the community, it's a little bit more diffused[]***" (¶148) and, thus, "***the majority of new patient starts have come from the third-line plus patient segment with the second-line new patient starts lower than [expected]***" (¶142). <br><br> • On 7/23/24, Kapur was terminated, less than one month after Rytelo's commercial launch and replaced by Ziegler on 9/9/24 to "spearhead Geron's global commercial strategy and operations, lead the commercial organization and be responsible for driving growth of Rytelo". On the Q4 2024 Earnings Call on 2/26/2025, Scarlett attributed Geron's failed Rytelo launch to prior management: "[a]s many of you will recall, beginning a few months into launch, we changed our commercial and medical affairs leadership." ¶¶79, 169-173. <br><br> • Rytelo is Geron's only FDA-approved product and only revenue source. Defendants stated in the 2024 Form 10-K that "***our future success depends solely on imetelstat***." ¶¶179-83. |

17

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| | Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|---|
| | | | i) Reblozyl (luspatercept), approved in 2023 as a first-line treatment option for patients with MDS who are RS negative, was less burdensome to manage and a less invasive treatment, making it unlikely that Rytelo would be adopted as a first or second-line treatment for RS negative MDS (¶39). | • Geron needed cash to fund drug development in the face of sharply increasing operating costs and a $1.8 billion accumulated deficit. ¶¶201-08.<br>• Defendants were motivated to commercialize Rytelo as fast as possible in order to maximize its profits while Geron holds exclusivity on its patent rights. ¶¶209-11.<br>• Kapur was motivated to make the alleged misstatements to sell 100% of his personal holdings of Geron stock for proceeds of $2 million when Geron stock was trading at all-time highs and he was in possession of material non-public information. ¶¶189-200. |
| 8. | Kapur, Geron<br><br>Q1 2024 Earnings Call<br><br>Date: 5/2/2024<br><br>¶97 | As Chip mentioned, in April, **we completed the build-out of our full commercial organization with the hiring of our sales force, which has been now integrated and trained so that they will be prepared to be deployed in the field upon potential approval.** I've had the privilege of getting to know this team really well, and I'm deeply impressed by their | Defendant Kapur's statements were false when made because Geron had not hired sufficient medical or sales staff for the Rytelo launch, and had not adequately identified or educated the target market of community physicians, most of whom CW2 said were not even aware of Rytelo (¶99);<br>a) From 4/2023 to 4/2024, the majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68); | Kapur's scienter is alleged through his oversight and directives to the Medical Affairs and Commercial teams recounted by CW2, which may be imputed to Geron. Defendants' scienter is further alleged through Defendants' admissions, executive changes, that Rytelo was Geron's only product and revenue source, and Defendants' motive:<br>• From 4/2023 to 4/2024, CW2 witnessed tension between Denise Meyer and Kapur, because "Anil wanted us to transition over to commercial at launch, |

18

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|
| | caliber, experience and commitment. We also have commercial supply arrangements in place and have finalized our specialty distribution network and third-party logistics. **From a market perspective, we have worked to identify the concentrated low-risk MDS prescriber base,** and our patient access and affordability solutions are on target for implementation at launch. **To support our launch preparation and commercial strategy, we have collected extensive market insights, which suggests that imetelstat is highly differentiated in this transfusion-dependent low-risk MDS market.** Our research has shown that medical and payer stakeholders are dissatisfied with available options in the low-risk MDS space, which | b) CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71); <br> c) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron failed to adequately educate community physicians stating, while Geron was seeing repeat prescriptions at academic medical centers, "***[i]n the community, it's a little bit more diffused[]***" (¶148); <br> d) Scarlett admitted on the Q4 2024 Earnings Call on 2/26/2025 Geron needed to "***increase the reach and frequency, our education and awareness***" with community providers (¶146); and <br> e) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron was "***refining our segmentation and targeting and improving our promotional and sales force effectiveness***[.]" (¶143). | and Denise didn't want that" and gave "conflicting directives to the medical and commercial teams" which resulted in "unclear" communication from leadership that "definitely" impacted the commercial launch of the drug. ¶¶60-62. <br> • CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71), which Kapur would have known through his oversight of and communications with the Medical Affairs and Commercial teams, thereby imputing scienter to the Company. <br> • From 4/2023 to 4/2024, the majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68), which Kapur would have known through his oversight of and communications with the Medical Affairs and Commercial teams recounted by CW2, thereby imputing scienter to the Company. <br> • Ziegler stated on the Q4 2024 Earnings Call on 2/26/2025 that Rytelo's sales had flattened due to lack of marketing and educating community doctors, stating |

19

| Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|
| | we believe creates an opportunity for imetelstat.<br><br>***<br><br>Additionally, they express enthusiasm for the totality of clinical benefits seen with imetelstat, including durable red blood cell transfusion independence, hemoglobin increases and reduction in transfusion burden, **balanced with a generally well-characterized and manageable safety profile....** | | Geron would focus on "***refin[ing] our segmentation and targeting and improving our promotional and sales force effectiveness***" (¶163) because "***[i]n the community, it's a little bit more diffused[]***" (¶148) and, thus, "***the majority of new patient starts have come from the third-line plus patient segment with the second-line new patient starts lower than [expected]***" (¶142).<br>• Defendant Ziegler admitted on the Q3 2024 Earnings Call on 11/7/2024 that Geron tracked and possessed its "***own internal demand sales data***" for Rytelo, which allowed Defendants to see data from its "388 ordering centers", sufficient to conclude about the market for Rytelo and purported likely treatable patient subgroups and split between community and academic prescribers. ¶¶121, 165.<br>• On 7/23/24, Kapur was terminated, less than one month after Rytelo's commercial launch and replaced by Ziegler on 9/9/24 to "spearhead Geron's global commercial strategy and operations, lead the commercial organization, and be responsible for driving growth of Rytelo." On the Q4 2024 Earnings Call on 2/26/2025, |

| | Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|---|
| | | | | Scarlett attributed Geron's failed Rytelo launch to prior management: "[a]s many of you will recall, beginning a few months into launch, we changed our commercial and medical affairs leadership." ¶¶79, 169-173. <br>• In 11/2024, Jim Hassard joined Geron as SVP of Sales and Marketing, "to improve insights, strategy and execution," confirming Geron was nowhere near ready for commercialization at the time of Rytelo's launch. ¶¶80, 172. <br>• Rytelo is Geron's only FDA-approved product and only revenue source. Defendants stated in the 2024 Form 10-K that "***our future success depends solely on imetelstat.***" ¶¶179-83. <br>• Geron needed cash to fund drug development in the face of sharply increasing operating costs and a $1.8 billion accumulated deficit. ¶¶201-08. <br>• Defendants were motivated to commercialize Rytelo as fast as possible in order to maximize its profits while Geron holds exclusivity on its patent rights. ¶¶209-11. <br>• Kapur was motivated to make the alleged misstatements to sell 100% of his personal holdings of Geron stock for |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| | Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|---|
| | | | | proceeds of $2 million when Geron stock was trading at all-time highs and he was in possession of material non-public information. ¶¶189-200. |
| 9. | Feller, Geron<br><br>Q1 2024 Earnings Call<br><br>Date: 5/2/2024<br><br>¶98 | Defendant Feller further claimed Geron had "**highly skilled medical affairs team in place**" that was "**prepared to be a critical resource in helping support physicians in managing their lower-risk MDS patients**." | Defendant Feller's statement was false when made because Geron's medical affairs team lacked any marketing or informational materials to educate community providers and, thus, had not done so. Nor were they "prepared" to be a critical resource without such training and materials (¶98-99):<br>a) From 4/2023 to 4/2024, the majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68);<br>b) CW2's title changed in 1/2024 from Clinical Educator to MSL because there was a lot of misunderstanding about the role's responsibilities, and unclear expectations (¶59-62);<br>c) During CW2's tenure from 4/2023 to 4/2024, CW2 witnessed tension between Denise Meyer, the Vice President of Medical Affairs, and Kapur, because "Anil wanted us to transition over to commercial at | Feller and Geron's scienter is alleged through Defendants' admissions, executive changes, that Rytelo was Geron's only product and revenue source, and Defendants' motive. Geron's scienter is further alleged through Kapur's oversight and directives to the Medical Affairs and Commercial teams recounted by CW2, which may be imputed to Geron:<br>• From 4/2023 to 4/2024, CW2 witnessed tension between Denise Meyer and Kapur, because "Anil wanted us to transition over to commercial at launch, and Denise didn't want that" and gave "conflicting directives to the medical and commercial teams" which resulted in "unclear" communication from leadership that "definitely" impacted the commercial launch of the drug. ¶¶60-62. Geron would have known this through Kapur's directives and communications with the Medical Affairs and Commercial teams recounted by CW2. |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|
| | | launch, and Denise didn't want that[.]"; <br> d) From 4/2023 to 4/2024, CW2 said Denise Meyer and Kapur gave "conflicting directives to the medical and commercial teams" and there were disagreements within the medical team, between Denise Meyer and CW2's boss, Michael Steidle, Executive Director of Medical Affairs; <br> e) CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71); <br> f) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron failed to adequately educate community physicians stating, while Geron was seeing repeat prescriptions at academic medical centers, "*[i]n the community, it's a little bit more diffused[]*" (¶148); <br> g) Scarlett admitted on the Q4 2024 Earnings Call on 2/26/2025 Geron needed to "*increase the reach and frequency, our education and* | • CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71). Geron would have known this through Kapur's directives and communications with the Medical Affairs and Commercial teams recounted by CW2. <br> • The majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68). Geron would have known this through Kapur's directives and communications with the Medical Affairs and Commercial teams recounted by CW2. <br> • On 7/23/24, Kapur was terminated, less than one month after Rytelo's commercial launch and replaced by Ziegler on 9/9/24 to "spearhead Geron's global commercial strategy and operations, lead the commercial organization, and be responsible for driving growth of Rytelo." On the Q4 2024 Earnings Call on 2/26/2025, Scarlett attributed Geron's failed Rytelo launch to prior management: "[a]s many of you will recall, beginning a few months into launch, we changed our |

23

| Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|
| | | *awareness*" with community providers (¶146); and<br><br>h) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron was "***refining our segmentation and targeting and improving our promotional and sales force effectiveness***[.]" (¶143). | commercial and medical affairs leadership." ¶¶79, 169-172-3.<br><br>• In 11/2024, Jim Hassard joined Geron as SVP of Sales and Marketing, "to improve insights, strategy and execution," confirming Geron was nowhere near ready for commercialization at the time of Rytelo's launch. ¶¶80, 172.<br><br>• Rytelo is Geron's only FDA-approved product and only revenue source. Defendants stated in the 2024 Form 10-K that "***our future success depends solely on imetelstat***." ¶¶179-83.<br><br>• Geron needed cash to fund drug development in the face of sharply increasing operating costs and a $1.8 billion accumulated deficit. ¶¶201-08.<br><br>• Defendants were motivated to commercialize Rytelo as fast as possible in order to maximize its profits while Geron holds exclusivity on its patent rights. ¶¶209-11.<br><br>• Kapur, Grethlein, and Feller sold shares for collective proceeds of over $6 million representing 100% of their holdings when Geron stock was trading at all-time highs and they were in possession of material non-public information. ¶¶189-200. |

24

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| | Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|---|
| 10. | Kapur, Geron<br><br>June 7, 2024 Special Call<br><br><u>Date</u>: 6/7/2024<br><br>¶100 | From our perspective, these guidelines reflect a lack of effective new treatment options, in particular, for those patients who are ESA ineligible high-transfusion burden patients and for RS negative lower-risk MDS patients who constitute an estimated 75% of this market. **This is a need, we believe, RYTELO can powerfully address as a potential, durable treatment that can be used broadly across these MDS subtypes. We expect to see RYTELO uptake across ESA ineligible, ESA failed RS-negative and RS-positive high transfusion burden patients.** Based on our latest market research, which was completed earlier this month, with 37 community and 20 academic U.S.-based practicing hematologist.<br><br>On the left-hand side of this slide, as you can see, **our** | Defendant Kapur's statements gave the false impression that Rytelo was a "powerful[]" and "durable" treatment that would be broadly used by community doctors as a frontline and second-line therapy, when in reality, Geron failed to educate community physicians on Rytelo, and revenues would come primarily from the third-line patient segment due to burdensome monitoring requirements and side effects (¶101):<br><br>a) From 4/2023 to 4/2024, the majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68);<br><br>b) CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71);<br><br>c) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron failed to adequately educate community physicians stating, while Geron was seeing repeat prescriptions at academic medical | Kapur's scienter is alleged through Kapur's oversight and directives to the Medical Affairs and Commercial teams recounted by CW2, which is imputed to Geron. Defendants' scienter is further alleged through Defendants' admissions, executive changes, that Rytelo was Geron's only product and revenue source, and Defendants' motive:<br><br>• CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71), which Kapur would have known in his position through the aforementioned oversight and communications with CW2 and the Medical Affairs and Commercial teams.<br><br>• From 4/2023 to 4/2024, the majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68), which Kapur would have known through his oversight of and communications with the Medical Affairs and Commercial teams recounted by CW2.<br><br>• Ziegler stated on the Q4 2024 Earnings Call on 2/26/2025, Rytelo's sales had |

