# Appendix 2

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
PURPORTED RISK DISCLOSURE CHART
APPENDIX 2

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|--------|-----------------|-------------------------------|----------------------------------------|
| 1 | Form 10-K (2/28/2024) Ex. 5 at 3<br><br>Q1 2024 Form 10-Q (5/2/2024) Ex. 8 at 31 | • If we are unable to . . . successfully commercialize imetelstat, . . . our business will be materially harmed.<br><br>• If imetelstat is approved for marketing and commercialization and we are unable to establish and maintain effective sales, marketing and distribution capabilities, or obtain coverage and adequate third-party payor reimbursement, we will be unable to successfully commercialize imetelstat….] | Defendants' purported warning in the first bullet about being "unable to….successfully commercialize" Rytelo is insufficient because it is too vague and general and fails to warn of the particular risks relating to the alleged misstatements and Plaintiffs' claims (*e.g.*, that Geron might fail to educate community physicians, would not prepare any marketing materials and lack a clear directive from management for the Commercial and Medical Affairs teams, leaving personnel "paralyzed").<br><br>The language in the second bullet is nearly identical to other alleged misstatements (*e.g.*, ¶¶ 83, 91), which Plaintiffs allege were false when made because the purported risk warned of had materialized. *See also* Appendix A, Statement | a) From 4/2023 to 4/2024, CW2 witnessed a lot of disagreements between the medical and commercial teams on how Rytelo should be launched (¶59);<br>b) CW2's title was changed in 1/2024 from Clinical Educator to Medical Science Liaison due to misunderstandings about the role's responsibilities, and unclear management expectations (¶¶59-62);<br>c) During 4/2023 to 4/2024, CW2 witnessed tension between Denise Meyer, VP of Medical Affairs, and Kapur, because "Anil wanted us to transition over to commercial at launch, and Denise didn't want that[.]" (¶60);<br>d) From 4/2023 to 4/2024, CW2 said Denise Meyer and Kapur gave "conflicting directives to the medical and commercial teams." There |

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|--------|-----------------|-------------------------------|----------------------------------------|
| | | | Nos. 1 and 5. | were also disagreements between Denise Meyer and CW2's boss, Michael Steidle, former Executive Director of Medical Affairs (¶61); <br> e) From 4/2023 to 4/2024, communication from leadership "was always unclear" which "definitely" impacted the commercial launch of the drug (¶62); <br> f) From 4/2023 to 4/2024, the majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68); <br> g) CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71); <br> h) Ziegler admitted on the 2/26/2025 earnings call |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
PURPORTED RISK DISCLOSURE CHART
APPENDIX 2

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|---|---|---|---|
| | | | | that Geron failed to adequately educate community physicians stating while Geron was seeing repeat prescriptions at academic medical centers, "*[i]n the community, it's a little bit more diffused[]*" (¶148); |
| | | | | i) Scarlett admitted on the 2/26/2025 earnings call Geron needed to "*increase the reach and frequency, our education and awareness*" with community providers (¶146); and |
| | | | | j) Ziegler admitted on the 2/26/2025 earnings call that Geron was "*refining our segmentation and targeting and improving our promotional and sales force effectiveness*" (¶143). |
| 2 | Form 10-K (2/28/2024) Ex. 5 at 4<br><br>Q1 2024 | • If our competitors develop products, product candidates or technologies that are superior to or more cost-effective than imetelstat, this would significantly impact the | This purported risk factor warns against the risk of losing sales from the competition, which is not Plaintiffs' claim. Plaintiffs | N/A |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
PURPORTED RISK DISCLOSURE CHART
APPENDIX 2

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|--------|-----------------|-------------------------------|---------------------------------------|
| | Form 10-Q (5/2/2024) Ex. 8 at 32 | development and commercial viability of imetelstat, which would severely and adversely affect our financial results, business and business prospects and the future of imetelstat, and might cause us to cease operations. | allege Rytelo sales flattened due to Geron's failed and inadequate commercial preparation, failure to prepare marketing materials and failure to educate physicians. Therefore, this risk factor is not specifically tailored to the alleged misstatements. | |
| 3 | ¶ 85 Form 10-K (2/28/2024)Ex. 5 at 5–6 | If imetelstat is approved in lower-risk MDS for marketing by regulatory authorities, we plan to commercialize imetelstat ourselves in the U.S. Our U.S. launch strategy is designed to prepare imetelstat, the market and the company to ensure broad reimbursement and deliver a seamless customer experience to all stakeholders at launch. Several long-lead time activities have already been completed, such as securing a global trademark for the imetelstat brand name; finalizing third party logistics, our distribution network, and our patient support providers; and onboarding highly experienced commercial and medical affairs leadership teams.] **We continue to conduct pre-commercial preparations for the U.S., such as** | Plaintiffs allege this statement was false when made. See Appendix A, Statement No. 2. The purported risk warned of materialized. | a) From 4/2023 to 4/2024, the majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68); b) CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71); c) Ziegler admitted on the 2/26/2025 earnings call that Geron failed to adequately educate community physicians |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
PURPORTED RISK DISCLOSURE CHART
APPENDIX 2

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|--------|-----------------|-------------------------------|----------------------------------------|
| | | enhancing and/or establishing company processes and systems to support a potential commercial launch, **refining our market research in lower-risk MDS, engaging in marketing** and commercial access/reimbursement preparatory efforts, and hiring our sales force, which we expect to occur in the first and second quarters of 2024. [We continue to evaluate our strategy for the potential launch and commercialization of imetelstat in Europe. Based on our internal estimates of pricing and addressable patient populations in 2031 and if regulatory authorities approve imetelstat for marketing in lower-risk MDS and relapsed/refractory MF, we believe the potential combined total addressable market opportunity in the U.S. and Europe for imetelstat is approximately $7.0 billion, of which lower-risk MDS represents approximately $3.5 billion and relapsed/refractory MF represents approximately $3.5 billion.] | | stating while Geron was seeing repeat prescriptions at academic medical centers, "*[i]n the community, it's a little bit more diffused[]*"(¶148); <br> d) Scarlett admitted on the 2/26/2025 earnings call Geron needed to "*increase the reach and frequency, our education and awareness*" with community providers (¶146); and <br> e) Ziegler admitted on the 2/26/2025 earnings call that Geron was "*refining our segmentation and targeting and improving our promotional and sales force effectiveness*" (¶143). |
| 4 | Form 10-K (2/28/2024) Ex. 5 at 19 | The pharmaceutical and biotechnology industries are characterized by intense and dynamic competition with rapidly advancing technologies and a strong | This purported risk factor warns against the risk of losing sales from the competition, which is not | N/A |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
PURPORTED RISK DISCLOSURE CHART
APPENDIX 2

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|---|---|---|---|
|  | Form 10-K (2/27/2025) Ex. 33 at 16 | emphasis on proprietary products. While we believe our proprietary oligonucleotide chemistry; experience with the biological mechanisms related to imetelstat, telomeres and telomerase; clinical data to date indicating potential disease-modifying activity with imetelstat treatment; and knowledge and expertise around the development of potential treatments for myeloid hematologic malignancies provide us with competitive advantages, we face competition from many different sources, including major pharmaceutical, specialty pharmaceutical and biotechnology companies, academic institutions, governmental agencies, and public and private research institutions. Imetelstat will compete, if approved, with other products and therapies that currently exist, are being developed or will in the future be developed, some of which we may not currently be aware of. | Plaintiffs' claim. Plaintiffs allege Rytelo sales flattened due to Geron's failed and inadequate commercial preparation, failure to prepare marketing materials and failure to educate physicians. Therefore, this risk factor is not specifically tailored to the alleged misstatements. |  |
| 5 | Form 10-K (2/28/2024) Ex. 5 at 19<br><br>Form 10-K (2/27/2025) | The current standard of care for the treatment of lower-risk MDS is the use of ESAs to address the patient's chronic anemia. Once ESAs are no longer effective, serial blood transfusions are often administered that can cause | This purported risk factor warns against the risk of competition, which is not Plaintiffs' claim. Plaintiffs allege Rytelo sales flattened due to Geron's failed and | N/A |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
PURPORTED RISK DISCLOSURE CHART
APPENDIX 2

