COOLEY LLP
RYAN E. BLAIR (246724)
(rblair@cooley.com)
VIVIENNE A. GOLDSCHLAG (345611)
(vgoldschlag@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone:    +1 858 550 6000
Facsimile:    +1 858 550 6420

BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
3175 Hanover Street
Palo Alto, California 94304-1130
Telephone:    +1 650 843 5000
Facsimile:    +1 650 849 7400

CAITLIN B. MUNLEY (*Pro Hac Vice*)
(cmunley@cooley.com)
1299 Pennsylvania Avenue NW, Suite 700
Washington, District of Columbia 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

NICHOLAS R. ORR (334142)
(norr@cooley.com)
355 South Grand Avenue, Suite 900
Los Angeles, California 90071-1560
Telephone:    +1 213 561 3250
Facsimile:    +1 213 561 3244

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GERON CORPORATION SECURITIES LITIGATION | Case No. 3:25-cv-02507-VC |
| | **DEFENDANTS' STATEMENT OF RECENT DECISIONS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** |
| | Hearing Date:  March 19, 2026<br>Hearing Time:  10:00 a.m.<br>Judge:  Hon. Vince Chhabria<br>Courtroom:  4, 17th Floor |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

DEFENDANTS' STATEMENT OF
RECENT DECISIONS
3:25-CV-02507-VC

Pursuant to Civil Local Rule 7-3(d)(2), Defendants Geron Corporation, John A. Scarlett, Andrew J. Grethlein, Michelle J. Robertson, Faye Feller, Anil Kapur, and James Ziegler (collectively, "Defendants") respectfully submit this Statement of Recent Decisions in Support of Defendants' Motion to Dismiss Plaintiffs' Amended Complaint to bring to the Court's attention relevant authority issued after briefing on Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (ECF No. 50):

- *Weston v. Docusign, Inc.*, No. 22-CV-00824-VC, 2026 WL 194400 (N.D. Cal. Jan. 26, 2026) (Chhabria, J.), copy of which is attached for the Court's reference as **Exhibit A**;

- *Khan v. ChargePoint Holdings, Inc., et al.*, No. 23-CV-06172-NW, 2026 WL 483060 (N.D. Cal. Feb. 20, 2026) (Wise, J.), a copy of which is attached for the Court's reference as **Exhibit B**; and

- *Menora Mivtachim Insurance Ltd., et al. v. Meta Platforms, Inc., et al.*, No. 24-6218, 2026 WL 508834 (9th Cir. Feb. 24, 2026), a copy of which is attached for the Court's reference as **Exhibit C**.

Dated: March 11, 2026                    COOLEY LLP


                                         By: */s/ Ryan E. Blair*
                                             Ryan E. Blair

                                         *Attorney for Defendants*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1