**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Co-Lead Plaintiffs Robbie*
*Dickson and Joseph M. Stacy, Jr.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE GERON CORPORATION SECURITIES LITIGATION | Master File No. 3:25-cv-02507-VC |
| | <u>CLASS ACTION</u> |
| | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(i)** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Court-appointed Lead Plaintiffs Robbie Dickson and Joseph M. Stacy, Jr. ("Plaintiffs") voluntarily dismiss without prejudice Defendants Andrew J. Grethlein ("Grethlein"), Michelle J. Robertson ("Robertson"), Faye Feller ("Feller"), and Anil Kapur ("Kapur") from the above-captioned action (the "Action"), with all parties to bear their own costs. Because this Notice of Voluntary Dismissal is being filed with the Court before any defendant has served either an answer or a motion for summary judgment, Plaintiffs' dismissal of the Action against Defendants Grethlein, Robertson, Feller, and Kapur is effective upon the filing of this notice.

Dated:  April 13, 2026                              Respectfully submitted,

                                                    **LEVI & KORSINSKY LLP**

                                                     /s/ *Adam Apton*
                                                    Adam M. Apton (SBN 316506)
                                                    1160 Battery Street East, Suite 100
                                                    San Francisco, CA 94111
                                                    Tel: (415) 373-1671
                                                    Email: aapton@zlk.com

                                                    Shannon L. Hopkins (admitted *pro hac vice*)
                                                    Gregory M. Potrepka (admitted *pro hac vice*)
                                                    Amanda D. Foley (to be admitted *pro hac vice*)
                                                    David C. Jaynes (SBN 338917)
                                                    1111 Summer Street, Suite 403
                                                    Stamford, CT 06905
                                                    Tel: (203) 992-4523
                                                    Email: shopkins@zlk.com
                                                    Email: gpotrepka@zlk.com
                                                    Email: afoley@zlk.com
                                                    Email: djaynes@zlk.com

                                                    *Attorneys for Plaintiffs*

1

AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS