UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GERON CORPORATION SECURITIES LITIGATION | Master File No. 3:25-cv-02507-VC<br><br>**REVISED JOINT STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSE TO LEAD PLAINTIFFS' SECOND AMENDED COMPLAINT** |

This Revised Joint Stipulation and [Proposed] Order is respectfully submitted by Court-appointed Lead Plaintiffs Robbie Dickson and Joseph M. Stacy, Jr. ("Lead Plaintiffs") and Defendants Geron Corporation ("Geron"), John A. Scarlett, and James Ziegler ("Defendants" and collectively with Lead Plaintiffs, "Parties").

WHEREAS, on March 13, 2025, a putative securities class action complaint, *Dabestani v. Geron Corporation, et al.*, Case No. 3:25-cv-02507-CRB (the "Action"), was filed on behalf of a purported class of purchasers of Geron's stock, alleging violations of the Securities Exchange Act of 1934 against the Defendants.

WHEREAS, on May 29, 2025, the Court consolidated *Potvin v. Geron Corporation, et al.*, Case No. 3:25-cv-02563-CRB into this Action, and appointed Robbie Dickson and Joseph M. Stacy, Jr., as Lead Plaintiffs of the consolidated case.

WHEREAS, on August 8, 2025, Lead Plaintiffs filed their Amended Complaint. ECF No. 40.

WHEREAS, on October 7, 2025, Defendants moved to dismiss the Amended Complaint. ECF No. 50 ("First Motion to Dismiss").

WHEREAS, on March 30, 2026, the Court granted Defendants' First Motion to Dismiss with leave to amend. ECF No. 65.

WHEREAS, on April 13, 2026, Lead Plaintiffs filed their Second Amended Complaint ("SAC") and voluntarily dismissed Andrew J. Grethlein, Michelle J. Robertson, Faye Feller, and Anil Kapur as defendants. ECF Nos. 67, 68.

WHEREAS, Defendants intend to file a motion to dismiss the SAC ("Second Motion to Dismiss").

WHEREAS, on April 15, 2026, the Parties filed a Joint Stipulation and Proposed Order Setting Briefing Schedule for Defendant' Response to Lead Plaintiffs' SAC. ECF No. 69 ("Stipulation").

WHEREAS, on April 17, 2026, the Court denied the Stipulation and instructed the parties to submit a new schedule that culminates in a hearing to occur no later than August 6, 2026. ECF. No. 70.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2

REVISED JOINT STIPULATION AND
[PROPOSED] ORDER
3:25-CV-02507-VC

WHEREAS, the Parties have met and conferred and jointly propose the following revised briefing schedule for Defendants' response to the SAC.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties, and the Parties hereby jointly move the Court for an order as follows:

1. Defendants shall have until May 18, 2026, to file and serve their Second Motion to Dismiss, and their opening brief in support thereof shall not exceed 15 pages in length;

2. Lead Plaintiffs shall have until June 22, 2026, to file and serve their opposition to the Second Motion to Dismiss, which shall not exceed 15 pages in length; and

3. Defendants shall have until July 10, 2026, to file and serve their reply brief in support of their Second Motion to Dismiss, which shall not exceed 10 pages in length.

**IT IS SO STIPULATED.**

Dated: April 17, 2026

**LEVI & KORSINSKY LLP**

By: */s/ Adam M. Apton*
ADAM M. APTON (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Lead Plaintiffs Robbie Dickson and Joseph M. Stacy, Jr.*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

REVISED JOINT STIPULATION AND
[PROPOSED] ORDER
3:25-CV-02507-VC

**COOLEY LLP**


By: */s/ Ryan E. Blair*
RYAN E. BLAIR (246724)
(rblair@cooley.com)
VIVIENNE A. GOLDSCHLAG (345611)
(vgoldschlag@cooley.com)
10265 Science Center Drive
San Diego, California  92121-1117
Telephone:   +1 858 550 6000
Facsimile:    +1 858 550 6420

BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:   +1 650 843 5000
Facsimile:    +1 650 849 7400

CAITLIN B. MUNLEY (*Pro Hac Vice*)
(cmunley@cooley.com)
1299 Pennsylvania Avenue NW, Suite 700
Washington, District of Columbia 20004-2400
Telephone:   +1 202 842 7800
Facsimile:    +1 202 842 7899

NICHOLAS ORR (334142)
(norr@cooley.com)
355 South Grand Avenue, Suite 900
Los Angeles, California  90071-1560
Telephone:   +1 213 561 3250
Facsimile:    +1 213 561 3244

*Attorneys for Defendants*

Cooley LLP
Attorneys at Law
San Diego

4

Revised Joint Stipulation and
[Proposed] Order
3:25-cv-02507-VC

## ATTESTATION (CIVIL LOCAL RULE 5-1(i)(3))

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated:  April 17, 2026

**COOLEY LLP**

By:  */s/ Ryan E. Blair*
RYAN E. BLAIR

*Attorneys for Defendants*

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

5

REVISED JOINT STIPULATION AND
[PROPOSED] ORDER
3:25-CV-02507-VC

# [PROPOSED] ORDER

Pursuant to the foregoing stipulation, and good cause appearing, **IT IS SO ORDERED**.

DATED: ___April 24___, 2026

_____
The Honorable Vince Chhabria
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

6

REVISED JOINT STIPULATION AND
[PROPOSED] ORDER
3:25-CV-02507-VC