25

| | Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|---|
| | | **research suggests meaningful RYTELO use in frontline ESA-ineligible patients**. The right-hand side of the slide shows the estimated second-line population, approximately 85% of which are expected to be ESA or luspatercept experience[d]. **Our research suggests a broad use of RYTELO across the second line regardless of frontline therapy and particularly for RS-negative patients.** Our research supports the significant unmet treatment needs for the low-risk MDS patient population, and we strongly believe that RYTELO can play a meaningful role for eligible low-risk MDS patients moving forward. We plan to conduct a prioritized and targeted launch to a concentrated prescriber base of approximately 8,000 health care professionals. We also plan to cover approximately | centers, "*[i]n the community, it's a little bit more diffused[]*" (¶148); d) Scarlett admitted on the Q4 2024 Earnings Call on 2/26/2025 Geron needed to "*increase the reach and frequency, our education and awareness*" with community providers (¶146); e) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron was "*refining our segmentation and targeting and improving our promotional and sales force effectiveness*[.]" (¶143); f) CW2 said Defendants' claim that Rytelo would be used as a first-line treatment was not realistic because as long as patients are responding to transfusions, doctors will stick with that option as it is less invasive with fewer side effects and patients can continue with transfusions for years (¶48); g) Defendant Ziegler admitted on the February 26, 2025 earnings call that "*the majority of new patient starts have come from the third-line plus patient segment with the second-* | flattened due to lack of marketing and educating community doctors, stating Geron would focus on "*refin[ing] our segmentation and targeting and improving our promotional and sales force effectiveness*" (¶163) because "*[i]n the community, it's a little bit more diffused[]*" (¶148) and, thus, "*the majority of new patient starts have come from the third-line plus patient segment with the second-line new patient starts lower than [expected]*" (¶142). • On 7/23/24, Kapur was terminated, less than one month after Rytelo's commercial launch and replaced by Ziegler on 9/9/24 to "spearhead Geron's global commercial strategy and operations, lead the commercial organization and be responsible for driving growth of Rytelo." On the Q4 2024 Earnings Call on 2/26/2025, Scarlett attributed Geron's failed Rytelo launch to prior management: "[a]s many of you will recall, beginning a few months into launch, we changed our commercial and medical affairs leadership." ¶¶79, 169-173. • Rytelo is Geron's only FDA-approved product and only revenue source. |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| | Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|---|
| | | 2,200 targeted accounts and **70% of the patients are expected to be treated in the community setting with low-risk MDS**. As an infused product, RYTELO will be provider administered. Medicare is expected to be the predominant payer with approximately 84% of the patients falling under the Medicare umbrella. | *line new patient starts lower than [expected]*" (¶142); h) Defendant Ziegler admitted during the Q4 2024 Earnings Call on 2/26/2025 that there was "*some hesitancy in the market to start some of these products that require, in our case, some monitoring*[]" (¶145); and i) Reblozyl (luspatercept), approved in 2023 as a first-line treatment option for patients with MDS who are RS negative, was less burdensome to manage and a less invasive treatment, making it unlikely that Rytelo would be adopted as a first or second-line treatment for RS negative MDS (¶39). | Defendants stated in the 2024 Form 10-K that "*our future success depends solely on imetelstat*." ¶¶179-83.<br>• Geron needed cash to fund drug development in the face of sharply increasing operating costs and a $1.8 billion accumulated deficit. ¶¶201-08.<br>• Defendants were motivated to commercialize Rytelo as fast as possible in order to maximize its profits while Geron holds exclusivity on its patent rights. ¶¶209-11.<br>• Kapur was motivated to make the alleged misstatements to sell 100% of his personal holdings of Geron stock for proceeds of $2 million when Geron stock was trading at all-time highs and he was in possession of material non-public information. ¶¶189-200. |
| 11. | Kapur<br><br>June 7, 2024 Special Call<br><br>Date:<br>6/7/2024<br><br>¶102 | **Craig for Corrine Johnson**, Goldman Sachs Analyst<br>So to start us off here, the label indicates that the drug is indicated for patients who require 4 or more transfusions in 8 weeks. So what portion of the patients does this apply to? | Defendant Kapur's statement gave the false impression that physicians would readily prescribe Rytelo for high transfusion burden patients, when in reality, physicians were reluctant and/or unwilling to adopt Rytelo due Geron's failure to educate community doctors, that Rytelo was more burdensome to monitor and administer and Rytelo's side effects (¶103): | *See* No. 10. |

27

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| | Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|---|
| | | **Anil Kapur**, Chief Commercial Officer ….In addition, our research also indicates that transfusion burden, in the eyes of a physician, is a sliding scale, with many physicians, approximately 80% plus of the physicians we have gone to research with indicating even one or higher on a regular basis is not satisfactory to them. **So we expect a vast majority of the patients who are transfusion burden to be provided access to RYTELO…** | a) From 4/2023 to 4/2024, the majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68); <br> b) CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71); <br> c) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron failed to adequately educate community physicians stating, while Geron was seeing repeat prescriptions at academic medical centers, "*[i]n the community, it's a little bit more diffused[]*" (¶148); <br> d) Scarlett admitted on the Q4 2024 Earnings Call on 2/26/2025 Geron needed to "*increase the reach and frequency, our education and awareness*" with community providers (¶146); <br> e) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron was "*refining our segmentation and targeting and* | |

28

| Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|
| | | *improving our promotional and sales force effectiveness*[.]" (¶143); <br> f) CW2 said Defendants' claim that Rytelo would be used as a first-line treatment was not realistic because as long as patients are responding to transfusions, doctors will stick with that option as it is less invasive with fewer side effects and patients can continue with transfusions for years (¶48); <br> g) Defendant Ziegler admitted on the February 26, 2025 earnings call that "*the majority of new patient starts have come from the third-line plus patient segment with the second-line new patient starts lower than [expected]*" (¶142); <br> h) Defendant Ziegler admitted during the Q4 2024 Earnings Call on 2/26/2025 that there was "*some hesitancy in the market to start some of these products that require, in our case, some monitoring*[]"(¶145); and <br> i) Reblozyl (luspatercept), approved in 2023 as a first-line treatment option for patients with MDS who are RS negative, was less burdensome to | |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| | Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|---|
| | | | manage and a less invasive treatment, making it unlikely that Rytelo would be adopted as a first or second-line treatment for RS negative MDS (¶39). | |
| 12. | Feller, Kapur and Geron<br><br>June 7, 2024 Special Call<br><br>Date: 6/7/2024<br><br>¶104 | **Kalpit R. Patel**, *B. Riley Securities, Inc., Research Division*<br>Any thoughts on the weekly monitoring requirements for the first 2 cycles and every cycle thereafter? How similar or dissimilar is that from your clinical trial protocol?<br><br>**Faye Feller**, *Chief Medical Officer*<br>So it is consistent with what was done on the Phase III IMerge study weekly for the first 2 cycles and then monthly prior to dosing in order to manage any potential dose modifications. **This is pretty standard across 4 hematologists, I would say, as closer monitoring, especially in this patient population, it's often merited regardless of** | Defendant Kapur and Feller's statements gave the false impression that Rytelo's treatment and monitoring regimen was not be viewed as burdensome by community doctors, when in reality, community doctors were not sufficiently educated on Rytelo and were otherwise unwilling to try Rytelo because of the monitoring that was required and side effects (¶103):<br><br>a) CW2 said Defendants' claim that Rytelo would be used as a first-line treatment was not realistic because as long as patients are responding to transfusions, doctors will stick with that option as it is less invasive with fewer side effects and patients can continue with transfusions for years (¶48);<br><br>b) Defendant Ziegler admitted on the February 26, 2025 earnings call that "*the majority of new patient starts have come from the third-line plus* | Feller and Kapur's scienter are alleged through their oversight and directives to the Medical Affairs and Commercial teams, which is imputed to Geron. Defendants' scienter is further alleged through Defendants' admissions, executive changes, that Rytelo was Geron's only product and revenue source, and Defendants' motives:<br><br>• CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71), which Defendants would have known through oversight of and communications with the Medical Affairs and Commercial teams.<br><br>• The majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68), which Defendants would have known through oversight of and communications with the Medical Affairs and Commercial |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| | Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|---|
| | | **what drug you're starting in the beginning of treatment as a patient adjusts to the new treatment and the side effect profile, while monthly before the infusions is pretty standard.**<br><br>**Anil   Kapur**, *Chief Commercial Officer*<br>The only other thing I'll add is, Kalpit, to your question. We also obviously shared our profile and the weekly monitoring is also consistent. Many of these patients, as you know, are highly transfusion burden and they are coming to the clinics once a week or at least more than once a month many, many times to get red blood cell transfusion. **So this has not been something that has been highlighted as a burden by both community and the academic facilities.** | *patient segment with the second-line new patient starts lower than [expected]*" (¶142);<br><br>c) Defendant Ziegler admitted during the Q4 2024 Earnings Call on 2/26/2025 that there was "*some hesitancy in the market to start some of these products that require, in our case, some monitoring*[]" (¶145); and<br><br>d) Reblozyl (luspatercept), approved in 2023 as a first-line treatment option for patients with MDS who are RS negative, was less burdensome to manage and a less invasive treatment, making it unlikely that Rytelo would be adopted as a first or second-line treatment for RS negative MDS (¶39). | teams recounted by CW2, thereby imputing scienter to the Company.<br>• Ziegler stated on the Q4 2024 Earnings Call on 2/26/2025 that Rytelo's sales had flattened due to lack of marketing and educating community doctors, stating Geron would focus on "*refin[ing] our segmentation and targeting and improving our promotional and sales force effectiveness*" (¶163) because "*[i]n the community, it's a little bit more diffused[]*" (¶148) and, thus, "*the majority of new patient starts have come from the third-line plus patient segment with the second-line new patient starts lower than [expected]*" (¶142).<br>• Defendant Ziegler admitted on the Q3 2024 Earnings Call on 11/7/2024 that Geron tracked and possessed its "*own internal demand sales data*" for Rytelo, which allowed Defendants to see data from its "388 ordering centers", sufficient to conclude about the market for Rytelo and purported likely treatable patient subgroups and split between community and academic prescribers. ¶¶121, 165.<br>• Ziegler admitted during the Q4 2024 Earnings Call on 2/26/2025 that there was "*some hesitancy in the market to start* |

| | Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|---|
| | | | | *some of these products that require, in our case, some monitoring*[.]" ¶145. |
| | | | | • On 7/23/24, Kapur was terminated, less than one month after Rytelo's commercial launch and replaced by Ziegler on 9/9/24 to "spearhead Geron's global commercial strategy and operations, lead the commercial organization, and be responsible for driving growth of Rytelo." On the Q4 2024 Earnings Call on 2/26/2025, Scarlett attributed Geron's failed Rytelo launch to prior management: "[a]s many of you will recall, beginning a few months into launch, we changed our commercial and medical affairs leadership." ¶¶79, 169-172-3. |
| | | | | • In 11/2024, Jim Hassard joined Geron as SVP of Sales and Marketing, "to improve insights, strategy and execution," confirming Geron was nowhere near ready for commercialization at the time of Rytelo's launch. ¶¶80, 172. |
| | | | | • Rytelo is Geron's only FDA-approved product and only revenue source. Defendants stated in the 2024 Form 10-K that "*our future success depends solely on imetelstat*." ¶¶179-83. |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|
| | | | • Geron needed cash to fund drug development in the face of sharply increasing operating costs and a $1.8 billion accumulated deficit. ¶¶201-08. <br> • Defendants were motivated to commercialize Rytelo as fast as possible in order to maximize its profits while Geron holds exclusivity on its patent rights. ¶¶209-11. <br> • Kapur, Grethlein, and Feller sold shares for collective proceeds of over $6 million representing more than 100% of their respective holdings when Geron stock was trading at all-time highs and they were in possession of material non-public information. ¶¶189-200. |
| 13. Geron, Robertson <br><br> Q2 2024 Form 10-Q <br><br> <u>Date:</u> 8/8/2024 <br><br> ¶107 | ***Our near-term prospects are wholly dependent on RYTELO. If we are unable to successfully commercialize RYTELO in the U.S. for lower-risk MDS, or to expand its indication of use, our ability to generate meaningful revenue or achieve profitability will be materially and adversely affected.*** | This purported risk factor was materially false and misleading when made because the risks warned of had already materialized and Geron had not successfully commercialized Rytelo or expanded it beyond a third-line treatment because Geron had not prepared any marketing materials to be used in selling Rytelo, had insufficient and inexperienced medical and sales staff and, failed to educate community physicians on Rytelo and, thus, Rytelo | Defendants' scienter is alleged through Kapur's oversight and directives to the Medical Affairs and Commercial teams recounted by CW2, which is imputed to Geron.  Defendants' scienter is further alleged through Defendants' admissions, executive changes, that Rytelo was Geron's only product and revenue source, and Defendant's motive: <br> • CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other |

| Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|
| | \*\*\*<br><br>***If we are unable to continue to execute on our sales, marketing and distribution plans to commercialize RYTELO, we may be unable to generate meaningful product revenue.***<br><br>\*\*\*<br><br>**If we are unable to recruit as needed, and to retain and effectively train marketing and sales personnel and equip them with compliant and effective materials, our efforts to successfully commercialize RYTELO could be adversely affected**. | sales consisted of only early adopter academics for third-line treatment, which sales had flattened by September 2024 (¶108):<br>a) CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71), which negatively impacted community physician adoption of Rytelo;<br>b) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron failed to adequately educate community physicians stating while Geron was seeing repeat prescriptions at academic medical centers, ***"[i]n the community, it's a little bit more diffused[]"*** (¶148);<br>c) Scarlett admitted on the Q4 2024 Earnings Call on 2/26/2025 Geron needed to "***increase the reach and frequency, our education and awareness***" with community providers (¶146);<br>d) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron was "***refining our*** | resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71), which Defendants would have known through their oversight of and communications with the Medical Affairs and Commercial teams, thereby imputing scienter to the Company.<br>• The majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68), which Defendants would have known through their oversight of and communications with the Medical Affairs and Commercial teams recounted by CW2, thereby imputing scienter to the Company.<br>• Ziegler stated on the Q4 2024 Earnings Call on 2/26/2025, Rytelo's sales had flattened due to lack of marketing and educating community doctors, stating Geron would focus on "***refin[ing] our segmentation and targeting and improving our promotional and sales force effectiveness***" (¶163) because "***[i]n the community, it's a little bit more diffused[]*** (¶147) and, thus, "***the majority of new patient starts have come from the third-line plus patient segment with the*** |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|
| | | *segmentation and targeting and improving our promotional and sales force effectiveness*[.]" (¶143);<br>e) Geron overhauled the management team responsible for the commercial launch, by first abruptly replacing Anil Kapur effective August 31, 2024, with Defendant Ziegler (¶¶78-79, 169-70), hiring Jim Hassard as Senior Vice President of Sales and Marketing and Joseph Eid, M.D. as Executive Vice President of Research and Development in November 2024 (¶¶80, 172) and firing Defendant Scarlett, Geron's CEO of nearly fourteen years, on March 11, 2025 (¶¶175-78);<br>f) The lack of community physician awareness negatively affected Rytelo's adoption (¶¶68-69);<br>g) Defendant Ziegler admitted during the Q4 2024 Earnings Call on 2/26/2025 that there was "*some hesitancy in the market to start some of these products that require, in our case, some monitoring*[]" (¶145);<br>h) Defendant Ziegler admitted on the February 26, 2025 earnings call that | *second-line new patient starts lower than [expected]*" (¶142).<br>• Ziegler admitted during the Q4 2024 Earnings Call on 2/26/2025 that there was "*some hesitancy in the market to start some of these products that require, in our case, some monitoring*[.]" ¶145.<br>• On 7/23/24, Kapur was terminated, less than one month after Rytelo's commercial launch and replaced by Ziegler on 9/9/24 to "spearhead Geron's global commercial strategy and operations, lead the commercial organization and be responsible for driving growth of Rytelo." On the Q4 2024 Earnings Call on 2/26/2025, Scarlett attributed Geron's failed Rytelo launch to prior management: "[a]s many of you will recall, beginning a few months into launch, we changed our commercial and medical affairs leadership." ¶¶79, 169-173.<br>• In 11/2024, Jim Hassard joined Geron as SVP of Sales and Marketing, "to improve insights, strategy and execution," confirming Geron was nowhere near ready for commercialization at the time of Rytelo's launch. ¶¶80, 172. |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| | Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|---|
| | | | "***the majority of new patient starts have come from the third-line plus patient segment with the second-line new patient starts lower than [expected]***" (¶142); and<br><br>i) Reblozyl (luspatercept), approved in 2023 as a first-line treatment option for patients with MDS who are RS negative, was less burdensome to manage and a less invasive treatment option, making it unlikely that Rytelo would be immediately adopted as a first or second-line treatment for RS negative MDS (¶39). | • Rytelo is Geron's only FDA-approved product and only revenue source. Defendants stated in the 2024 Form 10-K that "***our future success depends solely on imetelstat.***" ¶¶179-83.<br>• Geron needed cash to fund drug development in the face of sharply increasing operating costs. ¶¶201-08.<br>• Defendants were motivated to commercialize Rytelo as fast as possible in order to maximize its profits while Geron holds exclusivity on its patent rights. ¶¶209-11. |
| 14. | Geron, Robinson<br><br>Q2 2024 Form 10-Q<br><br>Date: 8/8/2024<br><br>¶109 | ***To be commercially successful, RYTELO must be accepted by the healthcare community, which can be slow to adopt or unreceptive to new technologies and products.***<br><br>***RYTELO may not achieve market acceptance in the U.S. for lower-risk MDS or any other indication that might be approved in the future, or achieve the*** | These purported risk factors were materially false and misleading when made because the risks warned of had already materialized as Rytelo had received limited market acceptance by mainly academics, not community providers, limited to a third-line treatment because Geron had not prepared any marketing materials to be used in selling Rytelo, had insufficient and inexperienced medical and sales staff and, failed to educate community physicians on Rytelo and, thus, Rytelo sales consisted of only early adopter | Defendants' scienter is alleged through their oversight and directives to the Medical Affairs and Commercial teams recounted by CW2, which is imputed to Geron. Defendants' scienter is further alleged through Defendants' admissions, executive changes, that Rytelo was Geron's only product and revenue source, and Defendants' motive:<br>• CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71), |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| | Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|---|
| | | **potential U.S. or international revenue we believe may be possible, since hospitals, physicians, patients or the medical community in general may decide not to accept and utilize RYTELO**.<br><br>\*\*\*<br><br>*If the market opportunities for RYTELO are smaller than we believe, our revenue may be adversely affected, and our business may suffer.*<br><br>We are commercializing RYTELO in lower-risk MDS, and the addressable patient population in lower-risk MDS is based on our estimates. These estimates, which have been derived from a variety of sources, including scientific literature, surveys of clinics, patient foundations and market research, may prove to be incorrect. Further, new | academics for third-line treatment, which sales had flattened by September 2024 (¶¶81, 110):<br>a) CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71), which negatively impacted community physician adoption of Rytelo;<br>b) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron failed to adequately educate community physicians stating while Geron was seeing repeat prescriptions at academic medical centers, *"[i]n the community, it's a little bit more diffused[]"* (¶148);<br>c) Scarlett admitted on the Q4 2024 Earnings Call on 2/26/2025 Geron needed to *"increase the reach and frequency, our education and awareness"* with community providers (¶146);<br>d) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron was *"refining our segmentation and targeting and* | which Defendants would have known through their oversight of and communications with the Medical Affairs and Commercial teams, thereby imputing scienter to the Company.<br>• The majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68), which Defendants would have known through oversight of and communications with the Medical Affairs and Commercial teams recounted by CW2, thereby imputing scienter to the Company.<br>• Defendant Ziegler admitted on the Q3 2024 Earnings Call on 11/7/2024 Geron tracked and possessed its *"own internal demand sales data"* for Rytelo, which allowed Defendants to see data from its "388 ordering centers", sufficient to conclude about the market for Rytelo and purported likely treatable patient subgroups and split between community and academic prescribers. ¶¶121, 165.<br>• Ziegler stated on the Q4 2024 Earnings Call on 2/26/2025, Rytelo's sales had flattened due to lack of marketing and educating community doctors, stating Geron would focus on *"refin[ing] our* |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| | Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|---|
| | | information from us or others may change the estimated incidence or prevalence of patients with lower-risk MDS in the U.S. Additionally, **the potentially addressable patient population for RYTELO may not ultimately be amenable to treatment with RYTELO, or we may be unable to successfully identify patients and achieve a significant market share in RYTELO's approved indication, or initial sales of RYTELO may deplete the prevalence pool of patients in the RYTELO's approved indication more quickly than expected, which would have a negative impact on sales of RYTELO in the future.** | *improving our promotional and sales force effectiveness*[.]" (¶143); <br><br> e) Geron overhauled the management team responsible for the commercial launch, by first abruptly replacing Anil Kapur effective August 31, 2024, with Defendant Ziegler (¶¶78-79, 169-70), hiring Jim Hassard as Senior Vice President of Sales and Marketing and Joseph Eid, M.D. as Executive Vice President of Research and Development in November 2024 (¶¶80, 172) and firing Defendant Scarlett, Geron's CEO of nearly fourteen years, on March 11, 2025 (¶¶175-78); <br><br> f) During CW2's tenure from 4/2023 to 4/2024, the lack of community physician awareness negatively affected Rytelo's adoption (¶¶68-69); <br><br> g) Defendant Ziegler admitted during the Q4 2024 Earnings Call on 2/26/2025 that there was "*some hesitancy in the market to start some of these products that require, in our case, some monitoring[]*" (¶145); | *segmentation and targeting and improving our promotional and sales force effectiveness*" (¶163) because "*[i]n the community, it's a little bit more diffused[]*" (¶147) and, thus, "*the majority of new patient starts have come from the third-line plus patient segment with the second-line new patient starts lower than [expected]*" (¶142). <br><br> • Ziegler admitted during the Q4 2024 Earnings Call on 2/26/2025 that there was "*some hesitancy in the market to start some of these products that require, in our case, some monitoring*[.]" ¶145. <br><br> • On 7/23/24, Kapur was terminated, less than one month after Rytelo's commercial launch and replaced by Ziegler on 9/9/24 to "spearhead Geron's global commercial strategy and operations, lead the commercial organization and be responsible for driving growth of Rytelo." On the on the Q4 2024 Earnings Call on 2/26/2025, Scarlett attributed Geron's failed Rytelo launch to prior management: "[a]s many of you will recall, beginning a few months into launch, we changed our commercial and medical affairs leadership." ¶¶79, 169-172-3. |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| | Speaker/ Medium/ Date / ¶[1] | Alleged Misstatement | Facts Supporting Falsity | Facts Supporting Scienter |
|---|---|---|---|---|
| | | | h) Defendant Ziegler admitted on the February 26, 2025 earnings call that "**the majority of new patient starts have come from the third-line plus patient segment with the second-line new patient starts lower than [expected]**" (¶142); and<br>i) Reblozyl (luspatercept), approved in 2023 as a first-line treatment option for patients with MDS who are RS negative, was less burdensome to manage and a less invasive treatment option, making it unlikely that Rytelo would be immediately adopted as a first or second-line treatment for RS negative MDS (¶39). | • In 11/2024, Jim Hassard joined Geron as SVP of Sales and Marketing, "to improve insights, strategy and execution," confirming that Geron was nowhere near ready for commercialization at the time of Rytelo's launch. ¶¶80, 172.<br>• Rytelo is Geron's only FDA-approved product and only revenue source. Defendants stated in the 2024 Form 10-K that "**our future success depends solely on imetelstat**." ¶¶179-83.<br>• Geron needed cash to fund drug development in the face of sharply increasing operating costs and a $1.8 billion accumulated deficit. ¶¶201-08.<br>• Defendants were motivated to commercialize Rytelo as fast as possible in order to maximize its profits while Geron holds exclusivity on its patent rights. ¶¶209-11. |
| 15. | Scarlett, Geron<br><br>Q2 2024 Earnings Call | **As of July 31, 60% of the top decile 1 to 4 accounts have been reached by our team across both community and academic settings. This has led to gratifying uptake**. We estimate again as of July 31 that approximately 160 | Defendant Scarlett's statements were false when made because Geron was already struggling with market acceptance because most community providers had not even heard of Rytelo and/or were unwilling to prescribe Rytelo, and, thus, Rytelo was would not become the "standard of care" for first | Defendant Scarlett's scienter is alleged through Defendants' admitted access to detailed sales data, executive changes, that Rytelo was Geron's only product and revenue source, and Defendants' motive.<br>• On the Q4 2023 Earnings Call on 2/28/2024 Defendant Kapur admitted Geron had systems in place at the time of |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| | | | |
|---|---|---|---|
| Date: 8/8/2024 ¶111 | patients have received RYTELO, which is quite encouraging given the very early stage of this launch. **The enthusiastic reception for RYTELO that we've seen within the hematology community reinforces the unmet needs for lower-risk MDS patients with symptomatic transfusion-dependent anemia**. **Many of our customers are passionate about getting access to RYTELO for their patients, and we've seen a strong push across the U.S. to add RYTELO to formularies, treatment pathways and EMRs, including in the community setting.**<br><br>***<br><br>**We believe that these favorable NCCN guidelines have put RYTELO in a strong competitive position.**<br><br>*** | and second-line treatment and was primarily used as a third-line treatment due to Geron's failure to educate community doctors and Rytelo's side effects and administrative burden (¶112):<br><br>a)    CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71), which negatively impacted community physician adoption of Rytelo;<br><br>b)    Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron failed to adequately educate community physicians stating while Geron was seeing repeat prescriptions at academic medical centers, *"[i]n the community, it's a little bit more diffused[]"* (¶148);<br><br>c)    Scarlett admitted on the Q4 2024 Earnings Call on 2/26/2025 Geron needed to *"increase the reach and frequency, our education and awareness"* with community providers (¶146);<br><br>d)    Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron was *"refining our segmentation and targeting and improving our* | launch to track revenue: "[w]e continue to transition Geron towards a commercial company with the integration and adoption of systems and processes to recognize and report revenues[.]" ¶87.<br><br>• Defendant Ziegler admitted on the Q3 2024 Earnings Call on 11/7/2024 Geron tracked and possessed its *"own internal demand sales data"* for Rytelo, which allowed Defendants to see data from its "388 ordering centers", sufficient to conclude about the market for Rytelo and purported likely treatable patient subgroups and split between community and academic prescribers. ¶¶121, 165.<br><br>• Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron failed to adequately educate community physicians stating *"[i]n the community, it's a little bit more diffused[]"* (¶148) and, thus, *"the majority of new patient starts have come from the third-line plus patient segment with the second-line new patient starts lower than [expected],"* which Defendants would have seen from Geron's sales data. ¶142.<br><br>• On 7/23/24, Kapur was terminated, less than one month after Rytelo's commercial launch and replaced by Ziegler on 9/9/24 to "spearhead Geron's global commercial strategy and operations, lead the commercial organization and be |