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|--------|-----------------|-------------------------------|----------------------------------------|
|  | Ex. 33 at 16 | damaging effects to other organs due to iron overload, resulting in shorter survival. In addition, other best available therapies are used without durable effect for the patient. <br><br> … <br><br> If approved for commercial sale for the treatment of lower-risk MDS, imetelstat would compete against a number of currently existing therapies, including ESAs and other hematopoietic growth factors that are indicated for anemia; immunomodulators, such as . . . Reblozyl (luspatercept) . . .] | inadequate commercial preparation, failure to prepare marketing materials and failure to educate physicians. Therefore, this risk factor is not specifically tailored to the alleged misstatements. | |
| 6 | Form 10-K (2/28/2024) Ex. 5 at 31 <br><br> Q1 2024 Form 10-Q (5/2/2024) Ex. 8 at 32–33 | [Our future success depends solely on imetelstat, our only product candidate, and we cannot be certain that we will be able to . . . receive regulatory approval for or to commercialize imetelstat, on a timely basis or at all. <br><br> Imetelstat is our sole product candidate, upon whose success we are wholly dependent. Our ability to develop imetelstat and launch it commercially is subject to significant risks and uncertainties, including, among other | To the extent this purported risk factor warns about the risks of competition and not achieving regulatory approval for Rytelo, those risks are unrelated to Plaintiffs' claims. Plaintiffs allege Rytelo sales flattened due to Geron's failed and inadequate commercial preparation, failure to prepare marketing materials and failure to educate | a) CW2's title was changed in January 2024 from Clinical Educator to Medical Science Liaison because there was a lot of misunderstanding about what the role was supposed to do, and expectations were not clear (¶¶59-62); <br> b) From 4/2023 to 4/2024, CW2 witnessed a lot of disagreements between |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
PURPORTED RISK DISCLOSURE CHART
APPENDIX 2

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|---|---|---|---|
| | | things, our ability to: <br>• receive regulatory approval to commercialize imetelstat in lower-risk MDS from the FDA… <br>• recruit and retain sufficient qualified and experienced personnel to support the development and potential commercialization of imetelstat in the U.S.; . . . <br>• achieve acceptance of imetelstat, if approved, by patients and the relevant medical communities; <br>• compete effectively with other approved treatments in lower-risk MDS and relapsed/refractory MF if imetelstat is approved in those indications . . .] | physicians. Thus, these purported risks are not specifically tailored to the misstatements. <br><br>The purportedly warned of risk relating to successfully commercializing Rytelo is too vague and not specifically tailored to the misstatements as it failed to warn that, *e.g.*, Geron might fail to educate community physicians, would not prepare any marketing materials and lack a clear directive from management for the Commercial and Medical Affairs teams, leaving personnel "paralyzed." <br><br>The purported warning about Rytelo's acceptance from patients and medical communities was false when made because the warned of risks had materialized as Geron failed to adequately prepare for | the medical and commercial teams on how Rytelo should be launched (¶59); <br>c) During 4/2023 to 4/2024, CW2 witnessed tension between Denise Meyer, VP of Medical Affairs, and Kapur, because "Anil wanted us to transition over to commercial at launch, and Denise didn't want that[.]"(¶60); <br>d) From 4/2023 to 4/2024, CW2 said Denise Meyer and Kapur gave "conflicting directives to the medical and commercial teams." There were also disagreements between Denise Meyer and CW2's boss, Michael Steidle, former Executive Director of Medical Affairs (¶61); <br>e) From 4/2023 to 4/2024, communication from leadership "was always unclear" which "definitely" impacted the |

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|--------|-----------------|-------------------------------|----------------------------------------|
| | | | Rytelo's commercial launch by failing to prepare appropriate marketing materials to inform and educate community physicians and failing to train employees for the launch, instead changing titles with no clear directive on job responsibilities. Thus, Rytelo was not largely accepted by community physicians and Geron's minimal sales of Rytelo were to early adopter academics mainly as a third-line treatment, which flattened by September 2024. | commercial launch of the drug (¶62); f) From 4/2023 to 4/2024, the majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68); g) CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71); h) Ziegler admitted on the 2/26/2025 earnings call that Geron failed to adequately educate community physicians stating while Geron was seeing repeat prescriptions at academic medical centers, "*[i]n the community, it's a little bit more diffused[]*"(¶148); i) Scarlett admitted on the 2/26/2025 earnings call |

9

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|--------|-----------------|-------------------------------|----------------------------------------|
| | | | | Geron needed to "*increase the reach and frequency, our education and awareness*" with community providers (¶146); and<br>j) Ziegler admitted on the 2/26/2025 earnings call that Geron was "*refining our segmentation and targeting and improving our promotional and sales force effectiveness*" (¶143). |
| 7 | Form 10-K (2/28/2024) Ex. 5 at 38<br><br>Q1 2024 Form 10-Q (5/2/2024) Ex. 8 at 39 | Imetelstat must receive all relevant regulatory approvals before it may be marketed in the U.S. or other countries…. | This purported risk factor warns about the risks of not achieving regulatory approval for Rytelo and, thus, is unrelated to the alleged misstatements. | N/A |
| 8 | ¶¶ 83, 91<br><br>Form 10-K (2/28/2024) Ex. 5 at 40<br><br>Q1 2024 Form 10-Q | **If imetelstat is approved for commercialization and we are unable to establish and maintain effective sales, marketing and distribution capabilities or enter into agreements with third parties to commercialize imetelstat, we will be unable to successfully commercialize imetelstat** | Plaintiffs allege this statement was false when made because the purported risk warned of materialized. *See* Appendix A, Statement Nos. 1 and 5. | a) From 4/2023 to 4/2024, CW2 witnessed a lot of disagreements between the medical and commercial teams on how Rytelo should be launched (¶59); |

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|---|---|---|---|
| | (5/2/2024) Ex. 8 at 40–41 | **if and when it is approved.**<br><br>We need to complete substantial preparations to be ready for any potential future commercialization of imetelstat, and we are in the process of establishing sales, marketing and distribution capabilities. As a company, we have no experience in selling and marketing products. To advance imetelstat to potential marketing approval and commercialization, we will be required to complete our commercialization preparatory activities, including obtaining and maintaining state licenses where required for us to sell imetelstat, and continue to incur related expenses, before we obtain any marketing approval. These activities include, among other things, the development of an in-house marketing and sales force, which will continue to require significant capital expenditures, management resources and time… If we are unable to adequately prepare for the potential future commercialization of imetelstat, we may not be able to generate product revenue if marketing authorization is obtained. | | b) CW2's title was changed in 1/2024 from Clinical Educator to Medical Science Liaison due to misunderstanding about the role's responsibilities, and unclear expectations (¶¶59-62); <br> c) During 4/2023 to 4/2024, CW2 witnessed tension between Denise Meyer, VP of Medical Affairs, and Kapur, because "Anil wanted us to transition over to commercial at launch, and Denise didn't want that[.]"(¶60); <br> d) From 4/2023 to 4/2024, CW2 said Denise Meyer and Kapur gave "conflicting directives to the medical and commercial teams." There were also disagreements between Denise Meyer and CW2's boss, Michael Steidle, former Executive Director of Medical Affairs (¶61); |