| | | | | |
|---|---|---|---|---|
| | | With the introduction of RYTELO as a new therapeutic option, we're seeing increasing dialogue among hematologists, rethinking treatment approaches for eligible low-risk MDS patients with transfusion dependent anemia. **Consequently, we believe that RYTELO can become part of the standard of care for both eligible first and second-line patients**. | *promotional and sales force effectiveness*[.]" (¶143); <br> e) Geron overhauled the management team responsible for the commercial launch, by first abruptly replacing Anil Kapur effective August 31, 2024, with Defendant Ziegler (¶¶78-79, 169-70), hiring Jim Hassard as Senior Vice President of Sales and Marketing and Joseph Eid, M.D. as Executive Vice President of Research and Development in November 2024 (¶¶80, 172), and firing Defendant Scarlett, Geron's CEO of nearly fourteen years, on March 11, 2025 (¶¶175-78); <br> f) The lack of community physician awareness negatively affected Rytelo's adoption (¶¶68-69); <br> g) Defendant Ziegler admitted during the Q4 2024 Earnings Call on 2/26/2025 that there was "*some hesitancy in the market to start some of these products that require, in our case, some monitoring[]*" (¶145); <br> h) Defendant Ziegler admitted on the February 26, 2025 earnings call that "*the majority of new patient starts have come from the third-line plus patient segment with the second-line new patient starts lower than [expected]*" (¶142); and | responsible for driving growth of Rytelo." On the Q4 2024 Earnings Call on 2/26/2025, Scarlett attributed Geron's failed Rytelo launch to prior management: "[a]s many of you will recall, beginning a few months into launch, we changed our commercial and medical affairs leadership." ¶¶79, 169-172-3. <br><br> • In 11/2024, Jim Hassard joined Geron as SVP of Sales and Marketing, "to improve insights, strategy and execution," confirming that Geron was nowhere near ready for commercialization at the time of Rytelo's launch. ¶¶80, 172. <br><br> • Rytelo is Geron's only FDA-approved product and only revenue source. Defendants stated in the 2024 Form 10-K that "*our future success depends solely on imetelstat*." ¶¶179-83. <br><br> • Negative analyst reactions that revenue and the Rytelo market was much lower than Defendants said: 2/26/25 Seeking Alpha wrote "[d]uring the earnings call, management revealed that what I perceived to be as clinical adoption in my last update was, really, 'early adopters who believed in the product.' If Rytelo *is* a 3rd-line or later product, its TAM is probably less than 50% of what I projected in my DCF, suggesting peak |

| | | | i) Reblozyl (luspatercept), approved in 2023 as a first-line treatment option for patients with MDS who are RS negative, was less burdensome to manage and a less invasive treatment option, making it unlikely that Rytelo would be immediately adopted as a first or second-line treatment for RS negative MDS (¶39). | annual revenue of no more than $350 million." ¶¶185-87.<br>• Geron needed cash to fund drug development in the face of sharply increasing operating costs and a $1.8 billion accumulated deficit. ¶¶201-08.<br>• Defendants were motivated to commercialize Rytelo as fast as possible in order to maximize its profits while Geron holds exclusivity on its patent rights. ¶¶209-11. |
| 16. | Grethlein, Geron<br><br>Q2 2024 Earnings Call<br><br><u>Date:</u><br>8/8/2024<br><br>¶113 | On this next slide is a snapshot of our medical and commercial field teams that have been fully deployed to cover the entire U.S. market, supporting HCP and account education and uptake. This includes 50 key account managers, our oncology clinical educator liaisons, field reimbursement access directors and national account teams, along with our field medical affairs teams. **We are pleased that since these commercial and medical field teams were deployed in June, there has been a strong level of in-person access to community and academic accounts and HCPs**. We believe that the experience and | Grethlein's statements were false when made because, as Defendants later admit, Geron's MSL's did not sufficiently contact or educate community physicians due to chaos, disorganization, disagreement and conflicting directives from executive management leaving medical and sales staff "paralyzed" in the field, the Company had not prepared any marketing materials to be used in selling Rytelo and had insufficiently trained medical and sales staff. Thus, there was no "strong RYTELO value proposition." Defendants' statements also created a false impression of the state of affairs that existed by omitting that early Rytelo sales consisted of prescriptions from mainly early adopter academics who prescribed Rytelo as a third-line treatment due to lack of | Defendant Grethlein's scienter is evidenced by Defendants' admitted access to detailed sales data, executive changes, that Rytelo was Geron's only approved and revenue-generating product, analysts' negative reactions, and Defendants' motive:<br>• On the Q4 2023 Earnings Call on 2/28/2024 Defendant Kapur admitted Geron had systems in place at the time of launch to track revenue: "[w]e continue to transition Geron towards a commercial company with the integration and adoption of systems and processes to recognize and report revenues[.]" ¶87.<br>• Defendant Ziegler admitted on the Q3 2024 Earnings Call on 11/7/2024 that Geron tracked and possessed its "***own internal demand sales data***" for Rytelo, which allowed Defendants to see data |

| | | | | |
|---|---|---|---|---|
| | | relationships that our talented field teams bring to Geron have enabled them to quickly access these accounts.<br><br>**We believe that the strong RYTELO value proposition, commercial foundation and the execution of our entire organization is driving encouraging early results over these first 6 weeks of launch**. As we commented earlier, we estimate that as of July 31, 2024, approximately 160 patients have received RYTELO. This demand was generated in part by reaching approximately 60% of top decile 1 through 4 accounts and includes orders from roughly 115 unique accounts.<br><br>**We are seeing an encouraging range of customers ordering RYTELO in these early days from small community to large aggregator accounts with hospitals ranging from community, academic** | physician awareness, burdensome monitoring requirements and side effects (¶114):<br>a)  CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71), which negatively impacted community physician adoption of Rytelo;<br>b)  CW1 confirmed Rytelo sales had flattened in September 2024 and November 2024 (¶81);<br>c)  In 1/2025, CW1 attended a "Fast Start" sales meeting led by Defendant Ziegler, who told the sales team during that meeting that sales flattened in September and November 2024 and mandated that sales personnel aggressively market Rytelo as a second-line therapy, which was included in the 2025 sales quotas (¶81);<br>d)  Defendant Scarlett's admissions on the February 26, 2025 earnings call that "*we have observed flat revenue trends over the last few months*" and Defendant Ziegler's corroborating admission during the same call that "*with respect to new patient starts, we have observed flatness over the* | from its "388 ordering centers", sufficient to conclude about the market for Rytelo and purported likely treatable patient subgroups and split between community and academic prescribers. ¶¶121, 165.<br>• Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron failed to adequately educate community physicians stating "*[i]n the community, it's a little bit more diffused[]*" (¶148) and, thus, "*the majority of new patient starts have come from the third-line plus patient segment with the second-line new patient starts lower than [expected]*," which Defendants would have seen from Geron's sales data. ¶142.<br>• On 7/23/24, Kapur was terminated, less than one month after Rytelo's commercial launch and replaced by Ziegler on 9/9/24 to "spearhead Geron's global commercial strategy and operations, lead the commercial organization and be responsible for driving growth of Rytelo." On the Q4 2024 Earnings Call on 2/26/2025, Scarlett attributed Geron's failed Rytelo launch to prior management: "[a]s many of you will recall, beginning a few months into launch, we changed our commercial and medical affairs leadership." ¶¶79, 169-172-3. |

| | | **centers, teaching hospitals and large health systems…** | *past few months*" going back to at least "Thanksgiving" (¶¶141-42, 145); <br><br> e) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron failed to adequately educate community physicians stating while Geron was seeing repeat prescriptions at academic medical centers, "*[i]n the community, it's a little bit more diffused[]*" (¶148); <br><br> f) Scarlett admitted on the Q4 2024 Earnings Call on 2/26/2025 Geron needed to "*increase the reach and frequency, our education and awareness*" with community providers (¶146); <br><br> g) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron was "*refining our segmentation and targeting and improving our promotional and sales force effectiveness*[.]" (¶143); <br><br> h) Geron overhauled the management team responsible for the commercial launch, by first abruptly replacing Anil Kapur effective August 31, 2024, with Defendant Ziegler (¶¶78-79, 169-70), hiring Jim Hassard as Senior Vice President of Sales and Marketing and Joseph Eid, M.D. as Executive Vice President of | • In 11/2024, Jim Hassard joined Geron as SVP of Sales and Marketing, "to improve insights, strategy and execution," confirming that Geron was nowhere near ready for commercialization at the time of Rytelo's launch. ¶¶80, 172. <br><br> • Rytelo is Geron's only FDA-approved product and only revenue source. Defendants stated in the 2024 Form 10-K that "our future success depends solely on imetelstat." ¶¶179-83. <br><br> • Negative analyst reactions that revenue and the Rytelo market was much lower than Defendants said: 2/26/25 Seeking Alpha wrote "[d]uring the earnings call, management revealed that what I perceived to be as clinical adoption in my last update was, really, 'early adopters who believed in the product.' If Rytelo is a 3rd-line or later product, its TAM is probably less than 50% of what I projected in my DCF, suggesting peak annual revenue of no more than $350 million." ¶¶185-87. <br><br> • Geron needed cash to fund drug development in the face of sharply increasing operating costs and a $1.8 billion accumulated deficit. ¶¶201-08. <br><br> • Defendants were motivated to commercialize Rytelo as fast as possible in order to maximize its profits while |

| | | | | Research and Development in November 2024 (¶¶80, 172) and firing Defendant Scarlett, Geron's CEO of nearly fourteen years, on March 11, 2025 (¶¶175-78); | Geron holds exclusivity on its patent rights. ¶¶209-11. |
|---|---|---|---|---|---|
| | | | | i) The lack of community physician awareness negatively affected Rytelo's adoption (¶¶68-69); | |
| | | | | j) Defendant Ziegler admitted during the Q4 2024 Earnings Call on 2/26/2025 that there was "***some hesitancy in the market to start some of these products that require, in our case, some monitoring[]***"(¶145); | |
| | | | | k) Defendant Ziegler admitted on the February 26, 2025 earnings call that "***the majority of new patient starts have come from the third-line plus patient segment with the second-line new patient starts lower than [expected]***" (¶142); | |
| | | | | l) According to CW2, Defendants' claim that Rytelo would be used as a first-line treatment was not realistic given that as long as patients are responding to transfusions, doctors will stick with that option as it is less invasive with fewer side effects and patients can continue with transfusions for years (¶48); and | |

| | | | | |
|---|---|---|---|---|
| | | | m) Reblozyl (luspatercept), approved in 2023 as a first-line treatment option for patients with MDS who are RS negative, was less burdensome to manage and a less invasive treatment option, making it unlikely that Rytelo would be immediately adopted as a first or second-line treatment for RS negative MDS (¶39). | |
| 17. | Geron, Robertson<br><br>Q3 2024 Form 10-Q<br><br>Date: 11/7/2024<br><br>¶116 | ***Our near-term prospects are wholly dependent on RYTELO. We have limited experience with the commercialization of RYTELO, and if we are unable to successfully commercialize RYTELO in the U.S. for lower-risk MDS, or to expand its indication of use, our ability to generate meaningful revenue or achieve profitability will be materially and adversely affected.***<br><br>***\*\*\****<br><br>***If we are unable to continue to execute on our sales, marketing and distribution plans to commercialize*** | This purported risk factor was materially false and misleading when made because the risks warned of had already materialized and Geron had not successfully commercialized Rytelo or expanded it beyond a third-line treatment because Geron had not prepared any marketing materials to be used in selling Rytelo, had insufficient and inexperienced medical and sales staff and, failed to educate community physicians on Rytelo and, thus, Rytelo sales consisted of only early adopter academics for third-line treatment, which sales had flattened by September and November 2024 (¶117):<br><br>a) CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71), which negatively | Defendants' scienter is alleged through Defendants' admissions, executive changes, that Rytelo was Geron's only product and revenue source, and Defendants' motive:<br><br>• CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71), which Defendants would have known through their oversight (including Defendant Ziegler's) of and communications with the Medical Affairs and Commercial teams, thereby imputing scienter to the Company.<br><br>• The majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68) which Defendants would have known through their oversight (including Defendant Ziegler's) of and |