11

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|---|---|---|---|
|  |  | ...Even if imetelstat is approved in lower-risk MDS and we are able to establish our own sales and marketing capabilities, imetelstat will be a newly-marketed drug. If we are unable to effectively train sales personnel and equip them with compliant and effective materials, our efforts to successfully commercialize imetelstat could be adversely affected, which would negatively impact our business, business prospects and the future value of imetelstat.<br><br>**Our inability to successfully establish and maintain effective commercialization capabilities for imetelstat, if we receive regulatory approval to do so, would severely and adversely affect our financial results, business and business prospects, including the potential commercialization of imetelstat, and the future of imetelstat.** |  | e) From 4/2023 to 4/2024, communication from leadership "was always unclear" which "definitely" impacted the commercial launch of the drug (¶62);<br>f) From 4/2023 to 4/2024, the majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68);<br>g) CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71);<br>h) Ziegler admitted on the 2/26/2025 earnings call that Geron failed to adequately educate community physicians stating while Geron was seeing repeat prescriptions at academic |

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|--------|-----------------|-------------------------------|----------------------------------------|
| | | | | medical centers, "*[i]n the community, it's a little bit more diffused[]*"(¶148); i) Scarlett admitted on the 2/26/2025 earnings call Geron needed to "*increase the reach and frequency, our education and awareness*" with community providers (¶146); and j) Ziegler admitted on the 2/26/2025 earnings call that Geron was "*refining our segmentation and targeting and improving our promotional and sales force effectiveness*" (¶143). |
| 9 | Form 10-K (2/28/2024) Ex. 5 at 56   Q1 2024 Form 10-Q (5/2/2024) Ex. 8 at 55 | We may be unable to successfully retain or recruit key personnel to support the development and potential future commercialization of imetelstat or to otherwise successfully manage our growth.  Our ability to successfully develop imetelstat in the future and to potentially commercialize imetelstat depends to a significant extent on the | To the extent this purported risk factor warns about the risks of competition and not achieving regulatory approval for Rytelo, those risks are unrelated to Plaintiffs' claims. Plaintiffs allege Rytelo sales flattened due to Geron's failed and inadequate commercial preparation, failure to | a) CW2's title was changed in January 2024 from Clinical Educator to Medical Science Liaison because there was a lot of misunderstanding about what the role was supposed to do, and expectations were not clear (¶¶59-62); |

13

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|---|---|---|---|
| | | skills, experience and efforts of our executive officers and key members of our staff. In addition, we need to recruit, maintain, motivate and integrate additional personnel with expertise and experience in clinical science, biostatistics, clinical operations, pharmacovigilance, quality, manufacturing, regulatory affairs, medical affairs, legal affairs, compliance, market access, pricing, commercial operations, sales, and marketing, to enable us to further develop and potentially commercialize imetelstat.<br><br>We face intense competition for qualified individuals from numerous pharmaceutical, biopharmaceutical and biotechnology companies, as well as academic and other research institutions, and competition in our geographic regions is particularly intense. The substantial risks and uncertainties related to our development and the potential approval and commercialization of imetelstat, and the risks and uncertainties regarding our future business viability could have an adverse impact on our | prepare marketing materials and failure to educate physicians. Thus, these purported risks are not specifically tailored to the misstatements.<br><br>To the extent this risk factor purportedly warns about the risk of being unable to retain or recruit personnel, that risk was false when made because the risk materialized as Geron had failed to properly train its commercial and medical affairs staff, instead changing titles with no clear directive on job responsibilities. | b) From 4/2023 to 4/2024, CW2 witnessed a lot of disagreements between the medical and commercial teams on how Rytelo should be launched (¶59);<br>c) During 4/2023 to 4/2024, CW2 witnessed tension between Denise Meyer, VP of Medical Affairs, and Kapur, because "Anil wanted us to transition over to commercial at launch, and Denise didn't want that[.]"(¶60);<br>d) From 4/2023 to 4/2024, CW2 said Denise Meyer and Kapur gave "conflicting directives to the medical and commercial teams." There were also disagreements between Denise Meyer and CW2's boss, Michael Steidle, former Executive Director of Medical Affairs (¶61); and |

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|---|---|---|---|
| | | ability to retain and recruit qualified personnel. We may also face higher than expected personnel costs in order to attract new personnel due to shortages in qualified applicants, or to maintain our current management and personnel due to the increased number of opportunities in the biotechnology sector. If we are unable to successfully retain, motivate and incentivize our existing personnel, or to attract, assimilate and retain other highly qualified personnel in the future on acceptable terms, our ability to further develop and potentially commercialize imetelstat will be impaired, and our business and the price of our common stock would be adversely impacted. | | e) From 4/2023 to 4/2024, communication from leadership "was always unclear" which "definitely" impacted the commercial launch of the drug (¶62). |
| 10 | Form 10-K (2/28/2024) Ex. 5 at 59-60  Q1 2024 Form 10-Q (5/2/2024) Ex. 8 at 58 | If our competitors develop products, product candidates or technologies that are superior to or more cost-effective than imetelstat, this would significantly impact the development and commercial viability of imetelstat, which would severely and adversely affect our financial results, business and business prospects, and the future of imetelstat, and might cause us to cease operations. | This purported risk factor warns against the risk of losing sales from the competition, which is not Plaintiffs' claim. Plaintiffs allege Rytelo sales flattened due to Geron's failed and inadequate commercial preparation, failure to prepare marketing materials and failure to educate physicians. Therefore, this | N/A |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
PURPORTED RISK DISCLOSURE CHART
APPENDIX 2

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|--------|-----------------|-------------------------------|---------------------------------------|
| | | … <br><br> Competitors may develop more commercially desirable or affordable products than imetelstat, or achieve earlier or longer patent protection or product commercialization than we may be able to achieve with imetelstat. Some of these products may have an entirely different approach or means of accomplishing therapeutic effects similar or superior to those that may be demonstrated by imetelstat. Competitors may develop products that are safer, more effective, or less costly than imetelstat, or more convenient to administer to patients. In addition, competitors may price their products below what we may determine to be an acceptable price for imetelstat, may receive better third-party payor coverage and/or reimbursement, or may be more cost-effective than imetelstat. Such competitive products or activities by competitors may render imetelstat obsolete, which may cause us to cease any further development or future commercialization of imetelstat, which would severely and adversely affect our financial results, business | risk factor is not specifically tailored to the alleged misstatements as it fails to warn that, *e.g.*, Geron might fail to educate community physicians, would not prepare any marketing materials and lack a clear directive from management for the Commercial and Medical Affairs teams, leaving personnel "paralyzed"). | |

16

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
PURPORTED RISK DISCLOSURE CHART
APPENDIX 2

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|---|---|---|---|
| | | and business prospects, and the future of imetelstat, and might cause us to cease operations. | | |
| 11 | Form 10-K (2/28/2024) Ex. 5 at 60<br><br>Q1 2024 Form 10-Q (5/2/2024) Ex. 8 at 58–59 | To be commercially successful, imetelstat must be accepted by the healthcare community, which can be very slow to adopt or unreceptive to new technologies and products.<br><br>Even if approved for marketing, imetelstat may not achieve market acceptance, or the potential U.S. or international revenue we believe may be possible, since hospitals, physicians, patients or the medical community in general may decide not to accept and utilize imetelstat. If approved for commercial sale, imetelstat will compete with a number of conventional and widely accepted drugs and therapies manufactured and marketed by major pharmaceutical companies. The degree of market acceptance of imetelstat will depend on a number of factors, including:<br><br>• the clinical indications for which imetelstat is approved, if any;<br>• the establishment and demonstration to the medical | The purportedly warned of risk relating to market acceptance of Rytelo was false because the warned of risks had materialized as Geron failed to prepare marketing materials to inform and educate community physicians. Thus, Rytelo was not largely accepted by community physicians and Geron's minimal sales of Rytelo were to early adopter academics mainly as a third-line treatment, which flattened by September 2024. | a) The majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68);<br>b) CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71);<br>c) Ziegler admitted on the 2/26/2025 earnings call that Geron failed to adequately educate community physicians stating while Geron was seeing repeat prescriptions at academic medical centers, "*[i]n the community, it's a little bit more diffused[]*" (¶148); |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
PURPORTED RISK DISCLOSURE CHART
APPENDIX 2