| | | | | |
|---|---|---|---|---|
| | | **_RYTELO, we may be unable to generate meaningful product revenue_**. <br><br> *** <br><br> **If we are unable to recruit as needed, and to retain and effectively train marketing and sales personnel and equip them with compliant and effective materials, our efforts to successfully commercialize RYTELO could be adversely affected.** | impacted community physician adoption of Rytelo; <br> b) CW1 confirmed Rytelo sales had flattened in September 2024 and November 2024 (¶81); <br> c) In 1/2025, CW1 attended a "Fast Start" sales meeting led by Defendant Ziegler, who told the sales team during that meeting that sales flattened in September and November 2024 and mandated that sales personnel aggressively market Rytelo as a second-line therapy, which was included in the 2025 sales quotas (¶81); <br> d) Defendant Scarlett's admissions on the February 26, 2025 earnings call that "*we have observed flat revenue trends over the last few months*" and Defendant Ziegler's corroborating admission during the same call that "*with respect to new patient starts, we have observed flatness over the past few months*" going back to at least "Thanksgiving" (¶¶141-42, 145); <br> e) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron failed to adequately educate community physicians stating while Geron was seeing repeat prescriptions at academic medical | communications with the Medical Affairs and Commercial teams, thereby imputing scienter to the Company. <br> • Defendant Scarlett admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron had "*observed flat revenue trends over the last few months.*" Ziegler admitted "*with respect to new patient starts, we have observed flatness over the past few months*" going back to at least "Thanksgiving" and that the "*flatness continued into the prior week leading up to this call.*" ¶¶141-42, 145, 162. <br> • In 1/2025, CW1 attended a "Fast Start" sales meeting led by Defendant Ziegler, who told the sales team during that meeting that sales flattened in September and November 2024. ¶81. <br> • Ziegler stated on the Q4 2024 Earnings Call on 2/26/2025 that Rytelo's sales had flattened due to lack of marketing and educating community doctors, stating Geron would focus on "*refin[ing] our segmentation and targeting and improving our promotional and sales force effectiveness*" (¶163) because "*[i]n the community, it's a little bit more diffused[]*" (¶148) and, thus, "*the majority of new patient starts have come from the third-line plus patient segment with the second-line new patient starts lower than [expected]*" (¶142). |

| | | | | |
|---|---|---|---|---|
| | | | centers, ***"[i]n the community, it's a little bit more diffused[]"*** (¶148);<br><br>f) Scarlett admitted on the Q4 2024 Earnings Call on 2/26/2025 Geron needed to "***increase the reach and frequency, our education and awareness***" with community providers (¶146);<br><br>g) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron was "***refining our segmentation and targeting and improving our promotional and sales force effectiveness***[.]" (¶143);<br><br>h) Geron overhauled the management team responsible for the commercial launch, by first abruptly replacing Anil Kapur effective August 31, 2024, with Defendant Ziegler (¶¶78-79, 169-70), hiring Jim Hassard as Senior Vice President of Sales and Marketing and Joseph Eid, M.D. as Executive Vice President of Research and Development in November 2024 (¶¶80, 172) and firing Defendant Scarlett, Geron's CEO of nearly fourteen years, on March 11, 2025 (¶¶175-78);<br><br>i) The lack of community physician awareness negatively affected Rytelo's adoption (¶¶68-69); | • Ziegler admitted during the Q4 2024 Earnings Call on 2/26/2025 that there was "***some hesitancy in the market to start some of these products that require, in our case, some monitoring***[.]" ¶145.<br><br>• On 7/23/24, Kapur was terminated, less than one month after Rytelo's commercial launch and replaced by Ziegler on 9/9/24 to "spearhead Geron's global commercial strategy and operations, lead the commercial organization and be responsible for driving growth of Rytelo." On the Q4 2024 Earnings Call on 2/26/2025, Scarlett attributed Geron's failed Rytelo launch to prior management: "[a]s many of you will recall, beginning a few months into launch, we changed our commercial and medical affairs leadership." ¶¶79, 169-173.<br><br>• In 11/2024, Jim Hassard joined Geron as SVP of Sales and Marketing, "to improve insights, strategy and execution," confirming that Geron was nowhere near ready for commercialization at the time of Rytelo's launch. ¶¶80, 172.<br><br>• Rytelo is Geron's only FDA-approved product and only revenue source. Defendants stated in the 2024 Form 10-K that "***our future success depends solely on imetelstat***." ¶¶179-83.<br><br>• Geron needed cash to fund drug development in the face of sharply |

| | | | | |
|---|---|---|---|---|
| | | | j) Defendant Ziegler admitted during the Q4 2024 Earnings Call on 2/26/2025 that there was "*some hesitancy in the market to start some of these products that require, in our case, some monitoring[]*" (¶145);<br><br>k) Defendant Ziegler admitted on the February 26, 2025 earnings call that "*the majority of new patient starts have come from the third-line plus patient segment with the second-line new patient starts lower than [expected]*" (¶142);<br><br>l) According to CW2, Defendants' claim that Rytelo would be used as a first-line treatment was not realistic given that as long as patients are responding to transfusions, doctors will stick with that option as it is less invasive with fewer side effects and patients can continue with transfusions for years (¶48); and<br><br>m) Reblozyl (luspatercept), approved in 2023 as a first-line treatment option for patients with MDS who are RS negative, was less burdensome to manage and a less invasive treatment option, making it unlikely that Rytelo would be immediately adopted as a first or second-line | increasing operating costs and a $1.8 billion accumulated deficit. ¶¶201-08.<br><br>• Defendants were motivated to commercialize Rytelo as fast as possible in order to maximize its profits while Geron holds exclusivity on its patent rights. ¶¶209-11. |

| | | | | |
|---|---|---|---|---|
| | | | treatment for RS negative MDS (¶39). | |
| 18. | Geron, Robertson, Q3 2024 Form 10-Q Date: 11/7/2024 ¶118 | ***To be commercially successful, RYTELO must be accepted by the healthcare community, which can be slow to adopt or unreceptive to new technologies and products.*** **RYTELO may not achieve market acceptance in the U.S. for lower-risk MDS or any other indication that might be approved in the future, or achieve the potential U.S. or international revenue we believe may be possible if approved outside the U.S., since hospitals, physicians, patients or the medical community in general may decide not to accept and utilize RYTELO.** | These purported risk factors were materially false and misleading when made because the risks warned of had already materialized as Rytelo had received limited market acceptance by mainly academics, not community providers, limited to a third-line treatment because Geron had not prepared any marketing materials to be used in selling Rytelo, had insufficient and inexperienced medical and sales staff and, failed to educate community physicians on Rytelo's monitoring burdens and side effects. Thus, Rytelo sales consisted of only early adopter academics for third-line treatment, which sales had flattened by September and continuing through the end of the Class Period (¶119): a) CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71), which negatively impacted community physician adoption of Rytelo; b) CW1 confirmed Rytelo sales had flattened in September 2024 and November 2024 (¶81); | Defendants' scienter is alleged through Defendants' admissions, executive changes, that Rytelo was Geron's only product and revenue source, and Defendants' motive: • CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71), which Defendants would have known through their oversight (including Ziegler's) of communications with the Medical Affairs and Commercial teams, thereby imputing scienter to the Company. • The majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68), which Defendants would have known through their oversight (including Ziegler's) of and communications with the Medical Affairs and Commercial teams, thereby imputing scienter to the Company. • Defendant Ziegler admitted on the Q3 2024 Earnings Call on 11/7/2024 Geron tracked and possessed its "***own internal demand sales data***" for Rytelo, which allowed Defendants to see data from its |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| | | | | |
|---|---|---|---|---|
| | | | c) In 1/2025, CW1 attended a "Fast Start" sales meeting led by Defendant Ziegler, who told the sales team during that meeting that sales flattened in September and November 2024 and mandated that sales personnel aggressively market Rytelo as a second-line therapy, which was included in the 2025 sales quotas (¶81); <br> d) Defendant Scarlett's admissions on the February 26, 2025 earnings call that "***we have observed flat revenue trends over the last few months***" and Defendant Ziegler's corroborating admission during the same call that "***with respect to new patient starts, we have observed flatness over the past few months***" going back to at least "Thanksgiving" (¶¶141-42, 145); <br> e) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron failed to adequately educate community physicians stating while Geron was seeing repeat prescriptions at academic medical centers, "***[i]n the community, it's a little bit more diffused[]***" (¶148); <br> f) Scarlett admitted on the Q4 2024 Earnings Call on 2/26/2025 Geron needed to "***increase the reach and*** | "388 ordering centers", sufficient to conclude about the market for Rytelo and purported likely treatable patient subgroups and split between community and academic prescribers. ¶¶121, 165. <br> • Ziegler stated on the Q4 2024 Earnings Call on 2/26/2025 that Rytelo's sales had flattened due to lack of marketing and educating community doctors, stating Geron would focus on "***refin[ing] our segmentation and targeting and improving our promotional and sales force effectiveness***" (¶163) because "***[i]n the community, it's a little bit more diffused[]***" (¶148) and, thus, "***the majority of new patient starts have come from the third-line plus patient segment with the second-line new patient starts lower than [expected]***" (¶142). <br> • Ziegler admitted during the Q4 2024 Earnings Call on 2/26/2025 that there was "***some hesitancy in the market to start some of these products that require, in our case, some monitoring***[.]" ¶145. <br> • Defendant Scarlett admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron had "***observed flat revenue trends over the last few months***." Ziegler admitted "***with respect to new patient starts, we have observed flatness over the past few months***" going back to at least "Thanksgiving" and that the |

51

| | | | | |
|---|---|---|---|---|
| | | | *frequency, our education and awareness*" with community providers (¶146);<br><br>g) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron was "*refining our segmentation and targeting and improving our promotional and sales force effectiveness*[.]" (¶143);<br><br>h) Geron overhauled the management team responsible for the commercial launch, by first abruptly replacing Anil Kapur effective August 31, 2024, with Defendant Ziegler (¶¶78-79, 169-70), hiring Jim Hassard as Senior Vice President of Sales and Marketing and Joseph Eid, M.D. as Executive Vice President of Research and Development in November 2024 (¶¶80, 172) and firing Defendant Scarlett, Geron's CEO of nearly fourteen years, on March 11, 2025 (¶¶175-78);<br><br>i) According to CW2, Defendants' claim that Rytelo would be used as a first-line treatment was not realistic given that as long as patients are responding to transfusions, doctors will stick with that option as it is less invasive with fewer side effects and patients can continue with transfusions for years (¶48); | "*flatness continued into the prior week leading up to this call*." ¶¶141-42, 145, 162.<br><br>• In 1/2025, CW1 attended a "Fast Start" sales meeting led by Defendant Ziegler, who told the sales team during that meeting that sales flattened in September and November 2024. ¶81.<br><br>• On 7/23/24, Kapur was terminated, less than one month after Rytelo's commercial launch and replaced by Ziegler on 9/9/24 to "spearhead Geron's global commercial strategy and operations, lead the commercial organization and be responsible for driving growth of Rytelo." On the Q4 2024 Earnings Call on 2/26/2025, Scarlett attributed Geron's failed Rytelo launch to prior management: "[a]s many of you will recall, beginning a few months into launch, we changed our commercial and medical affairs leadership." ¶¶79, 169-172-3.<br><br>• In 11/2024, Jim Hassard joined Geron as SVP of Sales and Marketing, "to improve insights, strategy and execution," confirming Geron was nowhere near ready for commercialization at the time of Rytelo's launch. ¶¶80, 172.<br><br>• Rytelo is Geron's only FDA-approved product and only revenue source. Defendants stated in the 2024 Form 10-K |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

<table>
<tr>
<td colspan="2"></td>
<td>

j) Defendant Ziegler admitted during the Q4 2024 Earnings Call on 2/26/2025 that there was "***some hesitancy in the market to start some of these products that require, in our case, some monitoring[]***" (¶145);

k) Defendant Ziegler admitted on the February 26, 2025 earnings call that "***the majority of new patient starts have come from the third-line plus patient segment with the second-line new patient starts lower than [expected]***" (¶142); and

l) Reblozyl (luspatercept), approved in 2023 as a first-line treatment option for patients with MDS who are RS negative, was less burdensome to manage and a less invasive treatment option, making it unlikely that Rytelo would be immediately adopted as a first or second-line treatment for RS negative MDS (¶39).

</td>
<td>

that "***our future success depends solely on imetelstat.***" ¶¶179-83.

• Geron needed cash to fund drug development in the face of sharply increasing operating costs and a $1.8 billion accumulated deficit. ¶¶201-08.

• Defendants were motivated to commercialize Rytelo as fast as possible in order to maximize its profits while Geron holds exclusivity on its patent rights. ¶¶209-11.