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|---|---|---|---|
| | | community of the clinical efficacy and safety of imetelstat;<br>• the ability to demonstrate that imetelstat is superior to alternatives on the market at the time, including with respect to efficacy, safety, cost or route of administration;<br>• the willingness of medical professionals to prescribe, and patients to use, imetelstat, or to continue to use imetelstat;<br>• the effectiveness of sales, marketing and distribution support for imetelstat[.]<br><br>We may be unable to demonstrate any therapeutic or economic advantage for imetelstat compared to established or standard-of-care therapies, or newly developed therapies, for myeloid hematologic malignancies… If the healthcare community does not accept imetelstat for any of the foregoing reasons, or for any other reasons, our ability to further develop or potentially commercialize imetelstat may be negatively impacted or precluded altogether, which would seriously and | | d) Scarlett admitted on the 2/26/2025 earnings call Geron needed to "***increase the reach and frequency, our education and awareness***" with community providers (¶146);<br>e) Ziegler admitted on the 2/26/2025 earnings call that Geron was "***refining our segmentation and targeting and improving our promotional and sales force effectiveness***" (¶143);<br>f) 2/26/25 Earnings Call: Defendant Scarlett admitted that Geron had "***observed flat revenue trends over the last few months***." Ziegler admitted "***with respect to new patient starts, we have observed flatness over the past few months***" going back to at least "Thanksgiving" and that the "***flatness continued into the prior*** |

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|--------|-----------------|-------------------------------|---------------------------------------|
| | | adversely affect our business and business prospects. | | *week leading up to this call."* (¶¶141-42, 145) and; <br> g) 2/26/25 Earnings Call: Ziegler admitted Geron failed to adequately educate community physicians stating *"[i]n the community, it's a little bit more diffused[]"* (¶148) and, thus, *"the majority of new patient starts have come from the third-line plus patient segment with the second-line new patient starts lower than [expected]."* (¶142). |
| 12 | Form 10-K (2/28/2024) Ex. 5 at 74 <br><br> Q1 2024 Form 10-Q (5/2/2024) Ex. 8 at 25 | Revenue based on sales of imetelstat is dependent on obtaining regulatory approval to commercialize imetelstat in the U.S. and other countries. We are subject to risks common to companies in our industry and at our stage of development, including, but not limited to, risks inherent in research and development efforts, including the development, manufacture, regulatory approval for and commercialization of, imetelstat . . . | The purported risk warned of relates to the risk of not obtaining regulatory approval for Rytelo and risks related to drug development, which are not Plaintiffs' claims and, thus, not relevant. | N/A |

19

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
PURPORTED RISK DISCLOSURE CHART
APPENDIX 2

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|---|---|---|---|
| 13 | Form 10-K (2/28/2024) Ex. 5 at 60<br><br>Q1 2024 Form 10-Q (5/2/2024) Ex. 8 at 59 | If the market opportunities for imetelstat are smaller than we believe, our potential revenue may be adversely affected, and our business may suffer.<br><br>Our initial focus for imetelstat development has been on the lead indications of lower-risk MDS and relapsed/refractory MF. The addressable patient populations, if imetelstat is approved in those indications, are based on our estimates. These estimates, which have been derived from a variety of sources, including scientific literature, surveys of clinics, patient foundations and market research, may prove to be incorrect. Further, new information from us or others may change the estimated incidence or prevalence of those indications. | The purportedly warned of risk relating to the potential market for Rytelo was false because the warned of risks had materialized as Geron failed to prepare marketing materials to inform and educate community physicians. Thus, Rytelo was not largely accepted by community physicians and Geron's minimal sales of Rytelo were to early adopter academics mainly as a third-line treatment, which flattened by September 2024. | a) From 4/2023 to 4/2024, CW2 witnessed a lot of disagreements between the medical and commercial teams on how Rytelo should be launched (¶59);<br>b) During 4/2023 to 4/2024, CW2 witnessed tension between Denise Meyer, VP of Medical Affairs, and Kapur, because "Anil wanted us to transition over to commercial at launch, and Denise didn't want that[.]"(¶60);<br>c) From 4/2023 to 4/2024, CW2 said Denise Meyer and Kapur gave "conflicting directives to the medical and commercial teams." There were also disagreements between Denise Meyer and CW2's boss, Michael Steidle, former Executive Director of Medical Affairs (¶61);<br>d) From 4/2023 to 4/2024, communication from |

20

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|--------|-----------------|-------------------------------|----------------------------------------|
| | | | | leadership "was always unclear" which "definitely" impacted the commercial launch of the drug (¶62);<br>e) From 4/2023 to 4/2024, the majority of community physicians CW2 spoke with had not heard of Rytelo and/or did not know much about it (¶68);<br>f) CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71);<br>g) Ziegler admitted on the 2/26/2025 earnings call that Geron failed to adequately educate community physicians stating while Geron was seeing repeat prescriptions at academic medical centers, "*[i]n the* |

21

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
PURPORTED RISK DISCLOSURE CHART
APPENDIX 2

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|--------|-----------------|-------------------------------|---------------------------------------|
| | | | | *community, it's a little bit more diffused[]*"(¶148); <br> h) Scarlett admitted on the 2/26/2025 earnings call Geron needed to "*increase the reach and frequency, our education and awareness*" with community providers (¶146); and <br> i) Ziegler admitted on the 2/26/2025 earnings call that Geron was "*refining our segmentation and targeting and improving our promotional and sales force effectiveness*" (¶143). |
| 14 | Q2 2024 Form 10-Q (8/8/2024) Ex. 18 at 25 <br><br> Q3 2024 Form 10-Q (11/7/2024) Ex. 23 at 28 | We began commercializing RYTELO in June 2024, and the commercial potential of and our ability to successfully commercialize RYTELO is unproven. Our success in commercializing RYTELO will require, among other things, effective sales, marketing, manufacturing, distribution, information systems and pricing strategies, as well as compliance with applicable laws and regulations...... | This purported risk factor is too vague and not tailored to the specific risks relating to the alleged misstatements as it merely warns broadly of the risk of being unable to successfully commercialize Rytelo. It does not warn of the risk that Geron may not prepare marketing materials to inform and educate | a) From 4/2023 to 4/2024, CW2 witnessed a lot of disagreements between the medical and commercial teams on how Rytelo should be launched (¶59); <br> b) During 4/2023 to 4/2024, CW2 witnessed tension between Denise Meyer, VP of Medical Affairs, and Kapur, because |

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|--------|-----------------|-------------------------------|----------------------------------------|
| | | | community physicians or lack a clear directive from management for the Commercial and Medical Affairs teams. This risk factor is also insufficient because any risk of commercialization had materialized. | "Anil wanted us to transition over to commercial at launch, and Denise didn't want that[.]"(¶60); <br> c) From 4/2023 to 4/2024, CW2 said Denise Meyer and Kapur gave "conflicting directives to the medical and commercial teams." There were also disagreements between Denise Meyer and CW2's boss, Michael Steidle, former Executive Director of Medical Affairs (¶61); <br> d) From 4/2023 to 4/2024, communication from leadership "was always unclear" which "definitely" impacted the commercial launch of the drug (¶62); <br> e) From 4/2023 to 4/2024, the majority of community physicians CW2 spoke with had not heard of Rytelo and/or |

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|---|---|---|---|
| | | | | did not know much about it (¶68);<br>f) CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71);<br>g) On 9/9/24, Ziegler replaced Kapur to "spearhead Geron's global commercial strategy and operations, lead the commercial organization and be responsible for driving growth of Rytelo[]" (¶79);<br>h) 3/11/25, just two weeks after Geron reported flat sales growth for Rytelo, Geron abruptly announced Defendant Scarlett, Geron's CEO of nearly fourteen years, was terminated and Geron did not yet have a |