</td>
</tr>
<tr>
<td>19.</td>
<td>Scarlett, Geron<br><br>Q3 2024 Earnings Call</td>
<td>

In our first full quarter on the market in the United States, we achieved $28.2 million in RYTELO net product revenue which exceeded our expectations. **The initial quarter of product revenue speaks to our execution as a**

</td>
<td>

Defendant Scarlett's statements gave the false impression that Rytelo's lead indications for first and second-line patient segments had already, and would continue, to generate significant revenue when, in reality, Rytelo's revenues came primarily from early adopter academics who were only

</td>
<td>

Defendants' scienter is alleged through Defendants' admissions, executive changes, that Rytelo was Geron's only product and revenue source, negative analyst reactions, and Defendants' motive:

•      Defendant Scarlett admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron had "***observed flat revenue trends***

</td>
</tr>
</table>

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| Date: 11/7/2024 ¶120 | **commercial company** as well as the high unmet need in lower risk MDS **and the compelling value proposition of RYTELO for hematologists and patients. This gives us confidence in future continued demand and momentum for RYTELO.** | willing to use Rytelo as a third-line therapy due to lack of information and/or the burdensome monitoring requirements and side effects. Thus, demand and the potential market for Rytelo was significantly less than represented and, as a result, Rytelo sales had already flattened by September 2024 and throughout the rest of the Class Period (¶122): a) CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71), which negatively impacted community physician adoption of Rytelo; b) CW1 confirmed Rytelo sales had flattened in September 2024 and November 2024 (¶81); c) In 1/2025, CW1 attended a "Fast Start" sales meeting led by Defendant Ziegler, who told the sales team during that meeting that sales flattened in September and November 2024 and mandated that sales personnel aggressively market Rytelo as a second-line therapy, which was included in the 2025 sales quotas (¶81); | *over the last few months.*" Ziegler admitted "*with respect to new patient starts, we have observed flatness over the past few months*" going back to at least "Thanksgiving" and that the "*flatness continued into the prior week leading up to this call.*" ¶¶141-42, 145, 162. • Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron failed to adequately educate community physicians stating "*[i]n the community, it's a little bit more diffused[]*" (¶148) and, thus, "*the majority of new patient starts have come from the third-line plus patient segment with the second-line new patient starts lower than [expected]*." ¶142. • On the Q4 2023 Earnings Call on 2/28/2024 Defendant Kapur admitted Geron had systems in place at the time of launch to track revenue: "[w]e continue to transition Geron towards a commercial company with the integration and adoption of systems and processes to recognize and report revenues[.]" ¶¶87, 164. • Defendant Ziegler admitted on the Q3 2024 Earnings Call on 11/7/2024 that Geron tracked and possessed its "*own internal demand sales data*" for Rytelo and based on that, Defendants purportedly determined "*RYTELO sales growth* |
|---|---|---|---|

| | | | d) Defendant Scarlett's admissions on the February 26, 2025 earnings call that "*we have observed flat revenue trends over the last few months*" and Defendant Ziegler's corroborating admission during the same call that "*with respect to new patient starts, we have observed flatness over the past few months*" going back to at least "Thanksgiving" (¶¶141-42, 145); <br><br> e) Defendant Ziegler admitted during the Q4 2024 Earnings Call on 2/26/2025 that there was "*some hesitancy in the market to start some of these products that require, in our case, some monitoring[]*"(¶145); <br><br> f) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron failed to adequately educate community physicians stating while Geron was seeing repeat prescriptions at academic medical centers, "*[i]n the community, it's a little bit more diffused[]*" (¶148); <br><br> g) Scarlett admitted on the Q4 2024 Earnings Call on 2/26/2025 Geron needed to "*increase the reach and frequency, our education and awareness*" with community | *trajectory in the fourth quarter continues to be promising*" and Geron "*expected momentum into 2025 and the projected long-term growth of the brand.*" ¶¶121, 165. <br><br> • Ziegler stated on the Q4 2024 Earnings Call on 2/26/2025 that Geron tracked Rytelo revenue on "*4- and 8-week rolling averages*" basis and "*week-over-week.*" ¶145. <br><br> • In 1/2025, CW1 attended a "Fast Start" sales meeting led by Defendant Ziegler, who told the sales team during that meeting that sales flattened in September and November 2024. ¶81. <br><br> • On 9/9/24, Ziegler replaced Kapur to "spearhead Geron's global commercial strategy and operations, lead the commercial organization and be responsible for driving growth of Rytelo." ¶¶79, 169-173. <br><br> • On 3/11/25, just two weeks after Geron reported flat sales growth for Rytelo, Geron abruptly announced Defendant Scarlett, Geron's CEO of nearly fourteen years, was terminated and Geron did not yet have a replacement. A 3/11/25 Barclays analyst report said management "indicated this was a board-driven decision that was executed relatively quickly." H.C. Wainwright said on 3/12/25 "[g]iven the recent |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| | | | |
|---|---|---|---|
| | | providers to increase sales to community doctors;<br><br>h) Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron was "refining our segmentation and targeting and improving our promotional and sales force effectiveness[.]" to reach community physicians and increase sales (¶143);<br><br>i) Geron overhauled the management team responsible for the commercial launch, by first abruptly replacing Anil Kapur effective August 31, 2024, with Defendant Ziegler (¶¶78-79, 169-70), hiring Jim Hassard as Senior Vice President of Sales and Marketing and Joseph Eid, M.D. as Executive Vice President of Research and Development in November 2024 (¶¶80, 172) and firing Defendant Scarlett, Geron's CEO of nearly fourteen years, on March 11, 2025(¶¶175-78);<br><br>j) According to CW2, Defendants' claim that Rytelo would be used as a first-line treatment was not realistic given that as long as patients are responding to transfusions, doctors will stick with that option as it is less invasive with fewer side effects and | announcement of the flat Rytelo revenues following 4Q24, we are not particularly surprised by this news." ¶¶175-77.<br><br>• Rytelo is Geron's only FDA-approved product and only revenue source. Defendants stated in the 2024 Form 10-K, Geron stated that "***our future success depends solely on imetelstat.***" ¶¶179-83.<br><br>• Negative analyst reactions that revenue and the Rytelo market was much lower than Defendants said: 2/26/25 Seeking Alpha wrote "[d]uring the earnings call, management revealed that what I perceived to be as clinical adoption in my last update was, really, 'early adopters who believed in the product.' If Rytelo *is* a 3rd-line or later product, its TAM is probably less than 50% of what I projected in my DCF, suggesting peak annual revenue of no more than $350 million." ¶185-87.<br><br>• Geron needed cash to fund drug development in the face of sharply increasing operating costs and a $1.8 billion accumulated deficit. ¶¶201-08.<br><br>• Defendants were motivated to commercialize Rytelo as fast as possible in order to maximize its profits while Geron holds exclusivity on its patent rights. ¶¶209-11. |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| | | | | |
|---|---|---|---|---|
| | | patients can continue with transfusions for years (¶48);<br><br>k) Defendant Ziegler admitted during the Q4 2024 Earnings Call on 2/26/2025 that there was "*some hesitancy in the market to start some of these products that require, in our case, some monitoring[]*"(¶145);<br><br>l) Defendant Ziegler admitted on the February 26, 2025 earnings call that "*the majority of new patient starts have come from the third-line plus patient segment with the second-line new patient starts lower than [expected]*" (¶142); and<br><br>m) Reblozyl (luspatercept), approved in 2023 as a first-line treatment option for patients with MDS who are RS negative, was less burdensome to manage and a less invasive treatment option, making it unlikely that Rytelo would be immediately adopted as a first or second-line treatment for RS negative MDS (¶39). | | |
| 20. | Ziegler, Geron<br><br>Q3 2024 Earnings Call | As Chip highlighted, we achieved $28.2 million in RYTELO net product revenues in our first full quarter of U.S. sales. In the first few months of launch, **demand increased** | Defendant Ziegler's statements created a false impression of the state of affairs that actually existed because, as Defendants admit, by the time of this statement, demand had already flattened week over week because | *See* Statement No. 19. |

| | | |
|---|---|---|
| Date: 11/7/2024 ¶121 | **month-over-month with Q3 performance exceeding our expectations**. Demand from launch through Q3 has come from 388 ordering centers which represents approximately 45% of our key targeted accounts. **This strong start reinforces the high unmet need in RYTELO's clinical profile in first-line ESA ineligible and second line plus lower-risk MDS.**<br><br>Our market research indicates treating physicians appreciate RYTELO's differentiated clinical profile in 24-week and 1 year red blood cell transfusion independent rates, median duration of red blood cell transfusion independence and hemoglobin rise. **We believe RYTELO's strong clinical data support broad utilization across treatment eligible patient subgroups in both community and academic settings.**<br>***<br>**From our own internal demand sales data, so far, the** | Geron failed to educate community physicians and early adopter academics were only willing to prescribe Rytelo as a third line treatment due to burdensome monitoring and side effects. Thus, Geron had not experienced "strong demand… across community…settings" or "broad utilization across patient segments" and lacked any reasonable basis or data to claim there would be "continued demand and promising growth" in Q4 and 2025 (¶122).<br><br>*See also*, Statement No. 19 above. |

| | | | | |
|---|---|---|---|---|
| | | **RYTELO sales growth trajectory in the fourth quarter continues to be promising. Overall, we remain confident in our launch progress to date, continued demand for RYTELO, expected momentum into 2025 and the projected long-term growth of the brand.**<br><br>\*\*\*<br><br>**We are very pleased with the strong demand for RYTELO across community and academic settings,** favorable payer coverage policies **and broad utilization across patient segments.**<br><br>**These early launch dynamics reinforce our expectations for continued demand and promising growth.** | | |
| 21. | Ziegler, Geron<br><br>Q3 2024 Earnings Call | **So what we're looking at is -- and expecting is steady, consistent growth across all of the patient segments. Specifically, second line in both RS negative and RS positive, first-line ESA-** | Defendant Ziegler's statements were false when made because, as Defendants admit, by the time of this statement, demand had already flattened week over week because Geron failed to educate community physicians and early adopter academics | *See* Statement No. 19. |

| | | | |
|---|---|---|---|
| Date: 11/7/2024 ¶123 | **ineligible and then, of course, the relapsed/ refractory third-line plus patients**. We're not giving guidance at this point, **but we are expecting steady and consistent growth going forward**. | were only willing to prescribe Rytelo as a third line treatment due to burdensome monitoring and side effects. Thus, Ziegler lacked any reasonable basis or data to claim there would be "steady, consistent growth across all of the patient segments" (¶¶123, 125).<br><br>*See also*, Statement No. 19 above. | |
| 22. Ziegler, Geron<br><br>Q3 2024 Earnings Call<br><br>Date: 11/7/2024<br><br>¶124 | Again, we're not providing guidance, but **in terms of our growth, what we expect is growth across all patient segments in both the academic and community setting**. And what we provided on this earnings call is that 388 of our targeted accounts have ordered. So that's the breadth. Over time, what we're expecting is obviously to increase the breadth and depth of prescriptions or are prescribing RYTELO for patients across these accounts. **So I'll just reinforce that we're seeing uptake in utilization across all patient segments, including first-line ESA ineligible, second-line** | Defendant Ziegler's statements created a false impression of the state of affairs that actually existed because, as Defendants admit, by the time of this statement, demand had already flattened week over week because Geron failed to educate community physicians and early adopter academics were only willing to prescribe Rytelo as a third line treatment due to burdensome monitoring. Thus, Geron was not "seeing uptake in utilization across all patient segments" and lacked any reasonable basis or data to claim it expected "growth across all patient segments" in community setting (¶124-125).<br><br>*See also*, Statement No. 19. | *See* Statement No. 19. |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| | | | |
|---|---|---|---|
| | **and then third-line patients at this point.** | | |
| 23. | Ziegler, Geron<br><br>Q3 2024 Earnings Call<br><br>Date: 11/7/2024<br><br>¶126 | **Emily Claudia Bodnar**, *H.C. Wainwright & Co, LLC, Research Division*<br>[C]urious how luspatercept is kind of transitioning more into the first-line setting has impacted the launch, if at all? And if you're seeing more patients previously treated with this luspatercept in the first line?<br><br>**Jim Ziegler**, *Chief Commercial Officer*<br>[I]n terms of luspatercept in the first line, yes. Based upon their label and the commands, **I expect that trial that they will compete and compete for that first-line patient against ESA as you know. And regardless of whether that first-line patient is on ESA or luspatercept, we expect that our differentiated product profile will allow us to become standard of care in second line. And we still have that first-line ESA ineligible patient population, which is** | Defendant Ziegler's statement was false when made and lacked any reasonable basis because Rytelo was not, and would not be, used as the "standard of care" as a first or second line treatment. Rather, it was primarily used as a third-line treatment after luspatercept due to its side effects and administrative burdens (¶127):<br>a)      According to CW2, Defendants' claim that Rytelo would be used as a first-line treatment because, as CW2 explained, as long as patients are responding to transfusions, doctors will stick with that option as it is less invasive with fewer side effects and patients can continue with transfusions for years (¶48);<br>b)      Defendant Ziegler admitted on the February 26, 2025 earnings call that "*the majority of new patient starts have come from the third-line plus patient segment with the second-line new patient starts lower than [expected]*" (¶142);<br>c)      Defendant Ziegler admitted during the Q4 2024 Earnings Call on 2/26/2025 that there was "*some hesitancy in the market to start some* | Defendant Ziegler's scienter is alleged through his oversight and directives to the Medical Affairs and Commercial teams, Defendants' admissions, executive changes, that Rytelo was Geron's only product and revenue source, and Defendants' motive.<br>• CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71), which Defendants would have known through oversight of and communications with the Medical Affairs and Commercial teams.<br>• The majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68), which Defendant Ziegler would have known through oversight of and communications with the Medical Affairs and Commercial teams.<br>• Ziegler stated on the Q4 2024 Earnings Call on 2/26/2025, Rytelo's sales had flattened due to lack of marketing and educating community doctors, stating Geron would focus on "*refin[ing] our segmentation and targeting and improving our promotional and sales* |

| **about 10% that we expect to compete for as well.** | *of these products that require, in our case, some monitoring*" (¶145) and; d) Reblozyl (luspatercept), approved in 2023 as a first-line treatment option for patients with MDS who are RS negative, was less burdensome to manage and a less invasive treatment option, making it unlikely that Rytelo would be immediately adopted as a first or second-line treatment for RS negative MDS (¶39). | *force effectiveness*" (¶163) because "*[i]n the community, it's a little bit more diffused[]*" (¶148) and, thus, "*the majority of new patient starts have come from the third-line plus patient segment with the second-line new patient starts lower than [expected]*" (¶142). |
|---|---|---|
| | | • On 7/23/24, Kapur was terminated, less than one month after Rytelo's commercial launch and replaced by Ziegler on 9/9/24 to "spearhead Geron's global commercial strategy and operations, lead the commercial organization and be responsible for driving growth of Rytelo. On the Q4 2024 Earnings Call on 2/26/2025, Scarlett attributed Geron's failed Rytelo launch to prior management: "[a]s many of you will recall, beginning a few months into launch, we changed our commercial and medical affairs leadership." ¶¶79, 169-172-3. |
| | | • In 11/2024, Jim Hassard joined Geron as SVP of Sales and Marketing, "to improve insights, strategy and execution," confirming Geron was nowhere near ready for commercialization at the time of Rytelo's launch. ¶¶80, 172. |
| | | • Rytelo is Geron's only FDA-approved product and only revenue source. Defendants stated in the 2024 Form 10-K |