24

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|--------|-----------------|-------------------------------|----------------------------------------|
|   |        |                 |                               | replacement. A 3/11/25 Barclays analyst report said management "indicated this was a board-driven decision that was executed relatively quickly." H.C. Wainwright said on 3/12/25 "[g]iven the recent announcement of the flat Rytelo revenues following 4Q24, we are not particularly surprised by this news[]" (¶¶175—77); <br><br> i) Ziegler admitted on the 2/26/2025 earnings call that Geron failed to adequately educate community physicians stating while Geron was seeing repeat prescriptions at academic medical centers, "[i]n the community, it's a little bit more diffused[]"(¶148); <br><br> j) Scarlett admitted on the 2/26/2025 earnings call Geron needed to |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
PURPORTED RISK DISCLOSURE CHART
APPENDIX 2

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|---|---|---|---|
| | | | | "increase the reach and frequency, our education and awareness" with community providers (¶146); and<br>k) Ziegler admitted on the 2/26/2025 earnings call that Geron was "refining our segmentation and targeting and improving our promotional and sales force effectiveness" (¶143). |
| 15 | Q2 2024 Form 10-Q (8/8/2024) Ex. 18 at 27<br><br>Q3 2024 Form 10-Q (11/7/2024) Ex. 23 at 30 | Our results of operations have fluctuated from period to period and may continue to fluctuate in the future. Results of operations for any period may be unrelated to results of operations for any other period. Thus, historical results should not be viewed as indicative of future operating results. In this regard, although we have begun to recognize revenue from RYTELO product sales in the U.S., we are very early in the product launch. We expect that our sales revenue may vary significantly from period to period as the launch progresses. | To the extent this purported risk factor purports to warn about Geron's results of operations, it is too vague and not tailored to the specific risks relating to the alleged misstatements and merely warns broadly of the risk that revenue and Geron's results of operations may vary from quarter to quarter. It does not warn of the risk that Geron may not prepare marketing materials to inform and educate community physicians, | a) 2/26/25 Earnings Call: Defendant Scarlett admitted that Geron had "*observed flat revenue trends over the last few months.*" Ziegler admitted "*with respect to new patient starts, we have observed flatness over the past few months*" going back to at least "Thanksgiving" and that the "*flatness continued into the prior week leading up to this call*[]" (¶¶141-42, 145, 162); |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
PURPORTED RISK DISCLOSURE CHART
APPENDIX 2

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|--------|-----------------|-------------------------------|---------------------------------------|
| | | RYTELO is our only product approved for marketing by the FDA and is approved solely for lower-risk MDS. Revenue based on sales of RYTELO is dependent on our ability to execute a successful commercial launch of RYTELO in the U.S., and obtaining regulatory approval to commercialize RYTELO in other countries and other indications. We are subject to risks common to companies in our industry and at our stage of development, including, but not limited to, risks inherent in research and development efforts, including the development, manufacture, regulatory approval for and commercialization of RYTELO . . . | which could (and did) result in minimal sales of Rytelo mainly from early adopter academics as a third-line treatment, which flattened by September 2024. It also did not warn that Geron might lack a clear directive from management for the Commercial and Medical Affairs teams, leaving personnel "paralyzed." <br><br> To the extent this risk factor purports to warn about revenue variability and Geron's ability to successfully launch Rytelo, it is insufficient because any risk of commercialization and revenue had materialized. | b) In 1/2025, CW1 attended a "Fast Start" sales meeting led by Defendant Ziegler, who told the sales team during that meeting that sales flattened in September and November 2024 (¶81); <br> c) On 9/9/24, Ziegler replaced Kapur to "spearhead Geron's global commercial strategy and operations, lead the commercial organization and be responsible for driving growth of Rytelo[]" (¶79); <br> d) 3/11/25, just two weeks after Geron reported flat sales growth for Rytelo, Geron abruptly announced Defendant Scarlett, Geron's CEO of nearly fourteen years, was terminated and Geron did not yet have a replacement. A 3/11/25 Barclays analyst report said management "indicated this was a |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
PURPORTED RISK DISCLOSURE CHART
APPENDIX 2

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|--------|-----------------|-------------------------------|----------------------------------------|
| | | | | board-driven decision that was executed relatively quickly." H.C. Wainwright said on 3/12/25 "[g]iven the recent announcement of the flat Rytelo revenues following 4Q24, we are not particularly surprised by this news[]" (¶¶175—77); e) 2/26/25 Earnings Call: Ziegler admitted Geron failed to adequately educate community physicians stating ***"[i]n the community, it's a little bit more diffused[]"*** (¶148) and, thus, ***"the majority of new patient starts have come from the third-line plus patient segment with the second-line new patient starts lower than [expected]"*** (¶142). |
| 16 | ¶¶ 107, 116 Q2 2024 Form 10-Q | • ***Our near-term prospects are wholly dependent on RYTELO. If we are unable to successfully commercialize RYTELO in the*** | Plaintiffs allege this statement was false when made. See Appendix A, Statement Nos. 13 and 17. | a) CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case |

28

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|--------|-----------------|-------------------------------|---------------------------------------|
| | (8/8/2024) Ex. 18 at 34<br><br>Q3 2024 Form 10-Q (11/7/2024) Ex. 23 at 37<br><br>Form 10-K (2/27/2025) Ex. 33 at 2–3 | _**U.S. for lower-risk MDS, or to expand its indication of use, our ability to generate meaningful revenue or achieve profitability will be materially and adversely affected.**_<br>• [We have limited experience as a commercial company and our sales, marketing, and distribution of RYTELO may be unsuccessful or less successful than anticipated.]<br>• _**If we are unable to continue to execute on our sales, marketing and distribution plans to commercialize RYTELO, we may be unable to generate meaningful product revenue**_.<br>• [. . . To be commercially successful, RYTELO must be accepted by the healthcare community, which can be slow to adopt or unreceptive to new technologies and products.<br>• If the market opportunities for RYTELO are smaller than we believe, our revenue may be adversely affected and our business may suffer.] | The purported risk warned of materialized. | studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71), which negatively impacted community physician adoption of Rytelo;<br>b) CW1 confirmed Rytelo sales had flattened in September 2024 and November 2024 (¶81);<br>c) In 1/2025, CW1 attended a "Fast Start" sales meeting led by Defendant Ziegler, who told the sales team during that meeting that sales flattened in September and November 2024 and mandated that sales personnel aggressively market Rytelo as a second-line therapy, which was included in the 2025 sales quotas (¶81);<br>d) Defendant Scarlett's admissions on the |

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|---|---|---|---|
| | | | | February 26, 2025 earnings call that "*we have observed flat revenue trends over the last few months*" and Defendant Ziegler's corroborating admission during the same call that "*with respect to new patient starts, we have observed flatness over the past few months*" going back to at least "Thanksgiving" (¶¶141-42, 145); <br><br> e) Ziegler admitted on the 2/26/2025 earnings call that Geron failed to adequately educate community physicians stating while Geron was seeing repeat prescriptions at academic medical centers, "*[i]n the community, it's a little bit more diffused[]*"(¶148); <br><br> f) Scarlett admitted on the 2/26/2025 earnings call |

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|--------|-----------------|-------------------------------|---------------------------------------|
| | | | | Geron needed to "***increase the reach and frequency, our education and awareness***" with community providers (¶146); |
| | | | | g) Ziegler admitted on the 2/26/2025 earnings call that Geron was "***refining our segmentation and targeting and improving our promotional and sales force effectiveness***" (¶143); |
| | | | | h) Geron overhauled the management team responsible for the commercial launch, by first abruptly replacing Anil Kapur effective August 31, 2024, with Defendant Ziegler, hiring Jim Hassard as Senior Vice President of Sales and Marketing and Joseph Eid, M.D. as Executive Vice President of Research and Development in |