| | | | |
|---|---|---|---|
| | | | that "**our future success depends solely on imetelstat.**" ¶¶179-83.<br>• Geron needed cash to fund drug development in the face of sharply increasing operating costs and a $1.8 billion accumulated deficit. ¶¶201-08.<br>• Defendants were motivated to commercialize Rytelo as fast as possible in order to maximize its profits while Geron holds exclusivity on its patent rights. ¶¶209-11. |
| 24. Ziegler, Geron<br><br>Q3 2024 Earnings Call<br><br><u>Date:</u> 11/7/2024<br><br>¶128 | **Stephen Douglas Willey**, *Stifel, Nicolaus & Company, Incorporated, Research Division*<br>I was wondering if you could just maybe *talk a little bit about the split that you're seeing. I know it's early in terms of data that you guys are getting. But just in terms of the utilization split between academics and community prescribers*. And then you mentioned your review of chart audits in terms of informing *how current utilization trends are looking*. Can you talk about just how the dose management to address the cytopenias that occurred typically during the | Defendant Ziegler's statements were false when made because, as Defendants admit, the "majority" of the *utilization split* among prescribers was from academics. Thus, Defendants' statement that 65% of prescriptions came from community prescribers was mathematically impossible and false when made. Further, Geron failed to educate community prescribers on Rytelo and those physicians were, thus, reluctant and/or unwilling to prescribe Rytelo because of concerns about burdensome monitoring requirements and side effects (¶129):<br>a) CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71), which negatively | Defendant Ziegler's scienter is alleged through his oversight and directives to the Medical Affairs and Commercial teams, Defendants' admissions, executive changes, that Rytelo was Geron's only product and revenue source, and Defendants' motive:<br>• The majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68), which Defendants would have known through their oversight of and communications with the Medical Affairs and Commercial teams.<br>• Defendant Ziegler admitted on the Q3 2024 Earnings Call on 11/7/2024 that Geron tracked and possessed its "**own internal demand sales data**" for Rytelo, which allowed Defendants to see data from its "388 ordering centers", sufficient to conclude about the market for Rytelo |

| | | | |
|---|---|---|---|
| | | first few cycles is playing out in the real world data just relative to IMerge.<br><br>**Jim Ziegler**, *Chief Commercial Officer*<br>**The split between community and academic is 65-35 or roughly 2/3, 1/3. And then right now, what we're hearing from our physicians in both field observations as well as our market research is that cytopenia management is well understood. There aren't major concerns, and I would expect that the real-world cytopenia management is at least as good as it is in the clinical trials.** And we have a lot of personal, nonpersonal efforts to help support appropriate cytopenia management associated with RYTELO. | impacted community physician adoption of Rytelo;<br><br>b) According to CW2, Defendants' claim that Rytelo would be used as a first-line treatment was not realistic because as long as patients are responding to transfusions, doctors will stick with that less invasive options with fewer side effects (¶48);<br><br>c) Defendant Ziegler admitted on the February 26, 2025 earnings call that Geron had failed to properly educate community physicians stating its ***"our obligation and opportunity to help educate and increase awareness with a much broader group of physicians across the country"*** and while they were seeing repeat prescriptions at academic medical centers, ***"[i]n the community, it's a little bit more diffused[]"*** (¶129);<br><br>d) Defendants were not adequately educating community healthcare providers in community settings and, thus, as Defendant Scarlett ultimately admitted on the February 26, 2025 earnings call, Geron's sales had, and were continuing to, flatten where ***"the biggest opportunity for us is to really increase the reach*** | and purported likely treatable patient subgroups and split between community and academic prescribers. ¶¶121, 165.<br>• On the Q4 2023 Earnings Call on 2/28/2024 Defendant Kapur admitted Geron had systems in place at the time of launch to track revenue: "[w]e continue to transition Geron towards a commercial company with the integration and adoption of systems and processes to recognize and report revenues[.]" ¶¶87, 164.<br>• Ziegler admitted during the Q4 2024 Earnings Call on 2/26/2025 that Rytelo sales flattened due to ***"hesitancy in the market to start some of these products that require, in our case, some monitoring***[.]" ¶145.<br>• Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron failed to adequately educate community physicians stating ***"[i]n the community, it's a little bit more diffused[]"*** (¶148) and, thus, ***"the majority of new patient starts have come from the third-line plus patient segment with the second-line new patient starts lower than [expected]"*** (¶142).<br>• Defendant Ziegler admitted on the Q3 2024 Earnings Call on 11/7/2024 that Geron tracked and possessed its ***"own internal demand sales data"*** for Rytelo |

| | | | | |
|---|---|---|---|---|
| | | | *and frequency, our education and awareness*" with community healthcare providers to increase sales (¶146);<br><br>e) On the February 26, 2025 earnings call, Defendant Ziegler admitted that Geron was "*refining our segmentation and targeting and improving our promotional and sales force effectiveness*[,]" which were the likely root causes of flat revenue trends (¶143);<br><br>f) Defendant Ziegler admitted on the February 26, 2025 earnings call that "*the majority of new patient starts have come from the third-line plus patient segment with the second-line new patient starts lower than [expected]*" (¶142);<br><br>g) Defendant Ziegler admitted during the Q4 2024 Earnings Call on 2/26/2025 that there was "*some hesitancy in the market to start some of these products that require, in our case, some monitoring[]*"(¶145); and<br><br>h) Reblozyl (luspatercept), was approved in 2023 as a first-line treatment option for patients with MDS who are RS negative, was less burdensome to manage and a less invasive treatment option, making it | and based on that, Defendants purportedly determined "*RYTELO sales growth trajectory in the fourth quarter continues to be promising*" and Geron "*expected momentum into 2025 and the projected long-term growth of the brand.*" ¶¶121, 165.<br><br>● Rytelo is Geron's only FDA-approved product and only revenue source. Defendants stated in the 2024 Form 10-K that "*our future success depends solely on imetelstat.*" ¶¶179-83.<br><br>● Negative analyst reactions that revenue and the Rytelo market was much lower than Defendants said: 2/26/25 Seeking Alpha wrote "[d]uring the earnings call, management revealed that what I perceived to be as clinical adoption in my last update was, really, 'early adopters who believed in the product.' If Rytelo *is* a 3rd-line or later product, its TAM is probably less than 50% of what I projected in my DCF, suggesting peak annual revenue of no more than $350 million." ¶185-87.<br><br>● Geron needed cash to fund drug development in the face of sharply increasing operating costs and a $1.8 billion accumulated deficit. ¶¶201-08.<br><br>● Defendants were extremely motivated to commercialize Rytelo as fast as possible in order to maximize its profits while |

| | | | unlikely that Rytelo would be immediately adopted as a first or second-line treatment for RS negative MDS (¶39). | Geron holds exclusivity on its patent rights. ¶¶209-11. |
|---|---|---|---|---|
| 25. | Scarlett, Geron<br><br>Stifel 2024 Healthcare Conference<br><br>Date: 11/18/24<br><br>¶130 | [W]e are indicated to share about 10% of the frontline patients that are so-called ESA ineligible. **We also have a broad remit across all of the second line and a particularly strong remit in the second line RS negative population, which, heretofore hasn't had any real drugs indicated for that**. | Defendant Scarlett's statement was false when made because Geron failed to educate community physicians who had either never heard of Rytelo and/or were reluctant and/or unwilling to prescribe Rytelo due to side effects and burdensome monitoring requirements. Moreover, the academic physicians that did prescribe Rytelo did so mainly as a third-line therapy and, thus, Rytelo did not have a "broad remit" as a second-line treatment (¶132). *See* also Statement 24. | Defendant Scarlett's scienter is alleged through Defendants' admissions, executive changes, that Rytelo was Geron's only product and revenue source, negative analyst reactions, and Defendants' motive:<br><br>• The majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68), which Defendants would have known through their oversight of and communications with the Medical Affairs and Commercial teams.<br><br>• Defendant Ziegler admitted on the Q3 2024 Earnings Call on 11/7/2024 that Geron tracked and possessed its "***own internal demand sales data***" for Rytelo, which allowed Defendants to see data from its "388 ordering centers", sufficient to conclude about the market for Rytelo and purported likely treatable patient subgroups and split between community and academic prescribers. ¶¶121, 165.<br><br>• On the Q4 2023 Earnings Call on 2/28/2024 Defendant Kapur admitted Geron had systems in place at the time of launch to track revenue: "[w]e continue |

|  |  |  |  | to transition Geron towards a commercial company with the integration and adoption of systems and processes to recognize and report revenues[.]" ¶¶87, 164.<br>• Ziegler admitted during the Q4 2024 Earnings Call on 2/26/2025 that Rytelo sales flattened due to "*hesitancy in the market to start some of these products that require, in our case, some monitoring*[.]" (¶145).<br>• Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron failed to adequately educate community physicians stating "*[i]n the community, it's a little bit more diffused[]*" (¶148) and, thus, "*the majority of new patient starts have come from the third-line plus patient segment with the second-line new patient starts lower than [expected]*" (¶142).<br>• Ziegler admitted on the Q3 2024 Earnings Call on 11/7/2024 that Geron tracked and possessed its "*own internal demand sales data*" for Rytelo and based on that, Defendants purportedly determined "*RYTELO sales growth trajectory in the fourth quarter continues to be promising*" and Geron "*expected momentum into 2025 and the projected long-term growth of the brand.*" ¶¶121, 165. |
|--|--|--|--|--|

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| | | | |
|---|---|---|---|
| | | | • Rytelo is Geron's only FDA-approved product and only revenue source. Defendants stated in the 2024 Form 10-K that "***our future success depends solely on imetelstat***." ¶¶179-83.<br>• Negative analyst reactions that revenue and the Rytelo market was much lower than Defendants said: 2/26/25 Seeking Alpha wrote "[d]uring the earnings call, management revealed that what I perceived to be as clinical adoption in my last update was, really, 'early adopters who believed in the product.' If Rytelo *is* a 3rd-line or later product, its TAM is probably less than 50% of what I projected in my DCF, suggesting peak annual revenue of no more than $350 million." ¶185-87.<br>• Geron needed cash to fund drug development in the face of sharply increasing operating costs and a $1.8 billion accumulated deficit. ¶¶201-08.<br>• Defendants were motivated to commercialize Rytelo as fast as possible in order to maximize its profits while Geron holds exclusivity on its patent rights. ¶¶209-11. |
| 26. | Scarlett, Geron | **Stephen Douglas Willey**, *Stifel, Nicolaus & Company, Incorporated, Research Division* | Defendant Scarlett's statements were false when made because Geron failed to educate community physicians who had either never heard of Rytelo and/or | *See* No. 25. |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| | | | |
|---|---|---|---|
| Stifel 2024 Healthcare Conference<br><br>Date: 11/18/24<br><br>¶131 | One of the segments that is really impactful, at least from a prescribing perspective in low risk MDS, is the group of community-based physicians. And so can you maybe just speak to how your outreach efforts are focused here? What [does] the early data you're seeing tell you about the return on those efforts? And then I think going into this launch there was a lot of, I don't know if you want to call it consternation, but, some concern about the willingness and the ability of these community docs to manage these patients kind of through these cytopenias that's typically caused by this drug during the first few cycles of therapy. Have you seen any of that hesitancy playing out in the commercial setting? Do you have to do more handholding with these guys than you would an academic doc?<br><br>**John Scarlett**, *Chief Executive Officer* | were reluctant and/or unwilling to prescribe Rytelo due to side effects and burdensome monitoring requirements. As a result, as Defendants later admitted, the "majority" of prescribers were academics who mainly prescribed Rytelo as a third line treatment and Scarlett's statement was mathematically impossible (¶132). *See also* Statement 24. | |