31

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|--------|-----------------|-------------------------------|----------------------------------------|
| | | | | November 2024 and firing Defendant Scarlett, Geron's CEO of nearly fourteen years, on March 11, 2025 (¶¶78-80, 175-78); |
| | | | | i) During CW2's tenure from 4/2023 to 4/2024, the lack of community physician awareness negatively affected Rytelo's adoption (¶¶68-69); |
| | | | | j) Defendant Ziegler admitted during the February 26, 2025 earnings call that there was "*some hesitancy in the market to start some of these products that require, in our case, some monitoring[]*" (¶145); |
| | | | | k) Defendant Ziegler admitted on the February 26, 2025 earnings call that "*the majority of new patient starts have come from the third-line plus patient segment with the* |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
PURPORTED RISK DISCLOSURE CHART
APPENDIX 2

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|--------|-----------------|-------------------------------|----------------------------------------|
| | | | | *second-line new patient starts lower than [expected]*" (¶142); and<br><br>l) Reblozyl (luspatercept) approved in 2023 as a first-line treatment option for patients with MDS who are RS negative was less burdensome to manage and a less invasive treatment option, making it unlikely that Rytelo would be immediately adopted as a first or second-line treatment for RS negative MDS (¶39). |
| 17 | ¶¶ 107, 116<br><br>Q2 2024 Form 10-Q (8/8/2024) Ex. 18 at 36–37<br><br>Q3 2024 Form 10-Q (11/7/2024) Ex. 23 at 39-40 | ***Our near-term prospects are wholly dependent on RYTELO. If we are unable to successfully commercialize RYTELO in the U.S. for lower-risk MDS, or to expand its indication of use, our ability to generate meaningful revenue or achieve profitability will be materially and adversely affected.***<br><br>[In June 2024, we received FDA approval to commercialize RYTELO in the U.S. for lower-risk MDS, and we have initiated a commercial launch of | Plaintiffs allege this statement was false when made. *See* Appendix A, Statement Nos. 13 and 17.<br><br>The purported risk warned of materialized. | a) CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71), which negatively impacted community physician adoption of Rytelo; |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
PURPORTED RISK DISCLOSURE CHART
APPENDIX 2

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|--------|-----------------|-------------------------------|----------------------------------------|
| | Form 10-K (2/27/2025) Ex. 33 at 28–29 | RYTELO in the U.S. in that indication. RYTELO is our only product approved for marketing by the FDA and our ability to generate revenue from product sales and achieve profitability is wholly dependent on our ability to successfully commercialize RYTELO in the U.S. for lower-risk MDS or to expand its indications of use. We may not be able to successfully commercialize RYTELO for a number of reasons, including:<br>• we may not be able to establish or demonstrate in the medical community the safety and efficacy of RYTELO and its potential advantages over and side effects compared to existing treatments;<br>• physicians may be reluctant to prescribe RYTELO until longer-term efficacy and safety data exists;<br>• our lack of historical experience in marketing, selling and distributing RYTELO;<br>• the relatively low incidence and prevalence of patients in RYTELO's approved indication, including the reliability of our market and sales estimates[.] | | b) CW1 confirmed Rytelo sales had flattened in September 2024 and November 2024 (¶81);<br>c) In 1/2025, CW1 attended a "Fast Start" sales meeting led by Defendant Ziegler, who told the sales team during that meeting that sales flattened in September and November 2024 and mandated that sales personnel aggressively market Rytelo as a second-line therapy, which was included in the 2025 sales quotas (¶81);<br>d) Defendant Scarlett's admissions on the February 26, 2025 earnings call that "*we have observed flat revenue trends over the last few months*" and Defendant Ziegler's corroborating admission during the same call that "*with respect to new patient starts, we have* |

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|--------|-----------------|-------------------------------|----------------------------------------|
| | | If we are unable to successfully commercialize RYTELO in the U.S. for lower-risk MDS, . . . our ability to generate meaningful revenue from product sales and achieve profitability will be materially and adversely affected, which in turn would severely and adversely affect our financial results, business and business prospects, and might cause us to cease operations.<br><br>We have limited experience as a commercial company and our sales, marketing, and distribution of RYTELO may be unsuccessful or less successful than anticipated.<br><br>As a company, we have no prior experience in selling and marketing or commercializing an approved drug product. The success of our commercialization efforts is difficult to predict and subject to, among other things, continued development of our internal sales, marketing, and distribution capabilities and our ability to navigate the significant expenses and risks involved with the development | | *observed flatness over the past few months*" going back to at least "Thanksgiving" (¶¶141-42, 145);<br>e) Ziegler admitted on the 2/26/2025 earnings call that Geron failed to adequately educate community physicians stating while Geron was seeing repeat prescriptions at academic medical centers, "[*i]n the community, it's a little bit more diffused[]*'"(¶148);<br>f) Scarlett admitted on the 2/26/2025 earnings call Geron needed to "*increase the reach and frequency, our education and awareness*" with community providers (¶146);<br>g) Ziegler admitted on the 2/26/2025 earnings call that Geron was "*refining our segmentation and targeting and improving our promotional and* |

35

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|---|---|---|---|
| | | and management of such capabilities. For example, our commercial launch may not develop as planned or anticipated, which may require us to, among others, adjust or amend our commercialization plan and incur significant expenses. Further, given our lack of historical experience commercializing drug products, we do not have a track record of successfully executing a commercial launch. If we are unsuccessful in accomplishing our objectives or if our commercialization efforts do not proceed as planned, we may not be able to successfully commercialize RYTELO in lower-risk MDS, we may require significant additional capital and financial resources, we may not become profitable, and we may not be able to compete against more established companies in our industry, any of which would severely and adversely affect our financial results, business and business prospects, and might cause us to cease operations.]

***If we are unable to continue to execute on our sales, marketing and distribution plans to commercialize*** | | *sales force effectiveness"* (¶143);<br><br>h) Geron overhauled the management team responsible for the commercial launch, by first abruptly replacing Anil Kapur effective August 31, 2024, with Defendant Ziegler, hiring Jim Hassard as Senior Vice President of Sales and Marketing and Joseph Eid, M.D. as Executive Vice President of Research and Development in November 2024 and firing Defendant Scarlett, Geron's CEO of nearly fourteen years, on March 11, 2025 (¶¶78-80, 175-78);<br><br>i) The lack of community physician awareness negatively affected Rytelo's adoption (¶¶68-69);<br><br>j) Defendant Ziegler admitted during the |

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|---|---|---|---|
| | | ***RYTELO, we may be unable to generate meaningful product revenue.*** [To successfully commercialize RYTELO, we need to continue to execute on our sales, marketing and distribution plans. The ongoing execution of our sales, marketing and distribution plans is, and will continue to be, expensive and time-consuming and we cannot be certain that we will be able to execute on these plans successfully. In addition, we compete with many companies that currently have extensive, experienced and well-funded sales, distribution and marketing operations to recruit, hire, train and retain marketing and sales personnel.] **If we are unable to recruit as needed, and to retain and effectively train marketing and sales personnel and equip them with compliant and effective materials, our efforts to successfully commercialize RYTELO could be adversely affected.** [. . . Any of the foregoing would negatively impact our business and business prospects, severely and adversely affect our | | February 26, 2025 earnings call that there was "***some hesitancy in the market to start some of these products that require, in our case, some monitoring[]***" (¶145); k) Defendant Ziegler admitted on the February 26, 2025 earnings call that "***the majority of new patient starts have come from the third-line plus patient segment with the second-line new patient starts lower than [expected]***" (¶142); and l) Reblozyl (luspatercept) approved in 2023 as a first-line treatment option for patients with MDS who are RS negative was less burdensome to manage and a less invasive treatment option, making it unlikely that Rytelo would be immediately adopted as a first or second-line |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
PURPORTED RISK DISCLOSURE CHART
APPENDIX 2