69

| | | | | |
|---|---|---|---|---|
| | | I think we've been very gratified by what we've seen so far. So first of all, if you look across the landscape in the United States about, about 65% of the prescribing physicians in low risk MDS are in the community setting. And about 35% are academic in one form or another. **That's exactly what we've seen so far. We've been seeing about two thirds of the patients appear to be coming from community settings and about a third come from academic settings.**<br><br>**The question about the ability and willingness of, in particular the community, physicians to manage cytopenias, I have to say that's been more of an external point of view. We've always had confidence that the community physicians that we have interacted with pre-launch had tremendous reserves of insight and knowledge about how to deal** | | |

| | | | | |
|---|---|---|---|---|
| | | **with patients with cytopenias.**<br><br>If you think about it, the class of drugs that these hematologists generally use, whether it's in lower risk MDS, or other myeloid, hematologic malignancies, they're often associated with significant cytopenia. Some even, well, I'll just say very significant.<br><br>**We are very confident that they have the basic knowledge and insight on how to take care of these patients. I think that's what we've seen to date.**<br><br>We also have a lot of support for them. We have oncology nurse support. We have our medical scientist support, the MSLs, and of course our sales reps and all of the apparatus that we can bring to bear on it. **So I think overall it's a little early in the launch to early declare victory, but I think we're feeling very good** | | |

| | | | |
|---|---|---|---|
| | **about management of cytopenias and really management of the safety profile of the product overall. And certainly feel very comfortable with the community docs taking care of that.** | | |
| 27. | Scarlett, Geron<br><br>Stifel 2024 Healthcare Conference<br><br>Date: 11/18/24<br><br>¶133 | **Stephen Douglas Willey**, *Stifel, Nicolaus & Company, Incorporated, Research Division*<br>I know a lot of the data that you're seeing post-launch is still very early, but are you seeing anything that kind of provides some information on the types of patients who are being prescribed therapy? And is there anything that you can say about the split between RS negative, RS positive, ESA, ineligibles, and just what these patients have been previously treated with?<br><br>**John Scarlett**, *Chief Executive Officer*<br>[W]e don't see the same level of information that we would of course love to see, which would identify patients by | Defendant Scarlett's statements were false when made because they gave the false impression that Rytelo was generating significant revenue from first and second-line patient segments and, thus, was "strongly competitive" against luspatercept when, in reality, Rytelo's revenues came primarily from early adopter academics as a third-line treatment and physicians favored luspatercept because it was less burdensome and invasive. Thus, Defendants' purported expectation that there would be a "strong uptake in across all of the second line" lacked any reasonable basis as sales had already flattened by September and continued throughout the Class Period (¶134):<br><br>a) According to CW2, Defendants' claim that Rytelo would be used as a first-line treatment was not realistic because as long as patients are responding to transfusions, doctors | *See* No. 19. |

| | | | | |
|---|---|---|---|---|
| | | segment, by demographics, and so forth. So what you have to do, if you want to understand this better, is you have to do essentially market research.<br><br>\*\*\*<br><br>Here's what we can say to date from what we've been able to glean from that kind of work, although it's still in its infancy. It looks like **we're getting patients across all of the key segments that we would've expected, frontline ESA ineligible patients, in second line RS positive patients and RS negative patients. In particular, I'd say the RS negative, just because they make up more of the second line and because other products are not necessarily approved. We're certainly seeing our, our fair share, and then we do get third line patients as well.**<br><br>\*\*\* | will stick with that less invasive options with fewer side effects (¶48);<br><br>b) Defendant Ziegler admitted on the February 26, 2025 earnings call that "*the majority of new patient starts have come from the third-line plus patient segment with the second-line new patient starts lower than [expected]*" (¶142);<br><br>c) Defendant Ziegler admitted during the Q4 2024 Earnings Call on 2/26/2025 that there was "*some hesitancy in the market to start some of these products that require, in our case, some monitoring*" (¶145);<br><br>d) Reblozyl (luspatercept), approved in 2023 as a first-line treatment option for patients with MDS who are RS negative, was less burdensome to manage and a less invasive treatment option, making it unlikely that Rytelo would be immediately adopted as a first or second-line treatment for RS negative MDS (¶39);<br><br>e) CW1 confirmed Rytelo sales had flattened in September 2024 and November 2024 (¶81);<br><br>f) In 1/2025, CW1 attended a "Fast Start" sales meeting led by | |

| | | | | |
|---|---|---|---|---|
| | | **Stephen Douglas Willey**, *Stifel, Nicolaus & Company, Incorporated, Research Division*<br><br>How is your ability to penetrate each of those segments impacted, if at all, by the use of luspatercept in the frontline center?<br><br>**John Scarlett**, *Chief Executive Officer*<br><br>Well, frontline is frontline, and aside from that 10% that we can compete effectively I think that it is a competition between luspatercept and ESAs. I'll not speak for our colleagues at BMS. <u>**I'll just simply say that when patients come down to the second line after frontline usage, I think we expect to be very, very, very strongly competitive in all elements of that. And in particular, I think we would expect to have very strong representation in the second line RS negative patient population.**</u> As you know other products are not necessarily indicated there and | Defendant Ziegler, who told the sales team during that meeting that sales flattened in September and November 2024 and mandated that sales personnel aggressively market Rytelo as a second-line therapy, which was included in the 2025 sales quotas (¶81); and<br><br>g) Defendant Scarlett's admissions on the February 26, 2025 earnings call that "***we have observed flat revenue trends over the last few months***" and Defendant Ziegler's corroborating admission during the same call that "***with respect to new patient starts, we have observed flatness over the past few months***" going back to at least "Thanksgiving" (¶¶141-42, 145). | |

| | | | | |
|---|---|---|---|---|
| | | can't promote there. And I think that we've seen a real scarcity of product opportunity just because there hasn't been very much activity except for luspatercept in the last 10 years. **So now that we're on the marketplace, I think we expect to see very strong uptake in across all of the second line, but in particular in the RS negative.** | | |
| 28. | Scarlett, Geron<br><br>Stifel 2024 Healthcare Conference<br><br>Date:<br>11/18/24<br><br>¶135 | **Stephen Douglas Willey**, *Stifel, Nicolaus & Company, Incorporated, Research Division*<br>When I go back and I look at commentary from Bristol, specifically the comments that they made during the first three to four quarters of the initial luspatercept launch and low risk MDS, there was a lot said about how growth was being driven by this bolus of patient demand…What are you seeing out there and do you think that there's kind of a similar bolus phenomenon at play here?<br><br>**John Scarlett**, *Chief Executive Officer* | Defendant Scarlett's statements gave the false impression that Rytelo's early success was not a bolus, and instead would have strong steady growth, when in reality, Rytelo's sales since its launch were attributable to early adopters in academic settings who mainly used Rytelo as a last resort, third-line treatment. As a result, sales flattened by September 2024 and continued throughout the Class Period. ¶136. *See* also Statement No. 27. | *See* No. 19. |

| | | | | |
|---|---|---|---|---|
| | | It's a great question. And of course, you only know bolus for real when you look at in retrospect. **We've never modeled a bolus and really have never expected it. We've always expected strong strategy growth.**<br><br>***<br><br>**In any event, I think we've seen demand coming from over 45% of our key targeted accounts. I think strong steady growth is what we expect and what we've modeled.** | | |
| 29. | Scarlett, Geron<br><br>Evercore HealthCONx Conference<br><br>Date: 12/7/2024<br><br>¶137 | **Unknown Analyst**, *Evercore Analyst*<br>Let's talk about the launch. First quarter obviously went very well. The market and the label is a little split here, so I would love to start by diving into the different populations. You've got the first line, ESA ineligible. Second line is split between the bars, plus and minus… So first things first, I know it's early in the launch, but what are you observing on | Defendant Scarlett's statements gave the false impression that Rytelo had, and would continue to, generate significant revenue as a first and second line treatment and that Geron was experiencing continuing sales growth for Rytelo when in reality, Rytelo's revenues came primarily from early adopter academic physicians who prescribed it as a third-line treatment and, thus, Rytelo's sales had already flattened by September and continued throughout the Class Period. ¶138. *See* also Statement No. 27. | *See* No. 19. |

| | | | | |
|---|---|---|---|---|
| | | the ground in terms of the populations where you're getting the best traction, and what's the feedback from docs on which settings they're most enthusiastic about?<br><br>**John Scarlett**, *Chief Executive Officer*<br>[] We've had a lot of investor interest, it's to say the least. So we're excited to be able to be at this stage of the company's development. You're right, we had a bang up first quarter, John. We had a good solid beat on the initial consensus numbers. **As we look ahead, we see strong continued growth.**<br><br>\*\*\*<br><br>In terms of the types of patients in the market, we kind of think of them in the following buckets. There's a group of patients who are frontline patients, but who when they appear and they're ready to start treatment, they have very high                 endogenous, | | |

| | | | | |
|---|---|---|---|---|
| | | erythropoietin levels. Those patients historically have not responded, to the use of ESAs…Those patients we have had in our clinical trials and we've shown very nice results in that patient set. It's a small group for us. It's about 10% of the frontline, **but we're able to get a toehold there for sure. We've always been very strong in across the entire second line setting**. So Reblozyl, our major competitor luspatercept, was developed for a relatively modest part of the second line market. That's the so-called RS positive second line market. They never studied the RS negative second line patients, and that's not in their label.<br><br>**Unknown Analyst**, *Evercore Analyst*<br>Although it is on guidelines.<br><br>**John Scarlett**, *Chief Executive Officer*<br>It is on guidelines for sure. Yes. And, as a commercial company, you get into what | | |

| | | | |
|---|---|---|---|
| | | can you promote and what do patients actually do, and you're quite, that's a correct way to look at it.<br><br>So **in any event, we feel very, very strongly that we should be able to make great inroads, particularly in the RS negative second line RS negative space. And we do very well in the RS positive space, although that is a fairly, that's where luspatercept has really gotten most of their sales.** And then there's always the third plus line that any drug will get. | | |
| 30. | Scarlett, Geron<br><br>Evercore HealthCONx Conference<br><br>Date: 12/7/2024<br><br>¶139 | **Unknown Analyst**, *Evercore Analyst*<br>Have you observed any lingering hesitance in the commercial setting, maybe in the community groups of docs that haven't fully digested the positive label or the profile here and are still worried?<br><br>**John Scarlett**, *Chief Executive Officer* | Defendant Scarlett's statements gave the false impression that community healthcare providers "had no concerns about treating cytopenias," when in reality, the majority of Rytelo prescriptions were coming from academic physicians as a third-line treatment because Geron had failed to educate community healthcare providers who were unwilling to prescribe Rytelo due to its side effects and monitoring requirements. ¶140. *See also* Statement No. 27. | Defendant Scarlett's scienter is alleged through Defendants' admissions, executive changes, that Rytelo was Geron's only product and revenue source, negative analyst reactions, and Defendants' motive:<br>• The majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68) which Defendants would have known through their oversight of (including Ziegler's) and communications with the Medical Affairs and Commercial teams. |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
CHART OF DEFENDANTS' ALLEGED FALSE AND MISLEADING STATEMENTS
APPENDIX 1

| | | | |
|---|---|---|---|
| [] **I don't think we're seeing hesitancy. If anything, we always engage providers with the commentary around the cytopenias.** We want to make sure that everybody understands the nature of them, that they are self-limiting to some degree. Certainly, there are ways to adjust the dosing, hold doses, et cetera. And that's to make sure that people can stay on the drug and get the benefit of it. And their usual response, whether it's an MSL or a sales rep or, a nurse that we employ as an educator, **all of those people are coming back with the same answer. These hematologists say, you don't understand, every drug that we use does this. We don't care. We manage it all day, every day. I think there's a certain amount of truth to that. So we're not seeing, I haven't really heard any resistance from that. I think that was so well described and talked through and the information out there is** | | • Defendant Ziegler admitted on the Q3 2024 Earnings Call on 11/7/2024 that Geron tracked and possessed its "***own internal demand sales data***" for Rytelo, which allowed Defendants to see data from its "388 ordering centers", sufficient to conclude about the market for Rytelo and purported likely treatable patient subgroups and split between community and academic prescribers. ¶¶121, 165.<br>• On the Q4 2023 Earnings Call on 2/28/2024 Defendant Kapur admitted Geron had systems in place at the time of launch to track revenue: "[w]e continue to transition Geron towards a commercial company with the integration and adoption of systems and processes to recognize and report revenues[.]" ¶¶87, 164.<br>• Ziegler admitted during the Q4 2024 Earnings Call on 2/26/2025 that that Rytelo sales flattened due to "***hesitancy in the market to start some of these products that require, in our case, some monitoring***[.]" (¶145).<br>• Ziegler admitted on the Q4 2024 Earnings Call on 2/26/2025 that Geron failed to adequately educate community physicians stating "***[i]n the community, it's a little bit more diffused[]***" (¶148) and, thus, "***the majority of new patient starts have come from the third-line plus*** |

| | | | | |
|---|---|---|---|---|
| | | **really quite extensive. So I don't think it's going to be the big limiting factor. At least it doesn't seem that way right now**. | | *patient segment with the second-line new patient starts lower than [expected]*." ¶142.<br>• On 9/9/24, Ziegler replaced Kapur to "spearhead Geron's global commercial strategy and operations, lead the commercial organization and be responsible for driving growth of Rytelo." ¶¶79, 169-173.<br>• On 3/11/25, just two weeks after Geron reported flat sales growth for Rytelo, Geron abruptly announced Defendant Scarlett, Geron's CEO of nearly fourteen years, was terminated and Geron did not yet have a replacement. A 3/11/25 Barclays analyst report said management "indicated this was a board-driven decision that was executed relatively quickly." H.C. Wainwright said on 3/12/25 "[g]iven the recent announcement of the flat Rytelo revenues following 4Q24, we are not particularly surprised by this news." ¶¶175-77.<br>• Rytelo is Geron's only FDA-approved product and only revenue source. Defendants stated in the 2024 Form 10-K that "*our future success depends solely on imetelstat*." ¶¶179-83.<br>• Negative analyst reactions that revenue and the Rytelo market was much lower than Defendants said: 2/26/25 Seeking Alpha wrote "[d]uring the earnings call, |

| | | | | management revealed that what I perceived to be as clinical adoption in my last update was, really, 'early adopters who believed in the product.' If Rytelo *is* a 3rd-line or later product, its TAM is probably less than 50% of what I projected in my DCF, suggesting peak annual revenue of no more than $350 million." ¶185-87.<br>• Geron needed cash to fund drug development in the face of sharply increasing operating costs and a $1.8 billion accumulated deficit. ¶¶201-08.<br>• Defendants were motivated to commercialize Rytelo as fast as possible in order to maximize its profits while Geron holds exclusivity on its patent rights. ¶¶209-11. |