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|---|---|---|---|
| | | financial results, and might cause us to cease operations.] | | treatment for RS negative MDS (¶39). |
| 18 | ¶ 109<br><br>Q2 2024 Form 10-Q (8/8/2024) Ex. 18 at 38–39<br><br>Q3 2024 Form 10-Q (11/7/2024) Ex. 23 at 41–42<br><br>Form 10-K (2/27/2025) Ex. 33 at 30–32 | ***To be commercially successful, RYTELO must be accepted by the healthcare community, which can be slow to adopt or unreceptive to new technologies and products.***<br><br>**RYTELO may not achieve market acceptance in the U.S. for lower-risk MDS or any other indication that might be approved in the future, or achieve the potential U.S. or international revenue we believe may be possible, since hospitals, physicians, patients or the medical community in general may decide not to accept and utilize RYTELO.** [RYTELO competes with a number of conventional and widely accepted drugs and therapies manufactured and marketed by major pharmaceutical companies. The degree of market acceptance of RYTELO depends on a number of factors, including: . . .<br>• the establishment and demonstration to the medical community of the clinical efficacy and safety of RYTELO; | Plaintiffs allege this statement was false when made. *See* Appendix A, Statement No. 14.<br><br>The purported risk warned of materialized. | a) CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71), which negatively impacted community physician adoption of Rytelo;<br>b) Ziegler admitted on the 2/26/2025 earnings call that Geron failed to adequately educate community physicians stating while Geron was seeing repeat prescriptions at academic medical centers, ***"[i]n the community, it's a little bit more diffused[]"*** (¶148);<br>c) Scarlett admitted on the 2/26/2025 earnings call Geron needed to |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
PURPORTED RISK DISCLOSURE CHART
APPENDIX 2

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|---|---|---|---|
| | | • the ability to demonstrate that RYTELO is superior to alternatives on the market at the time, including with respect to efficacy, safety, cost or route of administration;<br>• the willingness of medical professionals to prescribe, and patients to use, RYTELO, or to continue to use RYTELO; . . .<br>• the timing of market introduction of RYTELO as well as competitive products, including sequencing of available products;<br>• the effectiveness of sales, marketing and distribution support for RYTELO[.]<br><div align="center">***</div>We may be unable to demonstrate any therapeutic or economic advantage for RYTELO compared to established or standard-of-care therapies, or newly developed therapies, for myeloid hematologic malignancies. If the healthcare community does not accept RYTELO for any of the foregoing reasons, or for any other reasons, our ability to commercialize RYTELO in the U.S. for lower-risk MDS may be negatively impacted or precluded altogether, which would seriously and | | *"increase the reach and frequency, our education and awareness"* with community providers (¶146);<br>d) Ziegler admitted on the 2/26/2025 earnings call that Geron was *"refining our segmentation and targeting and improving our promotional and sales force effectiveness"* (¶143);<br>e) Geron overhauled the management team responsible for the commercial launch, by first abruptly replacing Anil Kapur effective August 31, 2024, with Defendant Ziegler, hiring Jim Hassard as Senior Vice President of Sales and Marketing and Joseph Eid, M.D. as Executive Vice President of Research |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
PURPORTED RISK DISCLOSURE CHART
APPENDIX 2

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|--------|-----------------|-------------------------------|----------------------------------------|
| | | adversely affect our business and business prospects.] <br><br> ***If the market opportunities for RYTELO are smaller than we believe, our revenue may be adversely affected, and our business may suffer.*** <br><br> We are commercializing RYTELO in lower-risk MDS, and the addressable patient population in lower-risk MDS is based on our estimates. These estimates, which have been derived from a variety of sources, including scientific literature, surveys of clinics, patient foundations and market research, may prove to be incorrect. Further, new information from us or others may change the estimated incidence or prevalence of patients with lower-risk MDS in the U.S. Additionally, **the potentially addressable patient population for RYTELO may not ultimately be amenable to treatment with RYTELO, or we may be unable to successfully identify patients and achieve a significant market share in RYTELO's approved indication, or initial sales of RYTELO may deplete** | | and Development in November 2024 and firing Defendant Scarlett, Geron's CEO of nearly fourteen years, on March 11, 2025 (¶¶78-80,175-78); <br> f) The lack of community physician awareness negatively affected Rytelo's adoption (¶¶68-69); <br> g) Defendant Ziegler admitted during the February 26, 2025 earnings call that there was "***some hesitancy in the market to start some of these products that require, in our case, some monitoring[]***" (¶145); <br> h) Defendant Ziegler admitted on the February 26, 2025 earnings call that "***the majority of new patient starts have come from the third-line plus patient segment with*** |

40

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|--------|-----------------|-------------------------------|----------------------------------------|
| | | **the prevalence pool of patients in the RYTELO's approved indication more quickly than expected, which would have a negative impact on sales of RYTELO in the future.** [Our commercialization of RYTELO in the U.S. is limited to lower-risk MDS, and any future potential commercialization will be limited to the therapeutic indications examined in our clinical trials and as determined by the FDA and similar international regulatory authorities, which would not permit us to market RYTELO for any other indications not expressly approved by those regulatory authorities. Future regulatory approvals for RYTELO, if any, could be conditioned upon label restrictions that materially limit the addressable patient population.] | | *the second-line new patient starts lower than [expected]*" (¶142); and<br><br>i) Reblozyl (luspatercept), approved in 2023 as a first-line treatment option for patients with MDS who are RS negative, was less burdensome to manage and a less invasive treatment option, making it unlikely that Rytelo would be immediately adopted as a first or second-line treatment for RS negative MDS (¶39). |
| 19 | ¶ 118<br><br>Q2 2024 Form 10-Q (8/8/2024) Ex. 18 at 38–39<br><br>Q3 2024 Form 10-Q (11/7/2024) Ex. | ***To be commercially successful, RYTELO must be accepted by the healthcare community, which can be slow to adopt or unreceptive to new technologies and products.***<br><br>**RYTELO may not achieve market acceptance in the U.S. for lower-risk MDS or any other indication that might be approved in the future, or** | Plaintiffs allege this statement was false when made. *See* Appendix A, Statement No. 18.<br><br>The purported risk warned of materialized. | a) CWs 1 and 2 stated that Geron did not provide any marketing materials, such as pamphlets, case studies, or any other resources to use in selling Rytelo prior to and at the time of its launch (¶¶70-71), which negatively |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
PURPORTED RISK DISCLOSURE CHART
APPENDIX 2

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|--------|-----------------|-------------------------------|---------------------------------------|
| | 23 at 41–42<br><br>Form 10-K (2/27/2025) Ex. 33 at 30–32 | **achieve the potential U.S. or international revenue we believe may be possible, since hospitals, physicians, patients or the medical community in general may decide not to accept and utilize RYTELO.** [RYTELO competes with a number of conventional and widely accepted drugs and therapies manufactured and marketed by major pharmaceutical companies. The degree of market acceptance of RYTELO depends on a number of factors, including: . . .<br>• the establishment and demonstration to the medical community of the clinical efficacy and safety of RYTELO;<br>• the ability to demonstrate that RYTELO is superior to alternatives on the market at the time, including with respect to efficacy, safety, cost or route of administration;<br>• the willingness of medical professionals to prescribe, and patients to use, RYTELO, or to continue to use RYTELO; . . .<br>• the timing of market introduction of RYTELO as well as competitive products, including sequencing of | | impacted community physician adoption of Rytelo;<br>b) CW1 confirmed Rytelo sales had flattened in September 2024 and November 2024 (¶81);<br>c) In 1/2025, CW1 attended a "Fast Start" sales meeting led by Defendant Ziegler, who told the sales team during that meeting that sales flattened in September and November 2024 and mandated that sales personnel aggressively market Rytelo as a second-line therapy, which was included in the 2025 sales quotas (¶81);<br>d) Defendant Scarlett's admissions on the February 26, 2025 earnings call that "*we have observed flat revenue trends over the last few months*" and |

42

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|--------|-----------------|-------------------------------|---------------------------------------|
| | | available products;<br>• the effectiveness of sales, marketing and distribution support for RYTELO[.]<br><br>We may be unable to demonstrate any therapeutic or economic advantage for RYTELO compared to established or standard-of-care therapies, or newly developed therapies, for myeloid hematologic malignancies........ If the healthcare community does not accept RYTELO for any of the foregoing reasons, or for any other reasons, our ability to commercialize RYTELO in the U.S. for lower-risk MDS may be negatively impacted or precluded altogether, which would seriously and adversely affect our business and business prospects.] | | Defendant Ziegler's corroborating admission during the same call that "***with respect to new patient starts, we have observed flatness over the past few months***" going back to at least "Thanksgiving" (¶¶141-42, 145);<br>e) Ziegler admitted on the 2/26/2025 earnings call that Geron failed to adequately educate community physicians stating while Geron was seeing repeat prescriptions at academic medical centers, "***[i]n the community, it's a little bit more diffused[]***" (¶148);<br>f) Scarlett admitted on the 2/26/2025 earnings call Geron needed to "***increase the reach and frequency, our education and awareness***" with |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
PURPORTED RISK DISCLOSURE CHART
APPENDIX 2

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|--------|-----------------|-------------------------------|----------------------------------------|
| | | | | community providers (¶146); <br><br> g) Ziegler admitted on the 2/26/2025 earnings call that Geron was ***"refining our segmentation and targeting and improving our promotional and sales force effectiveness"*** (¶143); <br><br> h) Geron overhauled the management team responsible for the commercial launch, by first abruptly replacing Anil Kapur effective August 31, 2024, with Defendant Ziegler, hiring Jim Hassard as Senior Vice President of Sales and Marketing and Joseph Eid, M.D. as Executive Vice President of Research and Development in November 2024 and firing Defendant Scarlett, Geron's CEO |

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|---|---|---|---|
| | | | | of nearly fourteen years, on March 11, 2025 (¶¶78-80, 175-78);<br><br>i) According to CW2, Defendants' claim that Rytelo would be used as a first-line treatment was not realistic given that as long as patients are responding to transfusions, doctors will stick with that option as it is less invasive with fewer side effects and patients can continue with transfusions for years (¶48);<br><br>j) According to CW1, prescribing physicians are typically slow to adopt a new drug until they are fully educated on the drug, which Geron did not do. CW1 stated, "[t]hey need to see the evidence and get experience first" (¶50);<br><br>k) Defendant Ziegler admitted during the |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
PURPORTED RISK DISCLOSURE CHART
APPENDIX 2

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|--------|-----------------|-------------------------------|----------------------------------------|
| | | | | February 26, 2025 earnings call that there was "***some hesitancy in the market to start some of these products that require, in our case, some monitoring[]***" (¶145); <br><br> l) Defendant Ziegler admitted on the February 26, 2025 earnings call that "***the majority of new patient starts have come from the third-line plus patient segment with the second-line new patient starts lower than [expected]***" (¶142); and <br><br> m) Reblozyl (luspatercept), approved in 2023 as a first-line treatment option for patients with MDS who are RS negative, was less burdensome to manage and a less invasive treatment option, making it unlikely that |

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|---|---|---|---|
| | | | | Rytelo would be immediately adopted as a first or second-line treatment for RS negative MDS (¶39). |
| 20 | Q2 2024 Form 10-Q (8/8/2024) Ex. 18 at 40<br><br>Q3 2024 Form 10-Q (11/7/2024) Ex. 23 at 43–44 | If our competitors have existing products or develop new products, product candidates or technologies that are superior to or more cost-effective than RYTELO, this could significantly impact the commercial viability and further development of RYTELO, which would severely and adversely affect our financial results, business and business prospects.<br><br>The pharmaceutical and biotechnology industries are characterized by intense and dynamic competition with rapidly advancing technologies and a strong emphasis on proprietary products. While we believe our proprietary oligonucleotide chemistry; experience with the biological mechanisms related to telomeres and telomerase; clinical data to date; and knowledge and expertise around the development of potential treatments for myeloid hematologic malignancies provide us with competitive advantages, we face | This purported risk factor warns against the risk of losing sales from the competition, which is not Plaintiffs' claim. Plaintiffs allege Rytelo sales flattened due to Geron's failed and inadequate commercial preparation, including failure to prepare marketing materials, failure to educate physicians and lack of clear directive from management for the Commercial and Medical Affairs teams, leaving personnel "paralyzed." Therefore, this risk factor is not specifically tailored to the alleged misstatements. | N/A |

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|--------|-----------------|-------------------------------|----------------------------------------|
| | | competition from many different sources, including major pharmaceutical, specialty pharmaceutical and biotechnology companies, academic institutions, governmental agencies, and public and private research institutions. RYTELO will compete with other products and therapies that currently exist, are being developed or will in the future be developed, some of which we may not currently be aware of… | | |
| 21 | Form 10-K (2/27/2025) Ex. 33 at 62 | We may be unable to successfully retain or recruit key personnel to support the commercialization and further development of RYTELO or to otherwise successfully manage our growth.<br><br>Our ability to successfully commercialize RYTELO in the U.S. for lower-risk MDS, . . . depends to a significant extent on the skills, experience and efforts of our executive officers and key members of our staff. In addition, we need to recruit, maintain, motivate and integrate additional personnel with expertise and experience in sales, marketing, market access, commercial operations, pricing, | To the extent this risk factor purportedly warns about the risk of being unable to retain or recruit personnel, that risk was false when made because the risk materialized as Geron had failed to properly train its sales and medical affairs staff, instead changing titles with no clear directive on job responsibilities. Moreover, just over one month after the FDA approved Rytelo for commercial use, Geron terminated Defendant Kapur. | a) CW2's title was changed in January 2024 from Clinical Educator to Medical Science Liaison because there was a lot of misunderstanding about what the role was supposed to do, and management expectations were not clear (¶¶59-62);<br>b) CW2 witnessed a lot of disagreements between the medical and commercial teams on how Rytelo should be launched (¶59); |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
PURPORTED RISK DISCLOSURE CHART
APPENDIX 2

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|---|---|---|---|
|  |  | clinical science, biostatistics, clinical operations, pharmacovigilance, quality, manufacturing, regulatory affairs, medical affairs, legal affairs, and compliance to enable us to further commercialize and further develop RYTELO.<br><br>. . . If we are unable to successfully retain, motivate and incentivize our existing personnel, or to attract, assimilate and retain other highly qualified personnel in the future on acceptable terms, our ability to commercialize and further develop RYTELO will be impaired, and our business and the price of our common stock would be adversely impacted.] |  | c) CW2 witnessed tension between Denise Meyer, VP of Medical Affairs, and Kapur, because "Anil wanted us to transition over to commercial at launch, and Denise didn't want that[.]"(¶60);<br>d) CW2 said Denise Meyer and Kapur gave "conflicting directives to the medical and commercial teams." There were also disagreements between Denise Meyer and CW2's boss, Michael Steidle, former Executive Director of Medical Affairs (¶61);<br>e) Communication from leadership "was always unclear" which "definitely" impacted the commercial launch of the drug (¶62); and<br>f) On 7/23/24, Kapur was terminated, less than one month after Rytelo's commercial launch, on |

*In re Geron Corp. Sec. Litig.*, Master File No. 3:25-cv-02507-CRB
PURPORTED RISK DISCLOSURE CHART
APPENDIX 2

| # | Source | Risk Disclosure | Reasons Disclosure Inadequate | Facts Supporting Risk Materialization |
|---|--------|-----------------|-------------------------------|----------------------------------------|
| | | | | 9/9/24, Ziegler replaced Kapur to "spearhead Geron's global commercial strategy and operations, lead the commercial organization and be responsible for driving growth of Rytelo" (¶79) and on the 2/26/25, Scarlett attributed Geron's failed Rytelo launch to prior management: "[a]s many of you will recall, beginning a few months into launch, we changed our commercial and medical affairs leadership." ¶¶169-173. |

50